E-FILED
Wednesday, 29 September, 2004  12:58:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE, ) | |
|     Plaintiff, ) | |
| ) | NO. 03 Cv 04089 |
| v. ) | Jury Trial Demanded |
| ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
|     Defendant. ) | |

**PLAINTIFF'S STATUS REPORT ON MOTION TO DISQUALIFY COUNSEL**

Plaintiff, Teresa Schultze, by and through her attorney does hereby Submit her Status Report on her Motion to Disqualify and, in support, states as follows.

1. On September 13, 2004, this Court held a hearing on Plaintiff's Motion to Disqualify attorney Daniel Churchill and his firm in the instant case.

2. At this hearing, the Court directed Plaintiff's counsel to advise the court by status report as to whether Plaintiff would list Daniel Churchill as a witness following the deposition of Daniel Churchill.

3. On September 20, 2004, Plaintiff's counsel conducted the deposition of attorney Daniel Churchill.

4. Based upon that deposition, Plaintiff hereby advises the Court that attorney Daniel Churchill will at this time be listed as a witness in Plaintiff's case.

5. Further, Plaintiff's counsel is seeking from attorney Daniel Churchill a log of documents and other information to which he is claiming an attorney client/work product privilege from the events of July 10, 2003 when Plaintiff was fired pursuant to Rule 26(5) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that this Court disqualify attorney Daniel

Churchill and his firm from representing Goodrich Equipment Company in the instant case.

                RESPECTFULLY SUBMITTED,

                TERESA SCHULTZE

                BY:_____

Susan Bogart  
Law Offices of Susan Bogart  
30 North LaSalle Street, Suite 2900  
Chicago, IL 60602  
(312) 263-0900, ext. 7014