IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| Counter-Defendant | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant, | ) |
| Counter-Plaintiff. | ) |

**NOTICE OF APPEARANCE**

Now comes Mark D. Churchill, for Churchill & Churchill, P.C., and enters his appearance as additional counsel with Daniel Churchill on behalf of Defendant, GOODRICH EQUIPMENT CO.

s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail:
cclaw@churchillfirm.com

Copy to:
Susan Bogart
Attorney at Law
30 North LaSalle St.
Suite 2900
Chicago, IL  60602

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to each of the attorneys of record herein at their respective addresses disclosed on the pleadings
on _____9/29_____, 2004
By: _X_ U.S. Mail        ____ FAX
    ____ Hand Delivered  ____Overnight
    ____ Fed Ex          ____Other:

Signature__s/ Mark D. Churchill_____

CHURCHILL & CHURCHILL, P.C.
Attorneys at Law
1610 Fifth Avenue
Moline, IL  61265
(309) 762-3643