E-FILED
Wednesday, 29 September, 2004  04:40:30 PM
Clerk, U.S. District Court, ILCD

```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
                      ROCK ISLAND DIVISION

TERESA SCHULTZE,                  )
                                  )
                                  )
        Plaintiff,                )
        Counter-Defendant         )
                                  )  NO. 03 C 04089
    vs.                           )
                                  )
GOODRICH EQUIPMENT CO.,           )
                                  )
        Defendant,                )
        Counter-Plaintiff.        )
```

**DEFENDANT'S SUPPLEMENT IN RESISTANCE TO
PLAINTIFF'S PENDING APPEAL OF MAGISTRATE'S
ORDER DENYING MOTION TO DISQUALIFY COUNSEL
<u>PURSUANT TO 28 U.S.C. SECTION 636</u>**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Churchill & Churchill, P.C., and for supplement to Defendant's resistance to Plaintiff's Appeal of Magistrate's Order Denying Motion to Disqualify Counsel Pursuant to 28 U.S.C. Section 636, states:

1.   That the matter pending before this Court consists of an appeal by Plaintiff of an order entered by the Honorable John A. Gorman July 27, 2004, denying Plaintiff's Motion to Disqualify Counsel, said appeal being heard by telephonic conference on September 8, 2004, at 11:00 a.m., with all counsel present.  The matter was taken under advisement pending the deposition of Daniel Churchill to determine whether the relevancy of his testimony would prove material to the proceedings.

- 2-

2. Plaintiff scheduled a deposition for testimony of attorney Daniel Churchill on September 20, 2004, at 11:30 a.m., said deposition being conducted as scheduled.

3. Attached to this supplement is a complete copy of the transcript of testimony of Daniel Churchill from September 20, 2004.

4. Plaintiff has contended that Daniel Churchill, because of his involvement in a telephone conversation with his client in late afternoon of July 10, 2003, in which the Plaintiff was present, should be called as one of Plaintiff's witnesses. The testimony obtained by deposition of Daniel Churchill establishes that this prospective witness is unable to offer any material testimony concerning the issues alleged in Plaintiff's Complaint, i.e. gender and retaliation discrimination, as previously urged by Defendant in its original Resistance to Motion to Disqualify Counsel and Memorandum thereto. To support this conclusion, and as noted above, Defendant has attached a complete copy of the transcript of testimony of Daniel Churchill, a copy of which was not provided to the Court in Plaintiff's Status Report filed September 29, 2004.

**WHEREFORE**, Defendant prays that this Court enter an order affirming the decision of the Honorable John A. Gorman of July

- 3-

23, 2004, thereby permitting Defendant to proceed with the defense of Plaintiff's Complaint in this cause, and barring Plaintiff or Defendant from calling Daniel Churchill as a witness in this proceeding.

>GOODRICH EQUIPMENT CO.,
>Defendant,
>
>By:  s/ Mark D. Churchill
>     Mark D. Churchill Bar #188372
>     Attorney for Defendant
>     Churchill & Churchill, P.C.
>     1610 Fifth Avenue
>     Moline, IL  61265
>     Telephone: (309) 762-3643
>     Fax:  (309) 762-4690
>     E-mail: cclaw@churchillfirm.com

Copy to:
Susan Bogart
Attorney at Law
30 North LaSalle St.
Suite 2900
Chicago, IL  60602

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to each of the attorneys of record herein at their respective addresses disclosed on the pleadings
on _____9/29_____, 2004
By: _X_ U.S. Mail      ____ FAX
    ____ Hand Delivered  ____Overnight
    ____ Fed Ex          ____Other:

Signature  s/ Mark D. Churchill

CHURCHILL & CHURCHILL, P.C.
Attorneys at Law
1610 Fifth Avenue
Moline, IL  61265
(309) 762-3643