E-FILED
Wednesday, 29 September, 2004 04:43:13 PM
Clerk, U.S. District Court, ILCD

**29**

1  out her desk.
2  Q. And what did you say, if anything?
3  A. I told Miss Schultze she could take her
4  personal effects, nothing more, but she needed
5  to do that, leave the premises promptly with no
6  further exchange of communication and get out
7  of the building.
8  Q. What, if anything, else?
9  A. I think she made some reply back and I
10  told her either follow the directions or we'll
11  call the sheriff or the law to assist us.
12  Q. Okay. Pardon me. Mr. Goodrich asked you
13  how to define personal contents?
14  A. And I told --
15  Q. And you told him --
16  A. I told them because she could hear the
17  conversation.
18  Q. How do you know?
19  A. Because I could hear her in the background
20  at her desk.
21  Q. Okay. But you apparently couldn't hear
22  her?
23  A. I could hear something. I didn't know if

**30**

1  she was talking. I heard a couple of exchanges
2  between the two, but I don't remember what they
3  would have been.
4  Q. Okay. So --
5  A. It was audible.
6  Q. But my point is that you, you're sitting
7  here saying that you can't hear what she had to
8  say so --
9  A. No. The audibility --
10  Q. -- all I'm asking you is how did you know
11  that she heard what you said?
12  A. She acknowledged that.
13  Q. What did she acknowledge?
14  A. She said, I asked her did you hear me; she
15  said yes.
16  Q. Oh, I see. So tell me what you said
17  first.
18  A. Well, I think I just did. But I told her
19  personal contents should be removed from her
20  work area, her work station, and she should
21  leave the premises as quickly as possible and
22  that if she resisted that we would obtain legal
23  assistance to complete it.

**31**

1  And I know during that discussion
2  I recall also that Mr. Goodrich expressed
3  concern about the fact that she already had a
4  box, or she already had a stack of papers that
5  she wanted to take with her, and in the
6  presence of Miss Schultze I said Mr. Goodrich,
7  be sure --
8  Q. What did he say specifically?
9  A. He said --
10  Q. Well, excuse me. Strike that.
11  A. She has a stack of papers in front of her.
12  Q. Excuse me. In response to your
13  instruction about personal effects, what if
14  anything did Miss Schultze say?
15  A. I don't think she said anything to that
16  except she heard my comment.
17  Q. Excuse me. What did she say?
18  That's all --
19  A. Yes. I asked did you hear what I said.
20  Q. No. Excuse me. After you gave the
21  instruction regarding personal effects --
22  A. She said nothing about that.
23  Q. What was the next statement spoken by

**32**

1  anybody?
2  A. I think Mr. Goodrich asked about some
3  papers that Miss Schultze wanted to take with
4  her.
5  Q. What specifically did he say?
6  A. I don't remember it exactly. He just
7  asked, well, she has some papers in front of
8  her that she wants to take with her.
9  Q. And that's the best you can do?
10  A. I readdressed --
11  Q. No. No. Excuse me. That's the --
12  A. That's the best I can do, yes.
13  Q. Okay. No description, no description of
14  the papers?
15  A. No, just some papers.
16  Q. Okay. Did you pose a question to Miss
17  Schultze?
18  A. No.
19  Q. Okay.
20  A. I posed a direction to my client.
21  Q. And what did you direct the client?
22  A. I directed the client where Miss Schultze
23  could hear me, you should review the papers to

33

1  be certain that they do not represent company
2  or corporate property.
3  Q.  And what, if anything, did your client
4  say?
5  A.  I think he asked Miss Schultze at that
6  time --
7  Q.  No.  No.  To you, what did he say?
8  A.  No.  In my, where I could hear the
9  conversation he didn't say anything to me on
10  that.  He just asked Miss Schultze about what
11  the stack of papers, or what those papers
12  represented.
13  Q.  And what, if anything, did Miss Schultze
14  say?
15  A.  I don't remember.
16  Q.  Anything that would refresh your
17  recollection?
18  A.  No.
19  Q.  No notes?
20  A.  No.
21  Q.  You didn't take notes of this
22  communication?
23  A.  I made a couple of sentences at the end of

34

1  the phone call and put the file away.
2  Q.  All right.  So would looking at those
3  notes refresh your recollection --
4  A.  No.
5  Q.  -- as to what Miss Schultze said?
6  A.  I looked at them before I came today.
7  There's nothing in them about that.  I think it
8  just said very simply take your personal
9  effects and leave.
10  Q.  Any further, anything further said by your
11  client?
12  A.  Not that I recall.  Not during, when I was
13  on the phone.
14  Q.  And anything further said by you?
15  A.  No.  It was a very short conversation.
16  Q.  How long would you pinpoint the
17  conversation?
18  A.  When Miss Schultze was present, not more
19  than a couple of minutes.  One minute maybe.
20  Q.  And at any time did your client, did you
21  pose to your client the question you do have
22  her e-mail quitting?
23  A.  I'm sorry, I don't understand your

