IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA SCHULTZE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 03 C 04089 |
| | ) | |
| GOODRICH EQUIPMENT CO., | ) | **APPEARANCE OF** |
| | ) | **ADDITIONAL COUNSEL** |
| Defendant. | ) | **FOR DEFENDANT** |

NOW COME attorneys, SNYDER, PARK & NELSON, P.C., and enter their appearance in

the above-entitled cause as additional counsel for defendant GOODRICH EQUIPMENT CO.

GOODRICH EQUIPMENT CO., Defendant


By:    s/ Robert T. Park
       Robert T. Park, for


SNYDER, PARK & NELSON, P.C.
Attorneys for Defendant Goodrich Equipment Co.
1600 - 4th Avenue, Suite 200
P.O. Box 3700
Rock Island, IL  61201
Telephone: 309/786-8497
Fax: 309/786-0463
Email: rpark@snyderpark.com

and

SNYDER, PARK & NELSON, P.C.
ATTORNEYS AT LAW
ROCK ISLAND, ILLINOIS

2

Mr. Mark D. Churchill
CHURCHILL & CHURCHILL
1610 5th Avenue
Moline, IL 61265
Telephone: 309/762-3643
Fax: 309/762-4690
Email: cclaw@churchillfirm.com


Copy to:    Susan Bogart
            LAW OFFICES OF SUSAN BOGART
            30 N. LaSalle St., Suite 2900
            Chicago, IL 60602.


## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Rock Island, Illinois, on the 19th day of October 2004.

s/ Robert T. Park