E-FILED
Thursday, 04 November, 2004  03:35:32 PM
Clerk, U.S. District Court, ILCD

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
                     ROCK ISLAND DIVISION


TERESA SCHULTZE,                 )
                                 )
                                 )
        Plaintiff,               )
        Counter-Defendant        )
                                 ) NO. 03 C 04089
    vs.                          )
                                 )
GOODRICH EQUIPMENT CO.,          )
                                 )
        Defendant,               )
        Counter-Plaintiff.       )
```

**<u>MOTION FOR DEFAULT</u>**

Now comes Defendant/Counter-Plaintiff, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and for its Motion for Default pursuant to <u>Federal Rules of Civil Procedure</u> Rule 55 against Plaintiff/Counter-Defendant, states:

    1.   Defendant/Counter-Plaintiff filed an Answer to Plaintiff's Complaint and a Counterclaim on March 15, 2004.

    2.   <u>Federal Rules of Civil Procedure</u> Rule 12.2 requires that:

> "A party served with a pleading stating a cross-claim against that party shall serve an answer thereto within 20 days after being served.  The plaintiff shall serve a reply to a counterclaim in the answer within 20 days after service of the answer. . ."

- 2-

3.   Defendant/Counter-Plaintiff attempted to resolve this matter without court intervention in correspondence dated October 21, 2004, a copy of which is attached hereto as Exhibit 1, requesting Plaintiff/Counter-Defendant to file an Answer to its Counterclaim within ten days from the date of that correspondence.  No reply to that correspondence as been received.

4.   As of the date of this motion, no Answer to Defendant/Counter-Plaintiff's Counterclaim has been filed of record.

**WHEREFORE,** Defendant/Counter-Plaintiff prays that this Court enter default judgment pursuant to Federal Rules of Civil Procedure Rule 55 in favor of Defendant/Counter-Plaintiff and against Plaintiff/Counter-Defendant on all matters contained in the referenced Counterclaim.

                Respectfully submitted

                GOODRICH EQUIPMENT CO.,
                  Defendant/Counter-Plaintiff,

```
By:  s/ Mark D. Churchill             and   s/ Robert T. Park
     Mark D. Churchill Bar #188372          Robert T. Park Bar #11247
     Attorney for Defendant/                Attorney for Defendant/
        Counter-Plaintiff                      Counter-Plaintiff
     Churchill & Churchill, P.C.            Snyder, Park & Nelson, P.C.
     1610 Fifth Avenue                      1600 Fourth Ave., Suite 200
     Moline, IL  61265                      Rock Island, IL  61201
     Telephone: (309) 762-3643              Telephone: (309) 786-8497
     Fax:  (309) 762-4690                   Fax: (309) 786-0463
     E-mail: cclaw@churchillfirm.com        E-Mail: rpark@snyderpark.com
```

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Bogart, Robert Park.

                                        s/ Mark D. Churchill
                                        Mark D. Churchill Bar #188372
                                        Attorney for Defendant
                                        Churchill & Churchill, P.C.
                                        1610 Fifth Avenue
                                        Moline, IL  61265
                                        Telephone: (309) 762-3643
                                        Fax:  (309) 762-4690
                                        E-mail: cclaw@churchillfirm.com