E-FILED
Thursday, 04 November, 2004 03:38:05 PM
Clerk, U.S. District Court, ILCD

## CHURCHILL & CHURCHILL, P.C.
### ATTORNEYS AT LAW
1610 FIFTH AVENUE
MOLINE, ILLINOIS 61265

DANIEL CHURCHILL*
MARK D. CHURCHILL
*ALSO ADMITTED IN IOWA

CYRUS CHURCHILL
1903-1999

TELEPHONE
(309) 762-3643

FACSIMILE
(309) 762-4690

E-MAIL
CCLAW@CHURCHILLFIRM.COM

October 21, 2004

VIA FACSIMILE TRANSMISSION

Ms. Susan Bogart
Attorney at Law
30 North LaSalle Street
Suite 2900
Chicago, IL 60602

In re:   Schultze v. Goodrich Equipment Company

Dear Ms. Bogart:

Our client filed an answer to plaintiff's complaint and a counterclaim on March 15, 2004. As of the date of this letter, plaintiff has failed to file an answer to that counterclaim. Federal Rule of Civil Procedure 12(2) states that "plaintiff shall serve a reply to a counterclaim in the answer within 20 days after service of the answer." Please file an answer to defendant's counterclaim within ten days from the date of this correspondence.

Very truly yours,

CHURCHILL & CHURCHILL, P.C.

By _____

MDC:amm
xc: Robert T. Park

Schultz v. Goodrich
03 C 0489
Ex. 1 to Defendant/
Counter-Plaintiff's
Motion for Default