UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,  )  <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> GOODRICH EQUIPMENT COMPANY,  ) <br> Defendant.  ) | NO. 03 Cv 04089 <br> Jury Trial Demanded |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS**

Plaintiff, Teresa Schultze, by and through her attorney, moves this Court for leave to file a Reply in Support of Motion to Dismiss and in support states as follows.

1. On November 17, 2004, per this Court's Order, Plaintiff Schultze filed a Response to Defendant's Motion for Default Judgment on its Counterclaims and a Motion to Dismiss Defendant's Counterclaims.

2. On December 1, 2004, per this Court's Order, defendant filed a response to Plaintiff's Motion to Dismiss its Counterclaims.

3. This Court did not set a date for Plaintiff to file a Reply.

4. Plaintiff moves herein for leave to file the attached Reply Brief in Support of her Motion to Dismiss defendant's counterclaims.

RESPECTFULLY SUBMITTED,

TERESA SCHULTZE

BY: s/Susan Bogart
    Law Offices of Susan Bogart
    30 North LaSalle Street, Suite 2900
    Chicago, IL 60602
    Tele: (312) 263-0900, ext. 7014
    Fax: (312) 263-5013
    E-mail: SBogart514@aol.com

1

2