E-FILED
Monday, 20 December, 2004  12:12:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE, )<br>　　Plaintiff, )<br> ) | NO. 03 Cv 04089 |
| v. ) | Jury Trial Demanded |
| ) | |
| GOODRICH EQUIPMENT COMPANY, )<br>　　Defendant. ) | |

**PLAINTIFF'S MOTION TO REVISE SCHEDULING ORDER AND DEADLINES
PURSUANT TO RULE 16 F.R.C.P. AND CDIL-LR16.2**

　　Plaintiff, Teresa Schultze, by and through her attorney, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and CDIL-LR16.2 moves this Court to Revise the Scheduling Order in this Case and to Set Discovery and Other Deadlines and, in support, states as follows.

　　1. At the outset of this case, and pursuant to Rule 16, F.R.Civ.P. and CDIL-LR16.2, U.S. Magistrate Judge Gorman set November 15, 2004 as the cut off date for fact discovery; December 17, 12004 as the cut off date for expert discovery; January 21, 2005 as the date for filing dispositive motions; April 22, 2005 as the date for filing a Final Pretrial Order; and June 26, 2005 as the date for Trial.

　　2. Thereafter, Plaintiff filed a Motion to Disqualify defendant's counsel Dan Churchill and the firm of Churchill and Churchill. Magistrate Judge Gorman stayed discovery pending a resolution of this Motion. This Court agreed that discovery should be stayed during the pendency of the disqualification motion.

　　3. On November 29, 2004, this Court disqualified Dan Churchill and provided that for Mark Churchill to continue representing the defendant, he was required to obtain the consent of the defendant Churchill. This Court suggested that such consent should be in writing.

4. To date, no consent has been served upon Plaintiff's counsel nor filed.

5. Presently there is pending Plaintiff's Motion to Dismiss defendant's counterclaims and Plaintiff, Counter defendant, has simultaneously filed herewith a Motion for Leave to File a Reply in Support of that Motion.

6. On June 15, 2004, Plaintiff served upon defendant Interrogatories and Document Requests, which discovery was stayed per the U.S. Magistrate Judge and this Court.

7. Plaintiff respectfully requests that this Court enter an order providing that defendant Goodrich file its consent to have Mark Churchill represent it or have the Churchill firm withdraw and answer Plaintiff's initial discovery requests on or before January 21, 2005; that Plaintiff have until February 7, 2005 to answer defendant's initial discovery requests served upon Plaintiff on November 4, 2004 during the stay of discovery; provide a discovery cut off date of March 18, 2005; the filing of any dispositive motions on or before March 28, 2005; the filing of the Pretrial order remain at April 22, 2005; and the beginning of trial remain June 26, 2005.

RESPECTFULLY SUBMITTED,

TERESA SCHULTZE

BY: s/Susan Bogart
    Law Offices of Susan Bogart
    30 North LaSalle Street, Suite 2900
    Chicago, IL 60602
    Tele: (312) 263-0900, ext. 7014
    Fax: (312) 263-5013
    E-mail: SBogart514@aol.com