E-FILED
Wednesday, 22 December, 2004  04:04:13 PM
Clerk, U.S. District Court, ILCD

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
                     ROCK ISLAND DIVISION

TERESA SCHULTZE,                  )
                                  )
                                  )
        Plaintiff,                )
        Counter-Defendant         )
                                  ) NO. 03 C 04089
   vs.                            )
                                  )
GOODRICH EQUIPMENT CO.,           )
                                  )
        Defendant,                )
        Counter-Plaintiff.        )
```

**STATEMENT OF CONTINUED REPRESENTATION**

    The undersigned states that he has furnished to Goodrich Equipment Company a copy of the court's Order of November 29, 2004, along with a copy of Illinois Supreme Court Rules of Professional Conduct Rules 3.7 and 1.7, and that he thereafter received oral and written direction from Goodrich Equipment Company to continue to act as co-counsel for Goodrich Equipment Company in this pending litigation.

```
                        s/ Mark D. Churchill
                        Mark D. Churchill Bar #188372
                        Attorney for Defendant
                        Churchill & Churchill, P.C.
                        1610 Fifth Avenue
                        Moline, IL  61265
                        Telephone: (309) 762-3643
                        Fax:  (309) 762-4690
                        E-mail: cclaw@churchillfirm.com
```

- 2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2004, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Bogart, Robert Park.

    s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail: cclaw@churchillfirm.com