E-FILED
Friday, 04 March, 2005  01:40:32 PM
Clerk, U.S. District Court, ILCD

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
                      ROCK ISLAND DIVISION
```

TERESA SCHULTZE,                  )
                                  )
                                  )
       Plaintiff,                 )
       Counter-Defendant          )
                                  )  NO. 03 C 04089
   vs.                            )
                                  )
GOODRICH EQUIPMENT CO.,           )
                                  )
       Defendant,                 )
       Counter-Plaintiff.         )

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that copies of Defendant's Answers to Plaintiff's First Set of Interrogatories and Defendant's Response to Plaintiff's First Document Production Request were mailed by overnight courier to Susan Bogart, Attorney for Plaintiff, at the address as disclosed by the pleadings of record herein, on the 4th day of March, 2005, and that on the same date this Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

```
                         s/ Mark D. Churchill
                         Mark D. Churchill Bar #188372
                         Attorney for Defendant
                         Churchill & Churchill, P.C.
                         1610 Fifth Avenue
                         Moline, IL  61265
                         Telephone: (309) 762-3643
                         Fax:  (309) 762-4690
                         E-mail: cclaw@churchillfirm.com
```