E-FILED
Thursday, 14 April, 2005  06:06:22 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 03 C 04089 |
| v. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE ANSWER
### TO COUNTERCLAIMS *INSTANCE*

Teresa Schultze, by and through her attorneys, does hereby move this Court to grant her leave to file her answer to defendant's counterclaims *INSTANCE* and, in support, states as follows.

1. This court entered an order denying Plaintiff's motion to dismiss defendant's counterclaims and directing Plaintiff to file an answer to said counterclaims on or before March 9, 2005.

2. In preparing the discovery and reviewing the file in this case, Plaintiff's counsel could not locate a notice of filing the answer to the counterclaim prepared for filing in connection with that court order.

3. Plaintiff's counsel reviewed the docket sheet in this case and determined that in fact the answer to the counterclaims although prepared were inadvertently not filed.

4. On April 14, 2005, Plaintiff's counsel spoke to Mr. Park, one of the attorneys for defendant, who stated that he had no objection to Plaintiff filing the attached answer to counterclaims *INSTANTER*.

5. Plaintiff states that permitting her to file her answer to the counterclaims instanter should not prejudice any of the parties as fact discovery is not scheduled to close until May 15, 2005, the parties are engaging in and completing fact discovery at this time and no deposition of plaintiff or others has occurred as of this date.

WHEREFORE, Plaintiff respectfully requests that this Court grant her leave to file and order filed the attached Answer to Counterclaims *INSTANTER*.

RESPECTFULLY SUBMITTED,

PLAINTIFF TERESA SCHULTZE

By: s/Susan Bogart
    Law Offices of Susan Bogart
    30 North Lacily St., Ste. 2900
    Chicago, IL 60602
    Tele: (312) 263-0900 ext. 7014.
    Fax: (312) 263-5013
    Email: SBogart514@aol.com