E-FILED
Monday, 13 June, 2005  10:22:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
|     Plaintiff, | ) | |
| | ) | NO. 03 Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
|     Defendant. | ) | |

**AGREED MOTION TO EXTEND DISCOVERY DEADLINE
AND FOR FILING DISPOSITIVE MOTIONS**

Plaintiff, Teresa Schultze, by and through her attorney, and moves this Court for a short Extension of Time within Which to Complete Discovery and File Dispositive Motions and, in support, states as follows:

1. Discovery is scheduled to close on June 15, 2005.

2. Dispositive motions are due on July 15, 2005.

3. The parties have been diligently working to complete depositions within the scheduled time frame but will not be able to complete depositions prior to June 15, 2005.

4. It is expected that depositions should be completed on or about July 8, 2005.

5. The parties have exchanged Rule 37 letters regarding discovery disputes and have resolved certain of those disputes. As late as June 7, 2005, defendant disclosed a new witness and person with knowledge of the events at issue in Plaintiff's complaint and the parties are expecting to complete his deposition and that of the Plaintiff on or before July 8, 2005.

6. Additionally, as of the presentment of this Motion, June 13, 2005, Plaintiff's counsel is awaiting word from Defendant as to whether it will provide the remaining information sought in discovery pursuant to Plaintiff's Rule 37 letter or whether a Motion to Compel that discovery will be required.

1

7. Plaintiff's counsel is scheduled to begin trial on June 14, 2005 and will not be able to present the motion to compel until on or shortly after that date after hearing back from defense counsel about defendant's intention of voluntarily complying with discovery requests of Plaintiff.

8. Plaintiff anticipates filing a dispositive motion as to at least some of the matters in dispute. However, if the depositions are not completed until July 8, 2005, believes that the 6 days thereafter will be insufficient to obtain the transcript of the last deposition and complete dispositive motions.

9. Wherefore, Plaintiff requests that this Court extend the discovery cut off to July 15, 2005 to give the parties time to complete depositions including that of the individual identified by defendant on June 7, 2005 as having knowledge of matters at issue in this case and to be called as a witness and to present any motions to compel that might be necessary.

10. Plaintiff further requests that this Court grant a one week extension for presenting dispositve motions from July 15, 2005 to July 22, 2005.

11. Because defendant's June 7 disclosure, defense counsels' and plaintiff's counsel's schedules have all contributed to the parties being unable to complete discovery by June 15, 2005 and the last scheduled deposition occurring on or after July 8, 2005, defendant agrees to the extensions requested in this matter.

12. The extensions requested are not being done for purposes of delay and in fact there will be no need to reschedule the pretrial and trial date in this case.

WHEREFORE, Plaintiff Teresa Schultze respectfully requests that this Court grant an extension of time for discovery to July 15, 2005 and a one week extension for presenting

dispositive motions until July 22, 2005.

                                      RESPECTFULLY SUBMITTED,

                                      TERESA SCHULTZE, PLAINTIFF


                          BY: s/Susan Bogart
                             Law Offices of Susan Bogart
                           30 North LaSalle Street, Suite 2900
                           Chicago, IL 60602
                           Tele: (312) 263-0900, ext. 7014
                           Fax: (312) 263-5013
                           E-mail: SBogart514@aol.com