E-FILED
Wednesday, 15 June, 2005  08:52:47 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE, ) | |
|     Plaintiff, ) | |
| ) | NO. 03 Cv 04089 |
| v. ) | Jury Trial Demanded |
| ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
|     Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on June 13, 2005, she electronically filed Plaintiff's Agreed Motion to Extend Discovery Dates with the Clerk of the Court for the U.S. district court for the Central District of Illinois in the foregoing matter using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                            BY: s/Susan Bogart
                                               Law Offices of Susan Bogart
                                              30 North LaSalle Street, Suite 2900
                                              Chicago, IL 60602
                                              Tele: (312) 263-0900, ext. 7014
                                              Fax: (312) 263-5013
                                              E-mail: SBogart514@aol.com