E-FILED
Monday, 11 July, 2005  04:18:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**AGREED MOTION TO EXTEND DISCOVERY DEADLINE
<u>AND FOR FILING DISPOSITIVE MOTIONS</u>**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and moves this Court for a short extension of time within which to complete discovery and file dispositive motions, and in support thereof, states:

    1.   Discovery is currently scheduled to close on July 15, 2005.

    2.   Dispositive motions are due to be filed July 22, 2005.

    3.   The parties have been diligently working to complete depositions and other discovery within the scheduled time frame. An additional deposition was just completed on July 11, 2005, for which the transcript is not yet available.

- 2-

4. The parties have exchanged Rule 37 letters regarding discovery disputes and have resolved certain of those disputes.

5. The deposition of Plaintiff was completed on June 29, and Defendant anticipates filing a dispositive motion but the transcript for this testimony has not yet been completed and there is insufficient time to complete dispositive motions under the current deadline.

6. Defendant requests this Court to extend the discovery cutoff to August 1 and further requests this Court grant an extension for presenting dispositive motions to August 19, 2005.

7. The extensions requested are not being done for purposes of delay and in fact, there will be no need to reschedule the pretrial conference and trial date previously scheduled in this case.

8. Counsel for Plaintiff has no objection to the extensions requested in this matter.

**WHEREFORE,** Defendant respectfully requests that this Court grant an extension of time for discovery cutoff to August 1,

- 3-

2005, and for presenting dispositive motions until August 19, 2005.

        Respectfully submitted,

        GOODRICH EQUIPMENT CO.,
        Defendant,

By:  s/ Mark D. Churchill
     Mark D. Churchill Bar #188372
     Attorney for Defendant
     Churchill & Churchill, P.C.
     1610 Fifth Avenue
     Moline, IL  61265
     Telephone: (309) 762-3643
     Fax:  (309) 762-4690
     E-mail: cclaw@churchillfirm.com

and

     s/ Robert T. Park
     Robert T. Park Bar #11247
     Attorney for Defendant
     Snyder, Park & Nelson, P.C.
     1600 Fourth Ave., Suite 200
     P.O. Box 3700
     Rock Island, IL  61201
     Telephone: (309) 786-8497
     Fax:  (309) 786-0463
     E-mail:  rpark@snyderpark.com

- 4-

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

                                       s/ Mark D. Churchill
                                       Mark D. Churchill Bar #188372
                                       Attorney for Defendant
                                       Churchill & Churchill, P.C.
                                       1610 Fifth Avenue
                                       Moline, IL  61265
                                       Telephone: (309) 762-3643
                                       Fax:  (309) 762-4690
                                       E-mail: cclaw@churchillfirm.com