E-FILED
Friday, 15 July, 2005  04:18:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR VOLUNTARY DISMISSAL OF
DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM**

Now comes Defendant/Counter-Plaintiff, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and moves to dismiss its Counterclaim previously filed simultaneously with its Answer in this proceeding on March 15, 2004.

**WHEREFORE,** Defendant/Counter-Plaintiff prays that the Court grant this motion to voluntarily dismiss its previously filed Counterclaim.

Respectfully submitted,

GOODRICH EQUIPMENT CO.,
Defendant,

By: s/ Mark D. Churchill
    Mark D. Churchill Bar #188372
    Attorney for Defendant
    Churchill & Churchill, P.C.
    1610 Fifth Avenue
    Moline, IL  61265
    Telephone: (309) 762-3643
    Fax:  (309) 762-4690
    E-mail: cclaw@churchillfirm.com

and

- 2-

        s/ Robert T. Park  
        Robert T. Park Bar #11247  
        Attorney for Defendant  
        Snyder, Park & Nelson, P.C.  
        1600 Fourth Ave., Suite 200  
        P.O. Box 3700  
        Rock Island, IL  61201  
        Telephone: (309) 786-8497  
        Fax:  (309) 786-0463  
        E-mail:  rpark@snyderpark.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

        s/ Mark D. Churchill  
        Mark D. Churchill Bar #188372  
        Attorney for Defendant  
        Churchill & Churchill, P.C.  
        1610 Fifth Avenue  
        Moline, IL  61265  
        Telephone: (309) 762-3643  
        Fax:  (309) 762-4690  
        E-mail: cclaw@churchillfirm.com