E-FILED
Tuesday, 26 July, 2005  11:45:55 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that copies of the attached Subpoenas were sent electronically to counsel of record on July 26, 2005, by virtue of electronically filing this Certificate of Service, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

    s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail: cclaw@churchillfirm.com