66 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

CENTRAL _____ DISTRICT OF _____ ILLINOIS

TERESA SCHULTZE

V.

GOODRICH EQUIPMENT CO.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER: ¹    03 C 04089

TO:   Peter F. Alward, Secretary
      Orthopaedic & Rheumatology Associates, P.C.
      520 Valley Drive, Moline, IL  61265

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

### See Attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| Churchill & Churchill, P.C. 1610 Fifth Avenue, Moline, IL  61265 | 8/15/05 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    Attorney for Defendant | 7/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mark D. Churchill, Churchill & Churchill, P.C.
1610 Fifth Avenue, Moline, IL  61265        (309) 762-3643

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

## EXHIBIT A TO SUBPOENA

Complete copy of the chart or all office records of health care
for Teresa Schultze for the time period of December 1, 2002, to
July 31, 2003, including but not limited to appointments, office
visits of the patient, laboratory and consultant reports, X-
rays, and copies of records of other doctors, hospitals or
medical facilities, including reports sent to third parties,
radiographic films and documents, reports, etc.

AO 88 (Rev. 1/94) Subpoena In a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

CENTRAL ———————— DISTRICT OF ———— ILLINOIS

TERESA SCHULTZE

V.

GOODRICH EQUIPMENT CO.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 03 C 04089

TO:  Steven Layer, President
Rock Valley Physical Therapy
520 Valley View, #200, Moline, IL  61265

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

### See Attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| Churchill & Churchill, P.C. 1610 Fifth Avenue, MOline, IL  61265 | 8/15/05 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*     Attorney for Defendant | 7/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark D. Churchill, Churchill & Churchill, P.C.
1610 Fifth Avenue, Moline, IL  61265          (309) 762-3643

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1  If action is pending in district other than district of issuance, state district under case number.

## EXHIBIT A TO SUBPOENA

Complete copy of the chart or all office records of health care for Teresa Schultze for the time period of December 1, 2002, to July 31, 2003, including but not limited to appointments, office visits of the patient, laboratory and consultant reports, X-rays, and copies of records of other doctors, hospitals or medical facilities, including reports sent to third parties, radiographic films and documents, reports, etc.