E-FILED
Friday, 19 August, 2005  03:38:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and moves this Court for a short extension of time within which to file dispositive motions, and in support thereof, states:

1) The deadline for dispositive motions to be filed currently is August 19, 2005.

2) The Defendant has been diligently working on composing a Motion for Summary Judgment within the scheduled time frame.

3) An extension of time is requested so that Defendant may obtain the sworn affidavit necessary to accompany its Motion and to review documents subpoenaed which have recently been delivered.

4) Defendant requests this Court to extend the deadline for filing dispositive motions to August 26, 2005.

5) Counsel for Defendant has attempted to contact Plaintiff's counsel in advance of the filing of this motion to request approval. Plaintiff's counsel has been unavailable to respond to said request.

- 2-

6)     The extension requested is not being done for purposes of delay and in fact, there will be no need to reschedule the pretrial conference and trial date previously scheduled in this case.

WHEREFORE, Defendant respectfully requests that this Court grant an extension of time to file dispositive motions to August 26, 2005.

                         GOODRICH EQUIPMENT CO.,
                         Defendant,

                         By: s/ Mark D. Churchill
                               Mark D. Churchill Bar #188372
                               Attorney for Defendant
                               Churchill & Churchill, P.C.
                               1610 Fifth Avenue
                               Moline, IL  61265
                               Telephone: (309) 762-3643
                               Fax:  (309) 762-4690
                               E-mail: cclaw@churchillfirm.com

                         and

                               s/ Robert T. Park
                               Robert T. Park Bar #11247
                               Attorney for Defendant
                               Snyder, Park & Nelson, P.C.
                               1600 Fourth Ave., Suite 200
                               P.O. Box 3700
                               Rock Island, IL  61201
                               Telephone: (309) 786-8497
                               Fax:  (309) 786-0463
                               E-mail:  rpark@snyderpark.com

- 3-

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Bogart, Mark D. Churchill.

      s/ Robert T. Park
      Robert T. Park Bar #11247
      Attorney for Defendant
      Snyder, Park & Nelson, P.C.
      1600 Fourth Ave., Suite 200
      P.O. Box 3700
      Rock Island, IL 61201
      Telephone: (309) 786-8497
      Fax: (309) 786-0463
      E-mail: rpark@snyderpark.com