# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,          ) | |
|     Plaintiff,          ) | |
|               ) | NO. 03  Cv 04089 |
| v.          ) | Jury Trial Demanded |
|                ) | |
| GOODRICH EQUIPMENT COMPANY,    ) | |
|     Defendant.          ) | |

## CERTIFICATE OF SERVICE

    The undersigned attorney does hereby certify that on September 2, 2005, she electronically filed Plaintiff's Agreed Motion to Extend Date for Filing Summary Response with the Clerk of the Court for the U.S. district court for the Central District of Illinois in the foregoing matter using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                BY: s/Susan Bogart
                                    Law Offices of Susan Bogart
                                   30 North LaSalle Street, Suite 2900
                                   Chicago, IL 60602
                                   Tele: (312) 263-0900, ext. 7014
                                   Fax: (312) 263-5013
                                   E-mail: SBogart514@aol.com