UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,<br>        Plaintiff,<br><br>v.<br><br>GOODRICH EQUIPMENT COMPANY,<br>        Defendant. | )<br>)<br>)    NO. 03 Cv 04089<br>)    Jury Trial Demanded<br>)<br>)<br>) |

## MOTION TO EXTEND DATE TO RESPOND TO SUMMARY JUDGMENT

Plaintiff, Teresa Schultze, by and through her attorney, and moves this Court for an Extension of Time within Which to File Response to Motion for Summary Judgment and, in support, states as follows:

1. Dispositive motions in the instant case were originally set to be filed on July 22, 2005.

2. On August 26, 2005, defendant filed a motion for summary judgment in the above captioned case. Plaintiff was not able to access electronically the attachments to that motion and did not receive a hard copy of the motion until August 31, 2005.

3. On August 27, 2005, over one month after the original date for filing dispositive motions, this Court granted defendant's second request for an extension of time within which to file a summary judgment motion.

4. Under CDIL-LR 7.1(D)(2), Plaintiff's response to the Motion for Summary Judgment is due on or about September 19, 2005.

5. However, Plaintiff's counsel is not able to adequately prepare and file Plaintiff's Response to Summary Judgment by that date due to previously scheduled personal and professional engagements which are detailed below.

A) Since receiving defendant's motion for summary judgment, from August 29, 2005

1

through September 1, 2005 Plaintiff's counsel has been engaged in various proceedings including preliminary injunction and other hearings in the matters entitled *Golden v. Wiznitzer,* 05 CH 142 and the related matter of *Orchard v. MCRG*, 05 Ch 11895 pending in the Chancery Division of the Circuit Court of Cook County Illinois before the Honorable William O. Maki.

B) From September 8 through September 14, 2005, Plaintiff's counsel will be out of town taking her daughter to college.

C) From September 20-September 23, 2005, Plaintiff's counsel is serving as an arbitrator for the National Association of Securities Dealers in the matter captioned *Deitrich v. William Blair*, 04 - 6790.

D) On September 27 and 28, 2005, Plaintiff's counsel serves as an arbitrator in hearings in *Sabransky v. UBS PaineWebber,* 04-6786 pending before the National Association of Securities Dealers.

E) Plaintiff's counsel is scheduled to file a response to summary judgment in the matter of *Daniels v. Federal Reserve Bank of Chicago*, 98 C 1186 pending before the Honorable William Hibbler of the U.S. district court for the Northern District of Illinois on October 3, 2005.

6. Accordingly, plaintiff's counsel will not be able to devote the time necessary to prepare a response to defendant's motion for summary judgment in the instant case until after October 3, 2005 and requests until October 17, 2005 for that purpose.

7. Plaintiff's counsel contacted March Churchill's office on September 2, 2005 and was advised that he would not return until Tuesday September 6, 2005. Plaintiff's counsel then contacted co-counsel Robert Park regarding a proposed extension of time. Late in the day on September 2, 2005, Plaintiff's counsel received a message from attorney Park that he and Mr. Churchill had no objection to a two week extension of time but did object to the requested month.

8. Plaintiff's counsel notes that this is the first request for an extension sought by Plaintiff's counsel regarding dispositive motions whereas defendant sought and obtained two extensions and did not file its motion for extension until over one month after the original deadline set for dispositive motions. While Plaintiff's counsel would prefer to present her response in a time shorter than one month, the above referenced scheduling conflicts which predated the filing of defendant's motion make a shorter time than one month not feasible.

9. The extension of time requested is not being interposed for purposes of delay and in fact there will be no need to reschedule the pretrial and trial date in this case.

WHEREFORE, Plaintiff Teresa Schultze respectfully requests that this Court grant an extension of time for filing her Response to Summary Judgment until October 17, 2005.

RESPECTFULLY SUBMITTED,

TERESA SCHULTZE, PLAINTIFF

BY: s/Susan Bogart
 Law Offices of Susan Bogart
 30 North LaSalle Street, Suite 2900
 Chicago, IL 60602
 Tele: (312) 263-0900, ext. 7014
 Fax: (312) 263-5013
 E-mail: SBogart514@aol.com

## CERTIFICATE OF SERVICE

     The undersigned attorney does hereby certify that on September 7, 2005, she electronically refiled Plaintiff's Motion to Extend Date for Filing Summary Response with the Clerk of the Court for the U.S. district court for the Central District of Illinois in the foregoing matter using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                        BY: s/Susan Bogart
                                            Law Offices of Susan Bogart
                                          30 North LaSalle Street, Suite 2900
                                          Chicago, IL 60602
                                          Tele: (312) 263-0900, ext. 7014
                                          Fax: (312) 263-5013
                                          E-mail: SBogart514@aol.com