E-FILED
Friday, 09 September, 2005  10:05:36 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO REVISE SCHEDULING ORDER

Now comes defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for CHURCHILL & CHURCHILL P.C., and Robert T. Park for SNYDER, PARK & NELSON, P.C., and for its Motion to Revise Scheduling Order states:

1. This case is scheduled for a final pre-trial conference on November 18, 2005, with a jury trial thereafter on December 19, 2005.

2. Defendant filed its Motion for Summary Judgment on August 26, 2005.

3. Plaintiff's response to the Motion for Summary Judgment was originally due on September 19, 2005.

4. On September 7, 2005, plaintiff filed her Motion to Extend Date to Respond to Summary Judgment.

2

5. On September 8, 2005, this court allowed plaintiff's Motion to Extend Date to Respond to Summary Judgment, granting plaintiff an additional 28 days to respond to the motion. Plaintiff's response to the Motion for Summary Judgment is now due October 17, and defendant's reply is due October 31, 2005.

6. Defendant would like the court to hold a hearing on its Motion for Summary Judgment, so that the court can hear oral argument thereon.

7. Under the current schedule, there is less than three weeks between the date defendant's reply is due and the date of the final pretrial conference. This would give the court less than three weeks between the filing of the reply and the final pretrial conference to schedule and hold a hearing on the Motion for Summary Judgment, and then to decide that motion.

8. If they do not know the court's ruling on the Motion for Summary Judgment, both parties will be required to prepare for the final pretrial conference, which preparation will be unnecessary in the event summary judgment is granted.

9. It would be to the benefit of both parties for the court to revise the current schedule to (a) provide for a hearing on the defendant's Motion

3

for Summary Judgment, (b) set a new date for the final pretrial conference, and (c) set a new trial date.

WHEREFORE, defendant, GOODRICH EQUIPMENT CO., prays that this court revise the current scheduling order as set forth above.

        GOODRICH EQUIPMENT CO.,
        Defendant,

By:  s/ Mark D. Churchill
      Mark D. Churchill Bar #188372
      Attorney for Defendant
      Churchill & Churchill, P.C.
      1610 Fifth Avenue
      Moline, IL  61265
      Telephone: (309) 762-3643
      Fax:  (309) 762-4690
      E-mail: cclaw@churchillfirm.com

and

      s/ Robert T. Park
      Robert T. Park Bar #11247
      Attorney for Defendant
      Snyder, Park & Nelson, P.C.
      1600 Fourth Ave., Suite 200
      P.O. Box 3700
      Rock Island, IL  61201
      Telephone: (309) 786-8497
      Fax:  (309) 786-0463
      E-mail:  rpark@snyderpark.com

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Susan Bogart, Mark D. Churchill.

                                          s/ Robert T. Park
                                          Robert T. Park Bar #11247
                                          Attorney for Defendant
                                          S<small>NYDER</small>, P<small>ARK</small> & N<small>ELSON</small>, P.C.
                                          1600 Fourth Ave., Suite 200
                                          P.O. Box 3700
                                          Rock Island, IL  61201
                                          Telephone: (309) 786-8497
                                          Fax:  (309) 786-0463
                                          E-mail:  [rpark@snyderpark.com](mailto:rpark@snyderpark.com)