**E-FILED**
Thursday, 20 October, 2005  08:37:10 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
| Plaintiff, | ) | |
| | ) | NO. 03  Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
| Defendant. | ) | |

## PLAINTIFF TERESA SCHULTZE'S EXHIBITS IN SUPPORT OF HER OPPOSITION TO SUMMARY JUDGMENT PURSUANT TO CDIL-LR7.1(D)(2)

Plaintiff, Teresa Schultze, by and through her attorney does hereby submits her Exhibits in Opposition to Summary Judgment, pursuant to CDIL-LR 7.1(D)(2).

| | |
|---|---|
| Exhibit 1(a) | Plaintiff's Affidavit |
| 1(a)(1) | Select Personnel Policies effective 11/1/94 |
| 1(a)(2) | Select Personnel Policies Changed effective 6/16/03 |
| Exhibit 1(b) | Plaintiff's Complaint |
| Exhibit 2 | Organizational Chart of Goodrich Equipment Company dated 6/16/03 |
| Exhibit 3 | Schultze's Confidential Wage/ Salary History |
| Exhibit 4 | 11/1/02 Email from Roger Goodrich to Teresa Schultze regarding Schultze's Starting Salary |
| Exhibit 5 | 12/16/02 Email from Roger Goodrich to Don McDonald and Teresa Schultze regarding work week at 47.5 hours |
| Exhibit 6 | 5/6/03 1:12 p.m. Email from Roger Goodrich to Teresa Schultze regarding performance review |

| | |
|---|---|
| Exhibit 7 | 5/6/03 2:10 p.m. Email from Roger Goodrich to Teresa Schultze raising her salary to $37,000 |
| Exhibit 8(a) | 6/2/03 11:47 a.m. Email from Teresa Schultze to Roger Goodrich re: Attachment 8 (b); 6/2/03 11:53 a.m. Email of Teresa Schultze to Roger Goodrich re: Salary; 6/2/03 11:56 a.m. Email of Roger Goodrich to Teresa Schultze |
| Exhibit 8(b) | 6/2/03 Attachment to Schultze's 11:47 a.m. Email to Goodrich |
| Group Exhibit 9 | Emails from Roger Goodrich to Teresa Schultze regarding Schultze's Performance at Goodrich from 12/17/02-5/19/03 |
| Exhibit 10(a) | 7/9/03 Email of Roger Goodrich to Management Re: Manager's meeting |
| 10(b) | 7/10/03 9:32 a.m. of Roger Goodrich to Managers and Supervisors contending that Teresa Schultze resigned; 7/10/03 9:53 a.m Email of Teresa Schultze to Same Group Denying that She Had resigned; |
| Exhibit 11 | 7/11/03 Email of Roger Goodrich announcing Schultze's Termination |
| Group Exhibit 12 | Emails concerning Goodrich's denial of training to Schultze |
| Exhibit 13 | 2003 Goodrich Absentee Calendar of Schultze |
| Exhibit 14 | 5/21/03 Email of Roger Goodrich regarding his Absences due to his Father's illness |
| Group Exhibit 15 | 2002 W-2s for Goodrich Employees |
| Group Exhibit 16 | 2003 W-2s for Goodrich Employees |
| Exhibit 17 | Defendant Summary Exhibit regarding Salaried and Hourly Employees |
| Exhibit 18 | Excerpts of Teresa Schultze's Deposition dated 6/29/05 |
| Exhibit 19 | Excerpts of Klint Rice's Deposition dated 7/11/05 |

Exhibit   20                    Excerpts of Roger Goodrich's Deposition dated 5/6/05

Exhibit 21                      Excerpts of Roger Goodrich 4/1/04 Testimony before
                                Department of Employment Security

Exhibit 22                      Excerpts of Lori Hammer's Deposition dated 6/7/05


RESPECTFULLY SUBMITTED

TERESA SCHULTZE

BY: ss/ Susan Bogart
        Law Offices of Susan Bogart
        30 North LaSalle St., Ste. 2900
        Chicago, IL 60602
        Tele: (312) 263-0900 ext. 7014
        Facsimile: (312) 263-5013
        SBogart514@aol.com