E-FILED
Thursday, 20 October, 2005 08:42:21 AM
Clerk, U.S. District Court, ILCD

GOODRICH EQUIPMENT CO.
EMPLOYEE HANDBOOK


ISSUE DATE: 01 NOV. 94



EXHIBIT 1(a)(i)

# TABLE OF CONTENTS

| NO. | POLICY TITLE |
|---|---|
| | **INTRODUCTION** |
| 10 | Title Page |
| 20 | Employee Welcome Message |
| 30 | Organization Description |
| 40 | Introductory Statement |
| 51 | Employee Acknowledgement Form |
| | **EMPLOYMENT** |
| 101 | Nature of Employment |
| 102 | Employee Relations |
| 103 | Equal Employment Opportunity |
| 105 | Hiring of Relatives |
| 107 | Immigration Law Compliance |
| 108 | Conflicts of Interest |
| 110 | Outside Employment |
| 112 | Non-Disclosure |
| | **EMPLOYMENT STATUS & RECORDS** |
| 201 | Employment Categories |
| 202 | Access to Personnel Files |
| 203 | Employment Reference Checks |
| 204 | Personnel Data Changes |
| 205 | Introductory Period |
| 208 | Employment Applications |
| 209 | Performance Evaluation |
| | **EMPLOYEE BENEFIT PROGRAMS** |
| 301 | Employee Benefits |
| 303 | Vacation Benefits |
| 304 | Child Care Benefits |
| 305 | Holidays |
| 306 | Workers' Compensation Insurance |
| 307 | Sick Leave Benefits |
| 308 | Time Off To Vote |
| 309 | Bereavement Leave |
| 310 | Relocation Benefits |
| 311 | Jury Duty |
| 312 | Witness Duty |
| 313 | Benefits Continuation (COBRA) |
| 314 | Educational Assistance |
| | **TIMEKEEPING/PAYROLL** |
| 401 | Timekeeping |
| 403 | Paydays |
| 405 | Employment Termination |
| 408 | Pay Advances |

409  Administrative Pay Corrections
410  Pay Deductions and Setoffs

WORK CONDITIONS & HOURS
501  Safety
502  Work Schedules
504  Use of Phone and Mail Systems
505  Smoking
506  Rest and Meal Periods
507  Overtime
508  Use of Vehicles
510  Emergency Closings
512  Business Travel Expenses
514  Visitors in the Workplace

LEAVES OF ABSENCE
601  Medical Leave
602  Family Leave
603  Personal Leave
604  Educational Leave
605  Military Leave
607  Pregnancy-Related Absences

EMPLOYEE CONDUCT & DISCIPLINARY ACTION
701  Employee Conduct & Work Rules
702  Drug & Alcohol Use
703  Sexual & Other Unlawful Harassment
704  Attendance & Punctuality
705  Personal Appearance
706  Return of Property
708  Resignation
710  Security Inspections
712  Solicitation
714  Drug Testing
716  Progressive Discipline
718  Problem Resolution

MISCELLANEOUS
800  Life-Threatening Illnesses
802  Recycling

GOODRICH EQUIPMENT CO.

307  SICK LEAVE BENEFITS

GOODRICH EQUIPMENT CO. provides paid sick leave benefits to all eligible employees for periods of temporary absence due to illnesses or injuries. Eligible employee classification(s):

   Regular full-time employees

Eligible employees will accrue sick leave benefits at the rate of ~~5.5 days per year~~ (.458 of a day for every full month of service). Sick leave benefits are calculated on the basis of a "calendar year." (Pro-rated per each month)

Employees can request use of paid sick leave after completing a waiting period of 30 calendar days from the date they become eligible to accrue sick leave benefits. Paid sick leave can only be used in minimum increments of one-half day. Eligible employees may use sick leave benefits for an absence due to their own illness or injury or that of a family member who resides in the employee's household.

Employees who are unable to report to work due to illness or injury should notify their direct supervisor before the scheduled start of their workday if possible. The direct supervisor must also be contacted on each additional day of absence.

