


# *Goodrich Equipment Company*
### Employee Policy Manual

## Table of Contents

| No. | Policy | Effective Date: | Revision Date: |
|---|---|---|---|
| | **INTRODUCTION** | | |
| 020 | Employee Welcome Message | | |
| 030 | Organization Description | 06/16/2003 | |
| 040 | Introductory Statement | 06/16/2003 | |
| 051 | Employee Acknowledgement Form | 06/16/2003 | |
| 060 | Customer Relations | 06/16/2003 | |
| | | 06/16/2003 | |
| | **EMPLOYMENT** | | |
| 101 | Nature of Employment | | |
| 102 | Employee Relations | 06/16/2003 | |
| 103 | Equal Employment Opportunity | 06/16/2003 | |
| 104 | Business Ethics and Conduct | 06/16/2003 | |
| 105 | Hiring of Relatives | 06/16/2003 | |
| 106 | Employee Medical Examinations | 06/16/2003 | |
| 107 | Immigration Law Compliance | 06/16/2003 | |
| 108 | Conflicts of Interest | 06/16/2003 | |
| 110 | Outside Employment | 06/16/2003 | |
| 112 | Non-Disclosure | 06/16/2003 | |
| 114 | Disability Accommodation | 06/16/2003 | |
| | | 06/16/2003 | |
| | **EMPLOYMENT STATUS & RECORDS** | | |
| 201 | Employment Categories | | |
| 202 | Access to Personnel Files | 06/16/2003 | |
| 203 | Employment Reference Checks | 06/16/2003 | |
| 204 | Personnel Data Changes | 06/16/2003 | |
| 205 | Introductory Period | 06/16/2003 | |
| 208 | Employment Applications | 06/16/2003 | |
| 209 | Performance Evaluation | 06/16/2003 | |
| | | 06/16/2003 | |
| | **EMPLOYEE BENEFIT PROGRAMS** | | |
| 301 | Employee Benefits | | |
| 303 | Vacation Benefits | 06/16/2003 | |
| 305 | Holidays | 06/16/2003 | |
| 306 | Workers' Compensation Insurance | 06/16/2003 | |
| | | 06/16/2003 | |






# Goodrich Equipment Company
**Employee Policy Manual**

| # | Topic | Date |
|---|---|---|
| 308 | Time Off to Vote | 06/16/2003 |
| 309 | Bereavement Leave | 06/16/2003 |
| 311 | Jury Duty | 06/16/2003 |
| 312 | Witness Duty | 06/16/2003 |
| 313 | Benefits Continuation (COBRA) | 06/16/2003 |
| 314 | Educational Assistance | 06/16/2003 |
| 316 | Health Insurance | 06/16/2003 |
| 317 | Life Insurance | 06/16/2003 |
| 318 | Short-Term Disability | 06/16/2003 |
| 319 | Long-Term Disability | 06/16/2003 |
| 320 | 401(k) Savings Plan | 06/16/2003 |
| 380 | Employee Tool Insurance | 06/16/2003 |
| 381 | Discounts | 06/16/2003 |
| 382 | Other Insurance | 06/16/2003 |

## TIMEKEEPING/PAYROLL

| # | Topic | Date |
|---|---|---|
| 401 | Timekeeping | 06/16/2003 |
| 403 | Paydays | 06/16/2003 |
| 405 | Employment Termination | 06/16/2003 |
| 408 | Pay Advances | 06/16/2003 |
| 409 | Administrative Pay Corrections | 06/16/2003 |
| 410 | Pay Deductions and Setoffs | 06/16/2003 |

## WORK CONDITIONS & HOURS

| # | Topic | Date |
|---|---|---|
| 501 | Safety | 06/16/2003 |
| 502 | Work Schedules | 06/16/2003 |
| 504 | Use of Phone and Mail Systems | 06/16/2003 |
| 505 | Smoking | 06/16/2003 |
| 506 | Rest and Meal Periods | 06/16/2003 |
| 507 | Overtime | 06/16/2003 |
| 508 | Use of Equipment and Vehicles | 06/16/2003 |
| 510 | Emergency Closings | 06/16/2003 |
| 512 | Business Travel Expenses | 06/16/2003 |
| 514 | Visitors in the Workplace | 06/16/2003 |
| 516 | Computer and Email Usage | 06/16/2003 |
| 517 | Internet Usage | 06/16/2003 |
| 522 | Workplace Violence Prevention | 06/16/2003 |
| 526 | Cell Phone Usage | 06/16/2003 |



