E-FILED
Thursday, 20 October, 2005 08:48:58 AM
Clerk, U.S. District Court, ILCD

FILED
DEC 2 4 2003
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TERESA M. SCHULTZE,            )
   Plaintiff,                  )
                               )     NO. 03 Cv 4089   v.
                               )     Jury Trial Demanded
                               )
GOODRICH EQUIPMENT COMPANY,    )
   Defendant.                  )

## COMPLAINT

Plaintiff, TERESA SCHULTZE, (hereinafter "Schultze" or "Plaintiff") as and for her Complaint at Law against GOODRICH EQUIPMENT COMPANY (hereinafter "the Defendant"), alleges and states as follows:

### I. Preliminary Statement

1. This action seeks declaratory, injunctive, and equitable relief, compensatory, punitive and all other damages to which Plaintiff is entitled under the law, and costs and attorneys fees for gender and retaliation discrimination suffered by Plaintiff in the terms and conditions of her employment with Defendant and her discharge by Defendant.

### II. Jurisdiction

2. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000 et seq. and the Civil Rights Act of 1991.

3. Jurisdiction is invoked pursuant to 28 U.S.C. Section 1343(4), 42 U.S.C. Section 2000-5(f), a right to sue letter issued by the Equal Employment Opportunity Commission (EEOC) on September 25, 2003, a true and correct copy of which is attached as Exhibit A.

4. Declaratory, injunctive and equitable relief is sought pursuant to 28 U.S.C. Sections 2201, 2202, and 42 U.S.C. Section 2000e-5(g). Make whole relief, back pay, front pay, compensatory and other damages are sought pursuant to 42 U.S.C. Section 2000 under the 1991 Civil Rights Act. .

1



5. Costs and attorneys fees may be awarded pursuant to 42 U.S.C. Section 2000e-5(k), 29 U.S.C. Sections 791, 794(c) and Federal Rules of Civil Procedure 54.

### III. Venue

6. This action properly lies in the Central District of Illinois, Rock Island Division, pursuant to Title 28, United States Code, Section 1391 (b), because the claim arose in this judicial district, and pursuant to 42 U.S.C. Section 2000e-5(f)(3), because the unlawful employment practices were committed in this judicial district.

### IV. Parties

7. Plaintiff is a citizen and resident of the United States and Rock Island County, Illinois and her gender is female.

8. Defendant is an employer, engaged in an industry affecting commerce, and employment more than 15 employees.

### V. Facts

9. Plaintiff was employed by Defendant beginning on or about November 1, 2002 and continuing through July 2003.

10. Plaintiff performed satisfactorily in her positions.

11. Despite her satisfactory performance Plaintiff was paid less than her similarly situated males in violation Title 42, U.S.C. Section 2000e.

12. When Plaintiff lawfully protested her lesser pay, she was fired unlawfully.

13. The actions of the Defendant in intentionally discriminating against Plaintiff has caused great mental anguish, humiliation, degradation, physical and emotional pain and suffering, inconvenience, lost wages, benefits and future pecuniary and other losses and other consequential, and other damages and attorneys fees and costs.

RESPECTFULLY SUBMITTED,

PLAINTIFF TERESA SCHULTZE

BY: _____
    Her Attorney

Susan Bogart
Law Offices of Susan Bogart
30 North LaSalle St., Ste. 2900
Chicago, IL 60602
(312) 263-0900 ext. 7014
fx (312) 263-5013

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: CERTIFIED MAIL NO.: 7099-3400-0014-4048-3170 C/P

Teresa M. Schultze
6210 320th Street, N
Hillsdale, Illinois 61257

From:
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2800
Chicago, Illinois 60661-2511

[ ] On behalf of a person aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2003-34578 | Ms. Patricia Jaramillo, Enforcement Supervisor | (312) 886-3576 |

(See the additional information attached to this form.)

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, i.e., you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ x ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (briefly state) _____

- NOTICE OF SUIT RIGHTS -

[ x ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

September 25, 2003

John P. Rowe, District Director

Enclosures
　　Information Sheet
　　Copy of Charge

cc: Respondent(s)    Goodrich Equipment Company

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 210-2003-34578 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Teresa M. Schultze | (309) 658-2132 | |

Street Address: 6210 320th St. N. Hillsdale, IL 61257
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOODRICH EQUIPMENT COMPANY | 15 - 100 | (309) 944-2101 |

Street Address: 939 highway #6 east Geneseo, IL 61254
City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-15-2003   Latest: 07-10-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named Respondent as a Service Manager on or about November 1, 2002. Throughout my employment I was pa[id] significantly less than similarly-situated males. I complained to the General Manager about the unequal pay in February 2003. After complaining, I was subjected to abusive language by the General Manager, including but not limited profanity and threats to my job. In June 2003, the General Manager cancelled training that had been schedule for July, whereas males were allowed to attend. He discharged me on July 10, 2003. Since the discharge, my last check was held, my unemployment benefits were disputed, and I have not been paid owed vacation time.

I believe that I have been discriminated against because of my sex, female, and retaliated against for complaining, in violation of Title VII of the Civil Rights Act of 1967, as amended, and the Equal Pay Act.

[Stamp: AUG 12 2003]  [Stamp: AUG - 7 2003 CHICAGO DISTRICT OFFICE]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Aug 07, 2003   /s/ Teresa M. Schultze
Date   Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)