E-FILED
Thursday, 20 October, 2005  08:54:36 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT

## 2

