# EXHIBIT

3

4:03-cv-04089-MMM-JAG   # 66-7   Page 1 of 2

| DATES FROM | TO | POSITION AND CLASSIFICATION | WORK LOCATION | RATE OF PAY AMOUNT | PER | REASON FOR CHA... |
|---|---|---|---|---|---|---|
| 11-1-.. | 12-15-.. | Srvc Mgr — Part Time | | 14.3207 | Hr. | |
| 12/16/03 | | " " — Full Time | | | | |

00026

EXHIBIT 3