# EXHIBIT

# 4

4:03-cv-04089-MMM-JAG    # 66-8    Page 1 of 2

bill
___

From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Friday, November 01, 2002 10:55 AM
To: Bill Schneider
Subject: Compensation

Bill: For the mean time, we will be paying Teresa Schultze by the hour and then if we hire her full time, we offered her $35,000 base compensation.

Can you tell me what her hourly rate would be based on a standard 47 hour work week if you use the $35k amount?

Before benefits of course.

This will be the amount that we pay her while she is working part time.


regards,

**Roger D. Goodrich**
Goodrich Equipment Co.
939 Hwy. 6 East
Geneseo, Illinois 61254

309.944.2101 business
309.314.0541 cell phone

www.goodricheq.com

00016

EXHIBIT
4