EXHIBIT

5

```
                                  FW Hours wo 129
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Monday, December 16, 2002 12:06 PM
To: Don McDonald; Teresa Schultze
Subject: FW: Hours w/o 12/9
```

Everyone is being paid on a 47.5 hour/week guideline....Thank You!

```
-----Original Message-----
From: bill [mailto:bschneider@goodricheq.com]
Sent: Monday, December 16, 2002 11:30 AM
To: Roger Goodrich-work
Cc: Jim Luikart-work
Subject: Hours w/o 12/9
```

| Employee Time Card Totals | Regular or Holiday Time | | Vacation Sick or Personal | Second Week Double Time | Week |
|---|---|---|---|---|---|
| Totals | | | | | |
| Anderson, Andy J. | 48.35 | – | – | | 48.35 |
| Blair, Rick J. | | 50.42 | – | – | | 50.42 |
| Clark, Douglas C. | 24.08 | 21.00 | – | 45.08 | |
| Clementz, Mark A. | 38.69 | 8.50 | – | 47.19 | |
| Decker, Greg E. | | 33.05 | 8.50 | – | 41.55 |
| DePauw, Steven W. | 39.29 | 8.50 | – | 47.79 | |
| DeRew, Michael W. | 52.36 | – | – | | 52.36 |
| DeSmith, Robert D. | 44.57 | 4.00 | – | 48.57 | |
| Etzel, Kent A. | | 44.24 | 4.50 | – | 48.74 |
| Hamer, Lori A. | | 33.68 | – | – | | 33.68 |
| Johnson, Constance S. | 40.41 | – | | – | 40.41 |
| McDonald, Donald L. | 49.99 | – | | – | 49.99 |
| Nelson, Carl S. | | 37.83 | 8.50 | – | 46.33 |
| Pobanz, Richard A. | 43.09 | – | | – | 43.09 |
| Robinson, Christopher | 50.05 | – | | – | 50.05 |
| Roman, Robert J. | – | 47.50 | – | | 47.50 |
| Ryan, David D. | | 42.90 | 4.00 | – | 46.90 |
| Stach, Chad R. | | 47.42 | – | – | | 47.42 |
| VanEarwage, Phillip N. | 20.20 | – | | – | 20.20 |
| Yeater, Jeffrey R. | 46.82 | – | | – | 46.82 |
| Schneider, William, R. | 23.15 | – | | – | 23.15 |
| Welge, Derek | 8.78 | – | | – | 8.78 |

Page 1

EXHIBIT 5