EXHIBIT

6

-----Original Message-----
**From:** Roger Goodrich [mailto:rgoodrich@goodricheq.com]
**Sent:** Tuesday, May 06, 2003 1:12 PM
**To:** Teresa Schultze
**Subject:** Performance Review Results 5/6/03

Teresa:

Thanks for chance to meet with you at this time. I very much appreciated your high level view of your progress in the Service Scheduling office. In addition to your insight, I offered you some tips on making your transition easier and ways in which I think you could gain the respect of your peers in the coming months/years ahead. They are listed below:

- Hold a "communications meeting" in which everyone in your department would be present so that you could explain some of the transitional changes that have taken place since you came on board. This meeting should be no longer than 1 hour in length and provide time for feedback from the employees of your department so that you can get a perspective of their feelings about those changes.

- I believe that many of your fellow employees may feel intimidated by your college diploma. I feel this may be a big hindrance as you plan, budget and forecast the direction that we plan to take he service department towards. Talk with them as equals and not manager to subordinate. Ask their opinions often (even if you know the answer).

- Stabilize your association with suppliers of goods and services with our service department. Many of our technicians have been with us for 15+ years and feel that a change in suppliers is a deviation of how we have done business in the past. If there are savings with new suppliers, explain these savings at the communications meeting and then get feedback as to whether the changes were worth the savings.

- Limit long phone calls to suppliers. Your fellow employees feel these are deterrents to the savings you are getting with these suppliers.

- Limit long phone calls to ex-co-workers at Horicon. Most people feel these go beyond the business requirements. As you said, we have a good relationship with D-Tac and our technicians. Let them do the phone calls to Horicon or Deere & Co. as needed.

- Be careful how you express your opinions about customers or fellow employees. Again, many of these employees have been here a long time. Your short tenure here has you at a disadvantage when characterizing fellow employees.

- Lori Hamer is related to or knows everyone in Henry and Bureau county. An idle comment on your behalf may be misdirected.

- Many of your position's primary responsibilities revolve around being in the office for early day and late afternoon decisions by the service technicians. Most of the time, the most crucial hours of your day are 7:00-7:30 a.m., 4:00-5:15 p.m. and on Saturdays. Customers tend to come in to our store after 3:00 p.m. and technicians will be needing the answers to questions prior to their day beginning or day ending.

- Smoother scheduling of pickup and deliveries will be appreciated.

- Last but not least, recognize that our technicians can make your job easy and make you look good. Rely on them

Please don't let these suggestions overshadow your accomplishments. I just felt that if these were identified and

1

EXHIBIT 6

addressed, huge strides could be made in the management position of your job.

regards,

**Roger D. Goodrich**
*Vice President and General Manager*
Goodrich Equipment Co.
939 Hwy. 6 East
Geneseo, Illinois  61254

309.944.2101  business
309.314.0541  cell phone

www.goodricheq.com