# EXHIBIT

## 7

4:03-cv-04089-MMM-JAG    # 66-11    Page 1 of 2

E-FILED
Thursday, 20 October, 2005  08:57:38 AM
Clerk, U.S. District Court, ILCD

**Teresa Schultze**

**From:** Roger Goodrich [rgoodrich@goodricheq.com]
**Sent:** Tuesday, May 06, 2003 2:10 PM
**To:** Teresa Schultze
**Subject:** Your compensation

I have changed your compensation hourly rate from $14.32 to $15.00. This should put you at roughly $37,000.00/year from $35,372.00

Thank you and I hope that all is well.....Please continue to try and polish your people/co-worker skills as I see that as your biggest challenge in this position.

regards,

**Roger D. Goodrich**
*Vice President and General Manager*
Goodrich Equipment Co.
939 Hwy. 6 East
Geneseo, Illinois 61254

309.944.2101 business
309.314.0541 cell phone

www.goodricheq.com

1

EXHIBIT 7