E-FILED
Thursday, 20 October, 2005  08:58:34 AM
Clerk, U.S. District Court, ILCD

EXHIBIT

8

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Monday, June 02, 2003 11:53 AM
To: Roger Goodrich
Subject: RE: Salary


I'll let Bill know that you'll be in touch with him by the end of the day then.

-----Original Message-----
From: Roger Goodrich [mailto:rgoodrich@goodricheq.com]
Sent: Monday, June 02, 2003 11:56 AM
To: Teresa Schultze
Subject: RE: Salary


No concerns.  Things are finally starting to come around.  I still sense a lack of credibility at certain levels within the dept among your peers.  Let me review this.



-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Monday, June 02, 2003 11:47 AM
To: Roger Goodrich
Subject: Salary
Importance: High


Roger,

Please review the attachment.  Thank you!


Teresa

1

**EXHIBIT**

8(a)

June 2, 2003

Roger,

According to my credit union statement I reviewed this last weekend, I see that I have NOT received a salary adjustment for the last two pay periods.

I was under the impression that after our discussions, coupled with the numerous successes we have accomplished in the Service Department over the past months, that I would have received a salary increase as promised when I was hired as the Service Manager.

There is a distinct pay gap between myself and my peers. Equal pay does matter. It is not ethically a sound decision to compensate a manager less than the technicians that work for that manager. Salary compensation should also be a reflection of the organizational chart. Ours is as follows:



00061



I would anticipate to have this resolved, retroactively, at the $42,000 level we discussed.

Please let me know if you have any questions or concerns.

Regards,

Teresa Schultze

00062