E-FILED
Thursday, 20 October, 2005  09:03:35 AM
Clerk, U.S. District Court, ILCD

EXHIBIT

9

RE Service Service Survey-Dealer Copy.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Tuesday, December 17, 2002 3:08 PM
To: Teresa Schultze
Subject: RE: Service: Service Survey-Dealer Copy

Thank you, well done.

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Tuesday, December 17, 2002 2:45 PM
To: Roger Goodrich
Subject: RE: Service: Service Survey-Dealer Copy

Roger,

I spoke with Laurel this afternoon and his major problem was with the fact that while he was told what repairs were needed, he was not given a cost associated with the repairs and ultimately was quite surprised when he got the bill. He came in for an oil change and walked out with a $200+ bill. I sent him a card for a complimentary oil change and filter for one of his compact utility tractors.

Teresa

-----Original Message-----
From: Roger Goodrich [mailto:rgoodrich@goodricheq.com]
Sent: Tuesday, December 17, 2002 6:53 AM
To: Randy Lipes; Leo Castelein; Teresa Schultze; Klint Rice; Lori Hamer; Kent Etzel; Steve Clementz
Subject: FW: Service: Service Survey-Dealer Copy

This customer is highly visible and owns a "core" product in his compact tractor. We need to contact him to see what we have done wrong and rectify his dissatisfactions. We are attempting to sell 50+ compacts this year and one dissatisfied customer is not the correct way to do it.....

Teresa, please communicate what may have been the problem and please talk to the customer.

-----Original Message-----
From: satfirstservices@johndeere.com
[mailto:satfirstservices@johndeere.com]
Sent: Monday, December 16, 2002 5:20 PM
To: GOODRICH@GOODRICHEQ.COM
Subject: Service: Service Survey-Dealer Copy


Explanation of Scoring:

Rank = Customer Ranks the 3 most important questions
1=Question was ranked Most Important by the customer
0=Question was not ranked by customer

Response = The satisfaction level the customer selected
    Very Satisfied
    Satisfied
    Neither Satisfied nor Dissatisfied (Neither)
    Dissatisfied
    Very Dissatisfied

Date Received:          Monday, December 16, 2002
                        Page 1


EXHIBIT 9

00001

RE-.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Tuesday, December 17, 2002 3:09 PM
To: Teresa Schultze
Cc: Klint Rice
Subject: RE:

Excellent. I think I am going to like this level of communication out of this office. Although this doesn't mean a whole lot to me, it will for Denny and Randy. Keep up the good work.

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Tuesday, December 17, 2002 2:47 PM
To: Denny DeSplinter; Jay Minnaert; Klint Rice; Leo Castelein; Mike Derew; Roger Goodrich; Steve Clementz; Tim Vandersnick
Subject:

All,

FYI....We received (2) new 8320's and (1) new 4310 in today.


Teresa Schultze

Aftermarket Service Manager
Goodrich Equipment Company
Ph.    309-944-2101
Fax.   309-944-2210
Cell.  309-314-0561
Web.   www.goodricheq.com

Page 1

00002

FW Hours wo 1216.txt

From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Monday, December 23, 2002 11:33 AM
To: Don McDonald; Teresa Schultze
Subject: FW: Hours w/o 12/16

Excellent job of keeping most everyone under the 47.5 hours/week. We need to maintain this type of work load throughout the winter and until further notice.

Thanks Again!

-----Original Message-----
From: bill [mailto:bschneider@goodricheq.com]
Sent: Monday, December 23, 2002 11:34 AM
To: Roger Goodrich-work
Cc: Jim Luikart-work
Subject: Hours w/o 12/16

