# EXHIBIT

## 10

**Subject:** Updated: Management Meeting
**Location:** Conference Rm

**Start:** Wed 7/9/03 2:00 PM
**End:** Wed 7/9/03 3:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

**Meeting Status:** Not yet responded

**Required Attendees:** Don McDonald; Randy Lipes; Denny Desplinter; Teresa Schultze; Jim Luikart

Everyone: July 31st marks the end of our company's fiscal 3rd Qtr. To ensure that we are "all on the same page" let's get together to discuss our opportunities and needs for the remaining part of this month.

Parts: Where are we at on DPM and fall harvest parts Stock Order?

Service: How full are we in relationship to the time we have left before harvest. All Tiered Labor discounts will go off as of 1 August 2003.

Wholegoods: Please share where we are at thus far and what are your expectations from parts/service for the remaining part of the year.

I would like to see everyone participate "from your perspective" in a fast paced meeting to ensure that our dealership is working as a "Team".

EXHIBIT
10 (a)

-----Original Message-----
**From:** Teresa Schultze [mailto:tschultze@goodricheq.com]
**Sent:** Thursday, July 10, 2003 9:53 AM
**To:** Roger Goodrich; Bill Schneider; Bob Roman; Chad Stach; Connie Johnson; Denny Desplinter; Don McDonald; Jay Minnaert; Jim Luikart; Klint Rice; Lori Hamer; Mike Derew; Randy Lipes; Steve Clementz; Steven DePauw; Tim Vandersnick
**Subject:** RE: Resignation of Teresa Schultze
**Importance:** High

Roger,

Obviously there must be some misunderstanding because I have not submitted a letter of resignation.

Regards,

Teresa Schultze

Service Manager
Goodrich Equipment Co.
939 East Highway #6
Geneseo, IL   61254

Phone: (309)944-2101
Toll Free: 1-800-851-8018
Cell: (309) 314-0159
Email: tschultze@goodricheq.com
Visit our website at: www.goodricheq.com


-----Original Message-----
**From:** Roger Goodrich [mailto:rgoodrich@goodricheq.com]
**Sent:** Thursday, July 10, 2003 9:32 AM
**To:** Bill Schneider; Bob Roman; Chad Stach; Connie Johnson; Denny Desplinter; Don McDonald; Jay Minnaert; Jim Luikart; Klint Rice; Lori Hamer; Mike Derew; Randy Lipes; Roger D Goodrich; Steve Clementz; Steven DePauw; Teresa Schultze; Tim Vandersnick
**Subject:** Resignation of Teresa Schultze

Due to irreconcilable differences, I have just accepted the resignation of Teresa Schultze from our company.

regards,

**Roger D. Goodrich**
*Vice President and General Manager*
Goodrich Equipment Co.
939 Hwy. 6 East
Geneseo, Illinois  61254

309.944.2101  business
309.314.0541  cell phone

1

00065

EXHIBIT
10(b)