# EXHIBIT

## 11

-----Original Message-----
**From:** Roger Goodrich [mailto:rgoodrich@goodricheq.com]
**Sent:** Friday, July 11, 2003 7:10 AM
**To:** Bill Schneider; Bob Roman; Chad Stach; Connie Johnson; Denny Desplinter; Don McDonald; Jay Minnaert; Jim Luikart; Klint Rice; Lori Hamer; Mike Derew; Randy Lipes; Roger D Goodrich; Steve Clementz; Steven DePauw; Teresa Schultze; Tim Vandersnick
**Subject:** Termination of Teresa Schultze

As of 5:00 last night, Teresa Schultze was officially terminated from our employment. She removed all of her personal things and has no reason to return. She did say that she is missing a pair of glasses (gold rims) and would like them returned if found.

Reason for Termination: Excessive unauthorized absences is the primary reason, but there are many others.

The search continues for the perfect person to fulfill this job. We will begin the search immediately. If anyone internally would like the job, please stop by my office. Otherwise, we begin accepting applications immediately. In the meantime, I would ask that a combination of Lori, Klint and Mike work together to run this office.

regards,

**Roger D. Goodrich**
*Vice President and General Manager*
*Goodrich Equipment Co.*
*939 Hwy. 6 East*
*Geneseo, Illinois 61254*

309.944.2101  business
309.314.0541  cell phone

www.goodricheq.com

1

00066

EXHIBIT
11