E-FILED
Thursday, 20 October, 2005  09:06:08 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT

## 12

a Been Enrolled in a class on JDU JDIS Advanced Concepts of Service Software-Workshop   Do not rep
From: jdu@dvlapp.logicbay.com
Sent: Thursday, June 19, 2003 10:55 AM
To: TSCHULTZE@GOODRICHEQ.COM
Subject: GENERAL: You Have Been Enrolled in a class on JDU JDIS Advanced Concepts of Service Software-Workshop - Do not reply to this email

Dear TERESA SCHULTZE

Please do not reply to this e-mail as it is generated by a computer system. If you have questions or need additional information, please see the support information listed below.

You are enrolled in the following class:
JDIS Advanced Concepts of Service Software-Workshop

Start Date: 7/10/03
Class Schedule: THF 9-4
End Date: 7/11/03
Location: Moline,IL-JDIS
[No value for Keyword]

Please refer to John Deere University, "My Courses" page. Click on class title for classroom location, area map(s), hotel recommendations and other class specifics.

Please refer to John Deere University, "My History" page to REVIEW your order, CANCEL your order, RESCHEDULE your class, or SUBSTITUTE another student for order number 099668.

If there is prework for this class, you will receive it within approximately 5 days. Please add this to your personal calendar.

CANCELLATION POLICY: If you cancel out of the class without providing notice within 14 calendar days of the program start date, your department will be charged 100% of the individual program fee.

NO SHOW POLICY: If, after your enrollment has been confirmed, you do not show up for the class, your department will be charged 100% of the individual class fee.

John Deere University recommends non-refundable travel arrangements not be made more than 14 days prior to class convening date.

If you have any questions about this class
please call John Deere University Support at (866)342-0902 (toll free).

We ask that you come prepared to participate in every way to make this learning experience as meaningful.

Please be informed that the class fee for each full day instructor led class includes an estimated $16.50 charge for meals and breaks. This is a North American average and is per student per day. This charge does not apply to WEB based courses. This is due to IRS requirements. Please share this information with your accounting department.

EXHIBIT 12

FW Adv. Concepts of Service at JDIS.txt
From: Roger Goodrich [rgoodrich@goodricheq.com]
Sent: Thursday, June 19, 2003 11:10 AM
To: Teresa Schultze
Subject: FW: Adv. Concepts of Service at JDIS

| May 03 | Budget | Description | YTD 03 | Budget | LYTD |
|---|---|---|---|---|---|
| Incr. over LY | | | | | |
| 370 | 500 | Training | 15,841 | | 15,000 |
| 5.6% | 9,854 60.8% | | | | |

I know you asked, but we need to cut expenses...


-----Original Message-----
From: Rogers Liz [mailto:RogersElizabethA@JohnDeere.com]
Sent: Thursday, June 19, 2003 10:59 AM
To: IL Geneseo Goodrich Equipment Co.
Cc: Hunt Gail Y
Subject: Adv. Concepts of Service at JDIS


Teresa, I just wanted to let you know that I have signed you up for our Adv.
Concepts of Service class for 10-11 July. You should also be getting a
confrimation from JDU.
Thanks and we look forward to seeing you in July.

Liz Rogers
Administrative Services
Comm Center
S-2840
RogersLiz@JohnDeere.com

NERAL   Your Registration for JDIS Advanced Concepts of Service Software-Workshop Has Been Cancelle
From: jdu@dvlapp.logicbay.com
Sent: Thursday, June 19, 2003 11:20 AM
To: TSCHULTZE@GOODRICHEQ.COM
Subject: GENERAL: Your Registration for JDIS Advanced Concepts of
Service Software-Workshop Has Been Cancelled

TERESA SCHULTZE,

Please do not reply to this e-mail as it is generated by a computer system.
If you have questions or need additional information, please see the support
information listed below.

This will confirm your cancellation in the following class:

Due to one of the following actions:
  1. Self Cancellation
  2. Established class prerequisites not met.
  3. Attendee No Show.

Class Name: JDIS Advanced Concepts of Service Software-Workshop
Class Begin Date: 7/10/03
Class End Date: 7/11/03

Moline,IL-JDIS
JDIS Office and Training Center
1400 13th St.
East Moline IL   [No value for Keyword]
[No value for Keyword]

NOTE FOR JOHN DEERE C&CE DEALERS ONLY: Call 800-837-4064
for questions pertaining to enrollment or class information.


NOTE FOR ALL OTHER DEALERS:  If you have any questions about this class
please call John Deere University Support at (866)342-0902 (toll free).