# EXHIBIT

13

4:03-cv-04089-MMM-JAG    # 67    Page 1 of 2

# 2003 Absentee Calendar

**Absence Codes**
- [A] Absent  [V] Vacation
- [T] Tardy   [H] Holiday
- [L] Layoff  [P] Partial Hrs. Worked
- [LE] Left Early

Red number denotes an <u>unexcused absence</u>.

Black number denotes an <u>excused absence</u>.

| No. | Reason | No. | Reason |
|---|---|---|---|
| 1 | Lack of Work | 10 | Unknown |
| 2 | Sick (Employee) | 11 | Death in family |
| 3 | Family sickness | 12 | Jury Duty/Court |
| 4 | Accident - Self or family - off site | 13 | Birthday |
| | | 14 | Military |
| 5 | Injury on Job | 15 | Weather |
| 6 | Personal | 16 | Medical Appt. |
| 7 | Discipline | 17 | Recognition |
| 8 | Leave of Absence | 18 | Floating Holiday |
| 9 | Transportation | 19 | |

Name: TERESA SCHULTZE
Dept: 40     Hire Date: Svc. Mgr    Emp. #:
Position: Nov 02
Address: _____ Street _____ City _____
State _____ Zip Code _____ Phone ( ) _____

**JANUARY** — New Year's Day on the 1st (Wed).

**FEBRUARY** — Presidents' Day on the 17th. Entries on 24, 25, 26, 27: T T T T

**MARCH** — Entries on 24: 8.5 / 5; 25: 8.5 / 5; 26: 8.5 / 3; 27: 4.5; 30: 02

**APRIL** — Passover on 17th, Good Friday on 18th, Easter Sunday on 20th.

**MAY** — Memorial Day on 26th. Entry on 25: 8 (?)

**JUNE** — Entries: 3: 4.0; 7: 4.0; 15: 8.5 / 6; 21: 8v; 29: 4.0

**JULY** — Entry on 1: 4.5 (?); Independence Day on 4th. "WORK THRU" notation around 8–10.

**AUGUST**

**SEPTEMBER** — Labor Day on 1st (entry crossed out on 2nd). Rosh Hashanah on 27th.

**OCTOBER** — Yom Kippur on 6th; Columbus Day on 13th.

**NOVEMBER** — Thanksgiving on 27th.

**DECEMBER**

EXHIBIT 13

EXHIBIT R Goodrich 7