35

1  question.
2  Q.  I asked at any time did you ask your client
3  do you have her e-mail in which she quits?
4  A.  No, I did not.
5  Q.  At any time during the conversation did
6  your client tell you that Miss Schultze had
7  quit?
8  A.  I had learned that fact earlier in the
9  day, but during the time when Miss Schultze was
10  present no, it wasn't discussed.
11  Q.  What?  That contention, because it isn't a
12  fact, when is it you learned that, when is it
13  your client said to you that Miss Schultze had
14  quit?
15  A.  That was the e-mail that I received
16  earlier in the day, without waiving any
17  attorney/client privilege on that topic I
18  learned that fact.
19  Q.  Okay.  What is it that your client said
20  that Miss Schultze said which of course is not
21  privileged?
22  A.  It is privileged.
23  Q.  Not what Miss Schultze said.

36

1  A.  No.  What Miss Schultze gave the client
2  we've already put in pleadings.
3  Q.  No.  My question is; what did Miss
4  Schultze, what did your client say Miss
5  Schultze said which he contends was Miss
6  Schultze quitting?
7  A.  That's a part of the I think subject
8  matter and the content of the e-mail that
9  we've said we're not answering.
10  Q.  That's true.  But it's not privileged.  My
11  question is --
12  A.  Well, we dispute it.
13       MR. CHURCHILL:  We --
14  BY MS. BOGART:
15  Q.  Okay.  So you refuse --
16  A.  That the content of the e-mail from my
17  client --
18  Q.  I'm not asking you, I'm asking what your
19  client told you Miss Schultze said, period.
20  A.  That's the only information I received
21  from my client as to what Miss Schultze said is
22  contained in the e-mail.
23  Q.  It doesn't really matter what it was

37

```
1   contained in.  Okay?
2   A.  Well, I'm telling you that's --
3   Q.  Okay.  If your client purports to relate
4   the statement of somebody else, the statement
5   of somebody else, however related, is not
6   privileged.
7   A.  But that statement is included in a
8   question for advice from an attorney, and
9   therefore it's attorney/client privilege.
10  Q.  All right.  And I would certify that then.
11  I think that that's actually not privileged,
12  but I'll get you case law on that.  And I've
13  cited the case law, but you choose not to
14  provide it.
15               (Question certified.)
16  BY MS. BOGART:
17  Q.  Did you ask Miss Schultze whether she had
18  quit?
19  A.  No.
20  Q.  Did Miss Schultze ask you any questions?
21  A.  Not that I recall.
22  Q.  So you don't ask her, recall her asking
23  why she was being removed from the premises?
```

38

```
1   A.  Not during the time I was on the phone.
2   Q.  You don't recall that?
3   A.  I don't recall that at all, no.  In fact,
4   I would deny it.  She didn't ask me anything.
5   Q.  Well, did she ask that question while you
6   were on the phone to your client?
7   A.  Not that I recall, no.
8   Q.  Do you recall your client saying anything
9   to Miss Schultze about her termination?
10  A.  No, I don't.  Not at that time.
11  Q.  Anything?
12  A.  No.  That's what he asked me to do was to
13  clarify personal property and to leave the
14  premises.
15  Q.  Excuse me?  And to leave the premises?
16  A.  To leave the premises.
17  Q.  I'm not following.  What leave --
18  A.  Get out.
19  Q.  Oh.  So you instructed Miss Schultze to
20  get out?
21  A.  Yes.
22  Q.  Oh.
23  A.  I said that earlier.
```

39

```
1   Q.  Well, you didn't say that but --
2   A.  Well, I think it's in the record, but
3   leave the premises with her personal effects
4   and if she chose not to do so we would seek
5   legal assistance to get her out.
6   Q.  All right.  So you were throwing Miss
7   Schultze out of the offices?
8   A.  I wasn't, no.
9   Q.  In effect.  You were the one giving the
10  instruction to her.
11  A.  No.  I told her what it meant via my
12  client telling me that.
13  Q.  Okay.  And you told her to get out of the
14  office?
15  A.  Yes.
16  Q.  And what, if anything, did Miss Schultze
17  say to you in return?
18  A.  I don't think she said anything to me that
19  I could hear.
20  Q.  So you didn't hear her when she said why
21  am I being told to get out?
22  A.  I don't recall that.  In fact, I would
23  deny that she had any questions of me.
```