Sick leave benefits will be calculated based on the employee's base pay rate at the time of absence and will not include any special forms of compensation, such as incentives, commissions, bonuses, or shift differentials.

As an additional condition of eligibility for sick leave benefits, an employee on an extended absence must apply for any other available compensation and benefits, such as workers' compensation. Sick leave benefits will be used to supplement any payments that an employee is eligible to receive from state disability insurance, workers' compensation or GOODRICH EQUIPMENT CO. provided disability insurance programs. The combination of any such disability payments and sick leave benefits cannot exceed the employee's normal weekly earnings.

Accrued sick leave benefits will be allowed to accumulate until the employee has accrued a total of 5.5 calendar days worth of sick leave benefits. If the employee's benefits reach this maximum, further accrual of sick leave benefits will be suspended until the employee has reduced the balance below the limit.

Accrued sick leave benefits will not be paid to employees while

they are employed or upon termination of employment.

~~Accrued sick leave time may be used by employees as paid personal time off. Each period requested must be at least one half day or more. Special uses would be bereavement leave, special appointments, or required short term time off.~~

GOODRICH EQUIPMENT CO.

303   VACATION BENEFITS

Vacation time off with pay is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Employees in the following employment classification is eligible to earn and use vacation time as described in this policy:

   Regular full-time employees

Employees with an assigned work schedule of less than Regular Full-Time (47 hrs. per week) receive equal time off as to their regular scheduled work week.

Employees begin to earn vacation (12) twelve months after their start date.

VACATION EARNING SCHEDULE

| ELIGIBLE SERVICE | VACATION DAYS MONTHLY | VACATION DAYS EACH YEAR |
|---|---|---|
| After (12) Months | .458 Days Monthly | Balance Current Yr |
| Next (12) Months | .458 days | 5.5 days |
| Next (12) Months | .917 days | 11.0 days |
| Every Year Following | .917 days | 11.0 days |
| After (20) Years | 1.375 days | 16.5 days |

Paid vacation time can be used in minimum increments of one-half day. To take vacation, employees should request advance approval from their supervisors. Requests will be reviewed based on a number of factors, including business needs and staffing requirements. Vacation days should not be scheduled during the peak planting or harvesting seasons.

Vacation time off is paid at the employee's base pay rate at the time of vacation. It does not include any special forms of compensation such as incentives, commissions, bonuses, ~~or shift differentials~~.

As stated above, employees are encouraged to use available paid vacation time for rest, relaxation, and personal pursuits. In the event that available vacation is not used by the end of the calendar year, employees may carry unused time forward to the next ~~60~~ 90 calendar days. ~~When the employee uses paid vacation time and~~ After 90 Days Calendar any vacation time from previous yr. is forfited by employee. that.

~~brings the available amount below the cap, vacation accrual will begin again.~~

Upon termination of employment, employees will be paid for unused vacation time that has been earned through the last day of work. However, if GOODRICH EQUIPMENT CO., in its sole discretion, terminates employment for cause, forfeiture of unused vacation time may result.

GOODRICH EQUIPMENT CO.

601  MEDICAL LEAVE

GOODRICH EQUIPMENT CO. provides medical leaves of absence without pay to eligible employees who are temporarily unable to work due to a serious health condition or disability. For purposes of this policy, serious health conditions or disabilities include inpatient care in a hospital, hospice, or residential medical care facility; and continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request medical leave as described in this policy:

   Regular full-time employees

Eligible employees may request medical leave only after having completed 180 calendar days of service. Exceptions to the service requirement will be considered to accommodate disabilities.

Eligible employees should make requests for medical leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

A health care provider's statement must be submitted verifying the need for medical leave and its beginning and expected ending dates. Any changes in this information should be promptly reported to GOODRICH EQUIPMENT CO.. Employees returning from medical leave must submit a health care provider's verification of their fitness to return to work.

Eligible employees are normally granted leave for the period of the disability, up to a maximum of 12 weeks within any 12 month period. Any combination of medical leave and family leave may not exceed this maximum limit. If the initial period of approved absence proves insufficient, consideration will be given to a request for an extension. Employees will be required to first use any accrued paid leave time before taking unpaid medical leave.