# Goodrich Equipment Company
**Employee Policy Manual**

580  Security and Right To Inspect Personal Proper        06/16/2003

LEAVES OF ABSENCE
601  Medical Leave                                        06/16/2003
602  Family Leave                                         06/16/2003
603  Personal Leave                                       06/16/2003
604  Educational Leave                                    06/16/2003
605  Military Leave                                       06/16/2003
607  Pregnancy-Related Absences                           06/16/2003

EMPLOYEE CONDUCT & DISCIPLINARY ACTION
701  Employee Conduct and Work Rules                      06/16/2003
703  Sexual and Other Unlawful Harassment                 06/16/2003
704  Attendance and Punctuality                           06/16/2003
705  Personal Appearance                                  06/16/2003
706  Return of Property                                   06/16/2003
708  Resignation                                          06/16/2003
710  Security Inspections                                 06/16/2003
712  Solicitation                                         06/16/2003
716  Progressive Discipline                               06/16/2003
780  Drug and Alcohol Policy                              06/16/2003

MISCELLANEOUS
800  Life-Threatening Illnesses in the Workplace          06/16/2003
802  Recycling                                            06/16/2003
806  Suggestion Program                                   06/16/2003



## Goodrich Equipment Company
Employee Policy Manual

**303** Vacation Benefits
Effective Date: 06/16/2003
Revision Date:

Vacation time off with pay is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Employees in the following employment classification(s) are eligible to earn and use vacation time as described in this policy:

Regular full-time employees

Regular full-time employees with an assigned work schedule of less than 47 hours (which is the Goodrich Equipment standard full-time work week) receive vacation time off at a rate proportional to the standard full time hours(ie. 35.00 hour work week earns 75% of the vacation earning schedule).

The amount of paid vacation time off employees receive each year increases with the length of their employment as shown in the following schedule:

### VACATION EARNING SCHEDULE

| SERVICE TIME (MONTHS) | VACATION TIME (HOURS) ACCRUED PER MONTH WORKED | YEARLY VACATION TIME (HOURS)* |
|---|---|---|
| 1 - 12 | 4 | 48 |
| 13 - 24 | 6 | 72 |
| 25 - 60 | 8 | 96 |
| 61 - 144 | 12 | 144 |
| 145 AND UP | 16 | 192 |

* assuming that the employee is accruing vacation time off at the same rate for 12 months.

Employees begin to earn paid vacation time according to the above schedule when they begin work for Goodrich Equipment. However, before vacation time can be used, a waiting period of 90 calendar days



# Goodrich Equipment Company
Employee Policy Manual

must be completed by new employee's. After 90 days for new employees and at the beginning of each calendar year(closest biweekly pay period), employees will be advanced the vacation time that they will accrue during the year.

Paid vacation time can be used in minimum increments of one hour. To take vacation, employees should request advance approval from their supervisors. Requests will be reviewed based on a number of factors, including business needs and staffing requirements. Vacation days should not be scheduled during the peak planting and harvesting seasons.

Vacation time off is paid at the employee's base pay rate at the time of vacation. It does not include any special forms of compensation such as incentives, commissions, bonuses, or shift differential.

As stated above, employees are encouraged to use available paid vacation time for rest, relaxation, and personal pursuits. In the event that available vacation is not used by the end of the benefit year, employees may carry unused time forward until 15 February into the next calander year. After 15 February, any vacation time from the previous year will be forfeited by that employee.

Upon termination of employment, employees will be paid for unused vacation time to the extent that unused vacation time exceeds vacation time that has been earned through the last day of work. In the event that used paid vacation time exceeds vacation time earned during the benefit year through the last day of work, the excess used paid vacation amount will be deducted from the terminating employee's final pay.



# Goodrich Equipment Company
**Employee Policy Manual**

## 601 Medical Leave
Effective Date: 06/16/2003
Revision Date:

Goodrich Equipment provides medical leaves of absence without pay to eligible employees who are temporarily unable to work due to a serious health condition or disability. For purposes of this policy, serious health conditions or disabilities include inpatient care in a hospital, hospice, or residential medical care facility; and continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request medical leave as described in this policy:

* Regular full-time employees

* Part-time employees

Eligible employees may request medical leave only after having completed 180 calendar days of service. Exceptions to the service requirement will be considered to accommodate disabilities. Eligible employees should make requests for medical leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

A health care provider's statement must be submitted verifying the need for medical leave and its beginning and expected ending dates. Any changes in this information should be promptly reported to Goodrich Equipment. Employees returning from medical leave must submit a health care provider's verification of their fitness to return to work.