| Line # | Double Week Totals | Name | First Week Regular or Holiday Time | | Vacation Sick or Personal | Time |
|---|---|---|---|---|---|---|
| 29 | 47.64 | Anderson, Andy J. | 47.64 | - | ... | |
| 58 | 40.13 | Blair, Rick J. | 31.63 | 8.50 | - | |
| 87 | 47.46 | Clark, Douglas C. | 47.46 | - | - | |
| 116 | | Clementz, Mark A. | 39.06 | 8.50 | - | 47.56 |
| 145 | 47.49 | Decker, Greg E. | | 47.49 | ... | - |
| 174 | | DePauw, Steven W. | 38.13 | 8.50 | - | 46.63 |
| 203 | 48.87 | DeRew, Michael W. | 48.87 | - | - | |
| 232 | 48.38 | DeSmith, Robert D. | 48.38 | - | - | |
| 261 | 47.33 | Etzel, Kent A. | 30.33 | 17.00 | - | |
| 290 | 36.64 | Hamer, Lori A. | 36.64 | - | - | |
| 319 | 45.95 | Johnson, Constance S. | 45.95 | - | - | |
| 348 | | McDonald, Donald L. | 52.80 | 1.50 | - | 54.30 |
| 377 | 46.59 | Nelson, Carl S. | | 46.59 | - | - |
| 406 | 47.00 | Pobanz, Richard A. | - | 47.00 | ... | |
| 435 | 44.97 | Robinson, Christopher | 44.97 | - | ... | |
| 464 | 47.00 | Roman, Robert J. | - | 47.00 | - | |
| 493 | 47.55 | Ryan, David D. | 47.55 | - | - | |
| 522 | 25.95 | Schneider, William R | 25.95 | - | - | |
| 551 | 42.70 | Stach, Chad R. | 42.70 | - | - | |

Page 1

00003

RE 9420.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Friday, December 27, 2002 7:21 AM
To: Teresa Schultze
Subject: RE: 9420

Thanks Teresa....I like this format of notification.

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Thursday, December 26, 2002 4:21 PM
To: Denny DeSplinter; Jay Minnaert; Jim Luikart; Leo Castelein; Mike Derew; Roger Goodrich; Steve Clementz; Tim Vandersnick
Subject: 9420

All,

FYI... We received a 9420 in today, ordered by Joe Townsell. Denny has a copy of the shipping info.

Teresa Schultze

Aftermarket Service Manager
Goodrich Equipment Company
Ph.    309-944-2101
Fax.   309-944-2210
Cell.  309-314-0159
Web.   www.goodricheq.com

```
                        RE Appointments.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Friday, January 10, 2003 8:00 AM
To: Teresa Schultze
Subject: RE: Appointments

Very well done and professional.  Thanks Teresa

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Friday, January 10, 2003 7:14 AM
To: Mike J Pellett
Cc: Kent Etzel; Roger Goodrich; Mike Derew; Klint Rice; Bob Roman
Subject: Appointments
Importance: High


Good day, Mike,

I have scheduled appointments with the following people at their respective
times:
        1. Arlyn Cox, RE: 8200 Exhaust pipe, @ 8:30 a.m.
        2. John Wilhite, RE: 325 L&G, @ 9:30 a.m.
        3. Tim Bush, RE: 7800 Trans failure, @ 10:15 a.m.
        4. Ron Sanders, RE: wheels on 21" commercial mowers, @ 11:30 a.m.
        5. Pete Christiansen, RE: 9750S Combine, @ 1:00 p.m.

I'm anticipating that you will be in early enough to review the history of
each of these and we can address any questions or concerns you have prior to
the customer's arrival.

Have a GREAT day!  See you Monday!

Teresa Schultze

Service Manager
Goodrich Equipment Co.
939 East Highway #6
Geneseo, IL     61254

Phone: (309)944-2101
Toll Free: 1-800-851-8018
Cell: (309) 314-0159
Email: tschultze@goodricheq.com
Visit our website at: www.goodricheq.com
```

00005

Page 1

**From:** Roger Goodrich [rgoodrich@goodricheq.com]
**Sent:** Wednesday, January 08, 2003 10:03 AM
**To:** Teresa Schultze
**Subject:** RE: Planter Reconditioning Signups

Teresa, I think you are doing an excellent job and this is the type of aggressiveness and ingenuity we need from this position to "create" service labor business. The most critical thing you can do in your job is to keep booking service labor out 2-3 months in advance. If we ever get to the point that you can see an end to the customer labor beyond say, 3 weeks, we are in trouble.....Your job is to "schedule" all the time......