40

```
1   Q.  You can deny all you want.
2   A.  I'm sorry?  I didn't hear you.
3   Q.  I said you may deny all you want.
4   A.  That's right.  And I will.
5   Q.  All right.  Let me just have a minute.
6   Well, yeah, let me have a minute.
7   A.  Certainly.
8               (Whereupon, Ms. Bogart conferred
9               with her client.)
10  BY MS. BOGART:
11  Q.  All right.  So tell me the amount of time
12  that the phone call, the duration of the phone
13  call, on which you were on with Mr. Goodrich
14  and Miss Schultze?
15  A.  As I said earlier, very short.
16  Q.  Well, tell me very short.
17  A.  Well, I said a couple minutes or less.
18  Q.  Okay.  And did you hear Mr. Goodrich tell
19  Miss Schultze to get the fuck out of her
20  office?
21  A.  No.
22  Q.  So you deny that you were on the speaker
23  phone at the time that he made that statement?
```

41

```
1   A. That's correct. That never was said in my
2   presence. That statement was never made in my
3   presence I should say.
4   Q. Were you on the phone when Mr. Goodrich
5   told Miss Schultze to get the fuck out of her
6   office and take her fucking purse with her?
7   A. I've answered no to the first question. I
8   answer no to this question.
9   Q. Now, you don't as a matter of fact know
10  that there was a box in the office, do you?
11  A. No, I wasn't there.
12  Q. Correct.
13  A. I only know that --
14  Q. Excuse me.
15  A. -- the records of the company --
16  Q. I asked you a question. I asked you a
17  question.
18  A. I know you did. And I know --
19  Q. And there's no other question pending.
20  You answered the question.
21  A. I did answer the question.
22  Q. Right.
23  A. No!
```

42

```
1   Q. Thank you. And were you on the phone when
2   Mr. Goodrich instructed his son to get boxes
3   for Miss Schultze to pack up her belongings?
4   A. I think I recall Mr. Goodrich saying to
5   get a box and he I think directed that to his
6   son.
7   Q. At what point in the conversation, this
8   couple minutes, did that statement, was that
9   statement made?
10  A. I think right after I gave my directive to
11  clean out her personal effects and get out of
12  the building.
13  Q. All right. And as you sit here is your
14  position that Miss Schultze did not ask you in
15  response to that directive why am I being asked
16  to leave?
17  A. It's not my position, it's my testimony
18  that she never asked me any questions.
19  Q. And it's your testimony that Mr. Goodrich
20  did not respond to that question?
21  A. That's correct.
22  Q. And it's your testimony that you did not
23  say to Mr. Goodrich in response to Miss
```

43

```
1   Schultze's question; you have her resignation,
2   don't you?
3   A. State that again, please.
4   Q. I said, it's your testimony that you did
5   not pose the question to Mr. Goodrich; you have
6   her resignation, don't you?
7   A. I don't recall posing any question to my
8   client during the time that Miss Schultze was
9   present.
10  Q. All right. And do you recall posing that
11  question to your client at any point at or near
12  the time that you had the communication when,
13  which Miss Schultze was present?
14  A. All I'm going to testify to is
15  conversations that I recall during a time when
16  Miss Schultze was present, and I don't recall
17  that question being issued during the time when
18  Miss Schultze could have overheard it.
19  Q. Do you recall Miss Schultze saying I have
20  not resigned?
21  A. No, I don't.
22  Q. No you don't have my resignation?
23  A. I don't, I don't recall her making any
```

44

```
1   comments concerning the reason for the
2   departure.
3   Q. It's nothing to do with reasons.
4   A. Well, whatever you want to call it.
5   Q. It's her statement that she did not resign
6   and you don't recall her making that statement
7   in response to Mr. Goodrich's remark, or in
8   response to your question to Mr. Goodrich, do
9   you have, you do have her resignation, don't
10  you?
11  A. No, I don't recall that conversation at
12  all. I recall questions about what her
13  personal effects, what can she take with her
14  and it didn't include --
15  Q. That's not my question. My question --
16  A. I know it did not include e-mails --
17  Q. Excuse me.
18  A. -- of corporate records.
19  Q. Excuse me. One question, it calls for a
20  yes or no response. Do you recall, do you
21  recall Miss Schultze saying you do not have my
22  resignation?
23  A. No.
```