Employees who sustain work-related injuries are eligible for a medical leave of absence for the period of disability in accordance with all applicable laws covering occupational disabilities.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by GOODRICH EQUIPMENT CO. until the end of the month in which the medical leave begins. At that time, employees will become

responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from medical leave, benefits will again be provided by GOODRICH EQUIPMENT CO. according to the applicable plans.

Benefit accruals, such as vacation, sick leave, or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

So that an employee's return to work can be properly scheduled, an employee on medical leave is requested to provide GOODRICH EQUIPMENT CO. with at least two weeks advance notice of the date the employee intends to return to work. When a medical leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified.

If an employee fails to report to work promptly at the end of the medical leave, GOODRICH EQUIPMENT CO. will assume that the employee has resigned.

GOODRICH EQUIPMENT CO.

602   FAMILY LEAVE

GOODRICH EQUIPMENT CO. provides family leaves of absence without pay to eligible employees who wish to take time off from work duties to fulfill family obligations relating directly to childbirth, adoption, or placement of a foster child; or to care for a child, spouse, or parent with a serious health condition. A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility; or continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request family leave as described in this policy:

   Regular full-time employees

Eligible employees may request family leave only after having completed 180 calendar days of service. Eligible employees should make requests for family leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

Employees requesting family leave related to the serious health condition of a child, spouse, or parent may be required to submit a health care provider's statement verifying the need for a family leave to provide care, its beginning and expected ending dates, and the estimated time required.

Eligible employees may request up to a maximum of 12 weeks of family leave within any 12 month period. Any combination of family leave and medical leave may not exceed this maximum limit. If this initial period of absence proves insufficient, consideration will be given to a written request for a single extension of no more than 60 calendar days. Employees will be required to first use any accrued paid leave time before taking unpaid family leave. Married employee couples may be restricted to a combined total of 12 weeks leave within any 12 month period for childbirth, adoption, or placement of a foster child; or to care for a parent with a serious health condition.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by GOODRICH EQUIPMENT CO. until the end of the month in which the approved family leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from family leave, benefits will again be provided by GOODRICH EQUIPMENT CO.

according to the applicable plans.

Benefit accruals, such as vacation, sick leave, or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

So that an employee's return to work can be properly scheduled, an employee on family leave is requested to provide GOODRICH EQUIPMENT CO. with at least two weeks advance notice of the date the employee intends to return to work. When a family leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified.

If an employee fails to report to work promptly at the end of the approved leave period, GOODRICH EQUIPMENT CO. will assume that the employee has resigned.

GOODRICH EQUIPMENT CO.

603   PERSONAL LEAVE

GOODRICH EQUIPMENT CO. provides leaves of absence without pay to eligible employees who wish to take time off from work duties to fulfill personal obligations. Employees in the following employment classification(s) are eligible to request personal leave as described in this policy:

   Regular full-time employees

Eligible employees may request personal leave only after having completed 180 calendar days of service. As soon as eligible employees become aware of the need for a personal leave of absence, they should request a leave from their supervisor.

Personal leave may be granted for a period of up to 30 calendar days every one year. If this initial period of absence proves insufficient, consideration will be given to a written request for a single extension of no more than 30 calendar days. With the supervisor's approval, an employee may take any available sick or vacation leave as part of the approved period of leave.

Requests for personal leave will be evaluated based on a number of factors, including anticipated work load requirements and staffing considerations during the proposed period of absence.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by GOODRICH EQUIPMENT CO. until the end of the month in which the approved personal leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from personal leave, benefits will again be provided by GOODRICH EQUIPMENT CO. according to the applicable plans.

Benefit accruals, such as vacation, sick leave, or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

When a personal leave ends, every reasonable effort will be made to return the employee to the same position, if it is available, or to a similar available position for which the employee is qualified. However, GOODRICH EQUIPMENT CO. cannot guarantee reinstatement in all cases.

If an employee fails to report to work promptly at the expiration of the approved leave period, GOODRICH EQUIPMENT CO. will assume the employee has resigned.