Eligible employees are normally granted leave for the period of the disability, up to a maximum of 12 weeks within any 12 month period. Any combination of medical leave and family leave may not exceed this maximum limit. If the initial period of approved absence proves insufficient, consideration will be given to a request for an extension. Employees will be required to first use any accrued paid leave time before taking unpaid medical leave.

Employees who sustain work-related injuries are eligible for a medical leave of absence for the period of disability in accordance with all applicable laws covering occupational disabilities.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be



# *Goodrich Equipment Company*
Employee Policy Manual

provided by Goodrich Equipment until the end of the month in which the medical leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from medical leave, benefits will again be provided by Goodrich Equipment according to the applicable plans.

Benefit accruals, such as vacation or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

So that an employee's return to work can be properly scheduled, an employee on medical leave is requested to provide Goodrich Equipment with at least two weeks advance notice of the date the employee intends to return to work. When a medical leave ends, the employee will be reinstated to the same position, if it is available, or to a position for which the employee is qualified.

If an employee fails to return to work on the agreed upon return date, Goodrich Equipment will assume that the employee has resigned.



# Goodrich Equipment Company
Employee Policy Manual

**602 Family Leave**
Effective Date: 06/16/2003
Revision Date:

Goodrich Equipment provides family leaves of absence without pay to eligible employees who wish to take time off from work duties to fulfill family obligations relating directly to childbirth, adoption, or placement of a foster child; or to care for a child, spouse, or parent with a serious health condition. A serious health condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility; or continuing treatment by a health care provider.

Employees in the following employment classifications are eligible to request family leave as described in this policy:

* Regular full-time employees
* Part-time employees

Eligible employees may request family leave only after having completed 180 calendar days of service. Eligible employees should make requests for family leave to their supervisors at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events.

Employees requesting family leave related to the serious health condition of a child, spouse, or parent may be required to submit a health care provider's statement verifying the need for a family leave to provide care, its beginning and expected ending dates, and the estimated time required.

Eligible employees may request up to a maximum of 12 weeks of family leave within any 12 month period. Any combination of family leave and medical leave may not exceed this maximum limit. If this initial period of absence proves insufficient, consideration will be given to a written request for a single extension of no more than 60 calendar days. Employees will be required to first use any accrued paid leave time before taking unpaid family leave. Married employee couples may be restricted to a combined total of 12 weeks leave within any 12 month period for childbirth, adoption, or placement of a foster child; or to care for a parent with a serious health condition.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by Goodrich Equipment until the end of the month in which the approved family leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage



# *Goodrich Equipment Company*
Employee Policy Manual

to continue. When the employee returns from family leave, benefits will again be provided by Goodrich Equipment according to the applicable plans.

Benefit accruals, such as vacation or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

So that an employee's return to work can be properly scheduled, an employee on family leave is requested to provide Goodrich Equipment with at least two weeks advance notice of the date the employee intends to return to work. When a family leave ends, the employee will be reinstated to the same position, if it is available, or to another position for which the employee is qualified.

If an employee fails to return to work on the agreed upon return date, Goodrich Equipment will assume that the employee has resigned.



# Goodrich Equipment Company
**Employee Policy Manual**

### 603 Personal Leave
Effective Date: 06/16/2003
Revision Date:

Goodrich Equipment provides leaves of absence without pay to eligible employees who wish to take time off from work duties to fulfill personal obligations. Employees in the following employment classification(s) are eligible to request personal leave as described in this policy:

* Regular full-time employees
* Part-time employees

Eligible employees may request personal leave only after having completed 180 calendar days of service. As soon as eligible employees become aware of the need for a personal leave of absence, they should request a leave from their supervisor.

Personal leave may be granted for a period of up to 30 calendar days every 1 year. If this initial period of absence proves insufficient, consideration will be given to a written request for a single extension of no more than 30 calendar days. With the supervisor's approval, an employee may take any available vacation leave as part of the approved period of leave. Requests for personal leave will be evaluated based on a number of factors, including anticipated workload requirements and staffing considerations during the proposed period of absence.

Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by Goodrich Equipment until the end of the month in which the approved personal leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from personal leave, benefits will again be provided by Goodrich Equipment according to the applicable plans.

Benefit accruals, such as vacation or holiday benefits, will be suspended during the leave and will resume upon return to active employment.

When a personal leave ends, every reasonable effort will be made to return the employee to the same position, if it is available, or to a position for which the employee is qualified. However, Goodrich Equipment cannot guarantee reinstatement in all cases.

If an employee fails to report to work promptly at the expiration of the approved leave period, Goodrich Equipment will assume the employee has resigned.