Thanks and keep at it.....You are doing fine.....Now if I could just get Klint out of the office....He thinks you need him here.....Tell him you will call him if you need anything.

Keep in mind that we need to lower expenses and maximize revenue from customer labor. Sweeping the floor is a function of the equipment that was in that spot the 1/2 hour before.

We want to work at 110% peak efficiency.

-----Original Message-----
**From:** Teresa Schultze [mailto:tschultze@goodricheq.com]
**Sent:** Wednesday, January 08, 2003 9:45 AM
**To:** Roger Goodrich
**Subject:** RE: Planter Reconditioning Signups

Hi, Roger,

I spoke with Steve Clementz regarding planter checkovers. I agreed with Steve that in an effort to generate more checkovers he extract information from our customer database and speak with those specific customers. I also offered an incentive to him that if he could generate planter checkovers from customers that had multiple pieces of equipment they were willing to commit to bring in, we would offer tiered labor on those multiple pieces of equipment when they came through the shop-within a specified time. We want to be able to somewhat control the flow of work, taking into consideration planting and harvesting seasons, and maintain as much of a consistent cash flow as possible. Granted, we cannot control Mother Nature, but we should strive to manage our business with the best means possible. By offering the tiered labor on the additional equipment we keep the shop busy, sell parts, and possibly generate more sales.

The burden of success, as I see it, mainly rides on the shoulders of the salesman getting the word/information out to the prospective customers. I am more than willing to support them and our customers with incentives that will benefit everyone.

What are your thoughts? Good/Bad? Need more info, more ideas, more material?

Teresa

-----Original Message-----
**From:** Roger Goodrich [mailto:rgoodrich@goodricheq.com]
**Sent:** Tuesday, January 07, 2003 4:59 PM
**To:** Steve Clementz
**Cc:** Teresa Schultze
**Subject:** RE: Planter Reconditioning Signups

Contact Teresa and see if it is in effect. I may have mis-spoke on the discount on service labor.....In any event, if we are not full in the shop with service, we could improvise per

00006

RE Appointments.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Friday, January 10, 2003 8:00 AM
To: Teresa Schultze
Subject: RE: Appointments

Very well done and professional. Thanks Teresa

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Friday, January 10, 2003 7:14 AM
To: Mike J Pellett
CC: Kent Etzel; Roger Goodrich; Mike Derew; Klint Rice; Bob Roman
Subject: Appointments
Importance: High


Good day, Mike,

I have scheduled appointments with the following people at their respective times:
1. Arlyn Cox, RE: 8200 Exhaust pipe, @ 8:30 a.m.
2. John Wilhite, RE: 325 L&G, @ 9:30 a.m.
3. Tim Bush, RE: 7800 Trans failure, @ 10:15 a.m.
4. Ron Sanders, RE: wheels on 21" commercial mowers, @ 11:30 a.m.
5. Pete Christiansen, RE: 9750S Combine, @ 1:00 p.m.

I'm anticipating that you will be in early enough to review the history of each of these and we can address any questions or concerns you have prior to the customer's arrival.

Have a GREAT day! See you Monday!

Teresa Schultze

Service Manager
Goodrich Equipment Co.
939 East Highway #6
Geneseo, IL     61254

Phone: (309)944-2101
Toll Free: 1-800-851-8018
Cell: (309) 314-0159
Email: tschultze@goodricheq.com
Visit our website at: www.goodricheq.com

00005

| | |
|---|---|
| From: | Roger Goodrich [rgoodrich@goodricheq.com] |
| Sent: | Monday, February 03, 2003 10:21 AM |
| To: | Steve Clementz; Teresa Schultze; Denny Desplinter; Klint Rice; Don McDonald |
| Subject: | Follow-up on Expo Action Items. |

Well, we've had our follow-up meeting and I'm happy to report that for the most part, everyone has been working toward a common goal of meeting new customers and promoting off-season sales and service in lieu of discounting in-season. the key is getting work in our shop and at our parts counter vs. not discounting during April/May and Sept/November.

**So how did you do?** This is a follow-up to the meeting we had in mid December where we set some Action Items based on what we learned at Expo in Tampa, Florida.