45

```
1    Q.  Yes or no.  Thank you.  Now, did you
2    continue your conversation with Mr. Goodrich
3    following this exchange in which Miss Schultze
4    was present?
5    A.  We talked about the Schultze matter either
6    later that evening or the next day.  I don't
7    remember when.
8                I mean, I guess I would have had
9    conversations about it.
10   Q.  Well, my question is at a time immediately
11   following --
12   A.  No.  That phone call was terminated.  Or
13   closed off or whatever you want to call it.  I
14   hung up and went about some other things.
15   Q.  What phone number did Mr. Goodrich call
16   you on?
17   A.  I don't remember.  We have several numbers
18   in the office.
19   Q.  Well, give me the numbers then.
20   A.  761-3643.   762-3644.   There are several
21   overlying numbers so it would have probably
22   come in on the first number I gave you.
23   Q.  Okay.  And do you have any numbers that
```

46

```
1    are different from --
2    A.  No.
3    Q.  -- the call in numbers?
4    A.  No.  Our phone system overrides.
5    Q.  No internal numbers?
6    A.  I don't have a private line, no.
7    Q.  And what are the phone numbers that
8    Mr. Goodrich utilizes when he calls you?
9    A.  I don't know.
10   Q.  And what type of phone was this that
11   Mr. Goodrich was calling you on?
12   A.  I don't know.
13   Q.  How is it that he placed a phone on
14   speaker if he was moving?
15   A.  I don't know that.
16   Q.  Are you aware of Mr. Goodrich's cell phone
17   number?
18   A.  I know he has a cell phone.
19   Q.  And what is that?
20   A.  I don't know.
21   Q.  You don't know the phone number?
22   A.  I don't know the number.  No, I don't make
23   it a habit of knowing all my client's cell
```

47

```
1    phone numbers.
2    Q.  I didn't ask that question.
3    A.  I don't know it.
4    Q.  My question is very simple.  You do not
5    know it?
6    A.  I do not know it.
7                MR. CHURCHILL:  Asked and
8    answered.  Move on.
9    BY MS. BOGART:
10   Q.  What's the name of Mr. Goodrich's son?
11   A.  He has two boys.
12   Q.  Uh-huh.
13   A.  I don't know which one was there.
14   Q.  You don't know the names of them?
15   A.  Yes, I know both of their names.
16   Q.  What are their names?
17   A.  One is Justin and one is Brandon.
18   B-R-A-N-D-O-N.
19   Q.  And which is the younger?
20   A.  I am not sure to that.
21   Q.  So you don't recall him addressing his son
22   by name?
23   A.  I don't today, no.
```

48

```
1    Q.  And instructing him to get a box?
2    A.  I just remember he instructed, and I
3    learned subsequent it was his son, someone to
4    get a box for the personal contents.
5                On July 10th of '03 at the time
6    of the phone call with Teresa Schultze on the
7    line or present I don't recall hearing the name
8    of the son.
9    Q.  Now, have you seen a document from Miss
10   Schultze which purports to be a resignation?
11   A.  If you've attached it to your complaint
12   or, I don't know.
13   Q.  No.
14   A.  I don't recall.  I haven't looked at the
15   complaint recently.
16   Q.  I didn't ask about the complaint.  Did you
17   see the --
18   A.  Have I seen it?
19   Q.  Have you seen --
20   A.  I don't know.
21   Q.  -- any document authored by Miss, purports
22   to be authored by Miss Schultze constituting a
23   resignation?
```

49

1  A. I don't recall today.
2  Q. Were you on the phone with Mr. Goodrich
3  when Miss Schultze was escorted out of the
4  building?
5  A. I don't know when she was escorted out of
6  the building so I can't answer your question.
7  Q. All right.  Were you aware of anybody
8  else that was present during part or all of
9  these proceedings when you were on the phone
10  with Mr. Goodrich and Miss Schultze?
11  A. I'm unaware of, I don't believe anyone
12  else was present.
13  Q. I'm asking if you were aware of anybody.
14  A. I'm not aware of anybody, so I don't
15  believe anyone else was present is my answer.
16  Q. Anything else that transpired?
17  A. Not when Miss Schultze was present.
18  Q. Any further communications on July 10th
19  with Mr. Churchill?  Or I mean with
20  Mr. Goodrich.
21  A. And Miss Schultze?
22  Q. Any further communications with
23  Mr. Goodrich on July 10th?

50

1  A. We may have had a phone call that evening,
2  later on the next day, I don't remember which.
3  Q. Okay.  I have no further questions.
4  A. Thank you.
5
6        FURTHER DEPONENT SAYETH NOT
7            SIGNATURE RESERVED

51

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TERESA SCHULTZE,          )
        Plaintiff,        )
                          )
vs.                       ) NO. 03 CV 04089
                          )
GOODRICH EQUIPMENT COMPANY, )
        Defendant.        )

I have read the foregoing deposition, and the questions asked and the answers given are correct and accurate, except as listed on the Statement of Change or Correction.

DANIEL CHURCHILL

52

STATEMENT OF CHANGE OR CORRECTION
Page and Line Number (repeated)