Based on some of our experiences at Expo, everyone walked away from the meeting with some very solid concepts.

- Small Customers spend BIG $$$$$$$$$$$$$$$$$$$$$$$$$$$$
- We need to make it convenient and personable for our customers to do business with us.
- There is no better way for our company to maximize profits than for the Parts and Service Departments to Team Up together!
- Lower expenses allow us to pass on savings to our customers and improve our margins
- Buy Right/Sell Right!
- Use Educate Training to improve our employees' skills and diversification.
- Commercial Customers are a relatively untapped market for our dealership!
- Everyone in the dealership is a marketing representative of Wholegoods, Parts and Service Labor
- Differentiation of our dealership in the Product, Brand and services we provide will lead to customer loyalty and higher satisfaction
- We need to go out and Get New Customers!

Action Items to be reviewed by 1 February and completed with a solution by 30 April:

**Don McDonald felt that these areas deserved his priority:**
- Implementation of DPM  (Target date by Deere to get us to implement DPM is 15 February) Several meetings to set parameters will be taking place soon.
  Done
- Work with Teresa and Klint to develop an off season promotion that will utilize a Commercial Cutter Maintenance Program and to be implemented in January/February.  This could include coupons for % discounts, Distribution of Precision Replacement Parts Catalogs and Direct Mail/Telemarketing.
  Don presented a 15% coupon that will be distributed to customers.  Done...
- Create spreadsheet of zero sales parts and distribute to entire shop and Teresa so that she can develop service related programs based on these inventories
  We have done this and it is being updated on the 1st of each month and distributed to all technicians.

**Denny Desplinter felt that he should develop the following:**
- Enhance the Salesman Call Report to implement a list of customers our dealership would like to form better relationships with and encourage the salesmen to go see them.  Some of the inducements to go see these customers are coupons for discounts on parts, Tiered Labor Rate notifications and Target Marketing to improve used equipment turnover.
  Denny reports that this has been a challenge.  Some salesmen are doing it and others are going through the motions....I think this can be reinforced at each sales meeting and be identified

00007

as Work In Progress.

**Teresa would like to perform the following improvements:**
- Improve our customer relations in regard to communication of parts and service programs, courtesy to customers, become more informed of parts discounts and creating service labor programs that key in zero sales parts.
  Teresa reported several incidences where customers were called and responded to notifications of discounts and program signups! Great Job!
- Build a strong out of season C&CE service labor backlog that will fill the months of January through March.
  Teresa understands the importance of having all discounted service labor performed by the 31 March deadline
- Have all of our discounted C&CE service related programs performed by the end of March.
  Working towards this goal....Work In Progress.

**Mark will work on the following:**
- His daily schedule will attempt to sell parts that are approaching levels of 80% stock ordered.
  Donnie reports that Mark understands the emphasis of this objective and is using it in his daily activity.
- Improve signage on the floor that utilizes pricing per unit.
  Planter parts displays were built and priced based on this priority.
- Utilize a good floor space retail program to maximize parts sales.
  Work in Progress....Still having some border wars with C&CE....Need more floor space!
- Attend a Parts Educate and Dale Carnegie Course over the winter.
  Mark has not had the opportunity to attend Parts Educate...Denny will sign him up! Dale Carnegie class was cancelled.

**Klint as the new Commercial Sales Representative will initiate the following:**
- Visit Commercial Customers at least 3 Days per week and part of his offer to customers will include Parts Delivery.
  Done
- Inform Commercial Customers of our Parts and Service Programs and deadlines.
  Work in Progress
- Coordinate the signup of Service related programs with the shops ability to perform those services in a timely manner.
  Doing it on a daily basis.
- Distribute the Precision Replacement Parts Catalogs to key commercial customers.
  Klint reports that customers are very receptive to this book.
- Use the CMPM Target Approach to calling on present and new Commercial customers to improve customer relations.
  Getting familiar with this and starting to understand the importance of it's usage in finding competitive customers.
- Introduce the concept of Sunbelt Parts to Commercial customers.
  Doing this on a daily basis...

**Steve Clementz will broaden his scope as CSR to include the following activities:**
- Follow-up with customers who were introduced to Parts Country last winter.
  Steve reports that he has seen about 7-10 customers, but hasn't fully had a chance to see all Parts Country Customers yet.
- Call on 10-15 New Customers both Ag and C&CE per quarter. He will highlight these new customers in his call report.
  Has not had a chance to fully capitalize on the winter (off-season), but will attempt to re-engage with this priority.
- Religiously perform follow-up to customers who will be receiving Satisfaction First Surveys to ensure Very Satisfied results.

00008

- Yes, and the CSI reports indicate this.
- Utilize the web based Direct Mail Program in correlation with Teresa's department to enhance customer offerings for clinics, service related programs and wholegoods offers. Work in progress

**Note: Steve, I think we need to recognize the importance and priority on performing and completing the above objectives.**

One of the new Action Plans discussed was that Teresa will send an e-mail to everyone letting them know when a customer machine is being delivered. Either Randy or Klint will setup a 30 notice on the "salesman's" calendar that will remind them of calling the customer to perform a post delivery follow up and ask how they like their new product. We will implement this strategic initiative.

If all of you look at your initiatives and those of your fellow workers, you will quickly identify that they can not be accomplished alone. It will take improved Team Work and Communication to accomplish your goals. Look at the implementation of these Action Items as a way of squeezing more profit dollars into our dealership that can be passed on to customers and ourselves in the way of compensation. **It is much easier to improve our efficiency than attempt to pass higher costs on to our customers and risk losing them.**

regards,

**Roger D. Goodrich**
*Vice President and General Manager*
Goodrich Equipment Co.
939 Hwy. 6 East
Geneseo, Illinois 61254

309.944.2101 business
309.314.0541 cell phone

www.goodricheq.com

00009

```
     FW Labor credits processed in February and March for Geneseo'ss hortage.txt
From: Teresa Schultze [tschultze@goodricheq.com]
Sent: Friday, April 18, 2003 3:35 PM
To: Dale & Teresa
Subject: FW: Labor credits processed in February and March for
Geneseo'ss hortage



-----Original Message-----
From: Roger Goodrich [mailto:rgoodrich@goodricheq.com]
Sent: Wednesday, April 09, 2003 1:16 PM
To: Teresa Schultze
Subject: RE: Labor credits processed in February and March for
Geneseo'ss hortage


Stay on them Teresa.......We want every penny we are due...

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Wednesday, April 09, 2003 1:02 PM
To: Brockmann Thomas C
CC: Geneseo-Roger (E-mail); Pellett Michael J
Subject: RE: Labor credits processed in February and March for
Geneseo'ss hortage


Hello, Tom,

Thank you for the updated information.  I have reviewed our warranty and PIP
submissions from 9/09/2002 through 2/04/03 and find that we received a total
of $57,932.46 at the old labor rate of $52.00/hr.  Calculating the $58.00/hr
labor rate we should have received approximately $64,617.22.  The difference
is $6,684.76.  To date, we have received the $4,975.46 you have documented
below plus $315.87 for a total of $5,291.33.  That still leaves a shortage
of $1,393.33.  Should we expect to receive payment of that amount this
month?


Regards,

Teresa

-----Original Message-----
From: Brockmann Thomas C [mailto:BrockmannThomasC@JohnDeere.com]
Sent: Tuesday, April 08, 2003 4:07 PM
To: Geneseo-service (E-mail)
CC: Geneseo-Roger (E-mail); Pellett Michael J
Subject: FW: Labor credits processed in February and March for
Geneseo'ss hortage


Teresa-
Below is a summary of credits that you should have received to make up the
difference.  The reason there are so many lines is because that was the
amount due from each factory.  To be fair to each factory, we selected one
PIN and submitted an additional labor claim for that PIN.  The claims were
paid in late Feb and early March.  You will see that in total you received
$4975.46 in reimbursement.  I apologize for putting you through this
debacle!  Thanks for your patience. TOM

>    -----Original Message-----                                    00010
> From:        Dow David N
                                 Page 1
```

**From:** Roger Goodrich [rgoodrich@goodricheq.com]
**Sent:** Saturday, April 26, 2003 8:14 AM
**To:** Teresa Schultze; Randy Lipes
**Cc:** Jim Luikart
**Subject:** RE: Internal delivery charges

Looks like both of you can sit down and discuss a solution......Keep in mind that we need to buy a new trailer, over the winter we replaced axles, tires and hitches, licensing, insurance, etc........This delivery vehicle is starting to get costly to replace/maintain.

On the flip side, we can charge ourselves anything we want, but if it forces the price too high and customers buy elsewhere, we have really shot ourselves in the foot.

Perhaps an adjustment of the past charges is in order?? I would suggest some mediation of the amount we've charged in the past blended with a fair charge so that we can replenish assets as needed.

-----Original Message-----
**From:** Teresa Schultze [mailto:tschultze@goodricheq.com]
**Sent:** Friday, April 25, 2003 5:36 PM
**To:** Randy Lipes
**Cc:** Jim Luikart; Roger Goodrich
**Subject:** RE: Internal delivery charges
**Importance:** High

Randy,

I would be more than happy to look back at any specific ones in town. I'll admit that I'm not familiar with some of the addresses but, those that are out on Wolf Road I try to assign about $20.00 and if they are close or in Colona $25.00. The Quad Cities range from $25-$30 depending on which side of town, etc. If in doubt, I try to ask Lori since she has a sheet with what Service has charged in the past. I don't disagree that the in-town ones should be $10-$15 for walk-behinds. Please feel free to bring any specific ones to my attention and we can discuss them!

Here is some food for thought: Would you prefer I have Rick charge his delivery time to each worksheet for each respective piece of equipment? That way we would have a more accurate record of the cost involved with set-up & delivery. Let me know your thoughts..................

Teresa

-----Original Message-----
**From:** Randy Lipes [mailto:rlipes@goodricheq.com]
**Sent:** Friday, April 25, 2003 4:40 PM
**To:** Teresa Schultze
**Cc:** Roger Goodrich; Jim Luikart
**Subject:** Internal delivery charges
**Importance:** High

Teresa,

The delivery charges for internal have always been as follows...

Walk mowers local      $10-$15                              00011

RE Warranty Bins.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Tuesday, May 13, 2003 12:57 PM
To: Teresa Schultze
Subject: RE: Warranty Bins

Excellent, put the monkey on his back. This 3 point issue needs to be shifted from us to them....

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Tuesday, May 13, 2003 11:47 AM
To: Mike J Pellett
Subject: Warranty Bins
Importance: High

Good day, Mike,

Our CP warranty bins are overflowing with warranty items. I'm wondering if you could stop by and identify what we can discard at your earliest convenience.

Also, can you please update me as to the status of the "4300 Missing Parts" territory tractor? I'm hopeful you and Joe Townsell have been able to discuss the situation and adopted a resolution to our outstanding work order. If not, could we at least get paid for the parts so we can close the out-dated worksheet?

I'll look forward to hearing from you. Have a GREAT day!

Regards,

RE CP Letter.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Monday, May 19, 2003 3:07 PM
To: Teresa Schultze
Subject: RE: CP Letter

Very good....

-----Original Message-----
From: Teresa Schultze [mailto:tschultze@goodricheq.com]
Sent: Monday, May 19, 2003 1:06 PM
To: Denny DeSplinter; Jay Minnaert; Klint Rice; Leo Castelein; Randy Lipes
Cc: Jim Luikart; Roger Goodrich
Subject: CP Letter
Importance: High

Everyone,

I will be returning white copies of Purchase Orders to you. These are the copies I use to schedule deliveries. They also contain the work order number used for set-up & delivery of the equipment. Receipt of these copies indicate that I have sent each customer a follow-up letter outlining warranty and appreciation for their business. This letter will be sent 1-2 months after the customer has received delivery of their equipment. It should also trigger you to place a follow-up call to the customer. Previously, I had sent an e-mail listing recent deliveries. I believe we were duplicating our efforts here so, I will no longer be sending the e-mail.

Please feel free to stop and see me if you should have any questions.

Regards,

Teresa

P.S. If you want to see a copy of the letter I send, just let me know!

00013

Page 1