E-FILED
Friday, 21 October, 2005  09:28:51 AM
Clerk, U.S. District Court, ILCD

E X H I B I T

14

From:       Roger Goodrich [rgoodrich@goodricheq.com]
Sent:       Wednesday, May 21, 2003 8:44 AM
To:         Bill Schneider; Bob Roman; Chad Stach; Connie Johnson; Denny Desplinter;
            Don McDonald; Jay Minnaert; Jim Luikart; Klint Rice; Lori Hamer; Mike
            Derew; Randy Lipes; Roger D Goodrich; Steve Clementz; Steven DePauw;
            Teresa Schultze; Tim Vandersnick
Subject:    My schedule

FYI: I've been in and out of the office quite a bit lately......This is not the only issue, but the
primary reason is that my father is going in today for further follow-up on his on-going heart
condition. The fact remains that he is still having some problems with the arteries in his
heart....and rightfully so, I am going to be there with him.

I will be out of the office today from about 11:30 to ? at the hospital....Yes, it is serious, but I don't
believe it is a panic situation. I will keep you informed.

Friday afternoon, Linda and I will be going to KC for the weekend to be with her family. She
comes from a family of 12, and this is a family reunion where all of her family from all over the
U.S. will be together for the first time since the death of her mother....I will be returning on
Monday. While in Kansas City I will be visiting a John Deere dealer on Saturday who recently
built a New C&CE showroom. Our exploding C&CE business environment has me curious if we
can support such a concept?? No doubt our current showroom is inadequate.

**Memorial Day Weekend Schedule:**

EVERYONE deserves a break! Donnie has asked me about weekend hours. The good news is:
Farmers are in the field. The bad news is: Farmers are in the field.

Very hard for me to leave, and expect everyone to work!

Logically, I would assume that Saturday afternoon could be a good parts opportunity for Ag and
C&CE parts sales. It also has proven to be a good sales day for C&CE. I would think with the
long weekend, many people will be attempting to do yard and field work. We should plan on
being open for Parts and C&CE sales until at least 3 p.m. on Saturday. Manager's, please
coordinate. Time and a half are the compensation for hours worked over 40 hours.

**Parts Hours**
Sundays and holidays according to our newly revised Policy Manual are to pay employees
Double time! My general management thoughts are that we should be open for parts on Sunday
and Monday. I don't expect Donnie to bear the brunt of all these hours and I'm hoping that hours
such as 9:00-2:00 p.m. on Sunday and Monday could be accommodated by our Parts Dept.
various employees. I will leave it to the discretion of the Parts Dept. for volunteers of double time
compensation on these days. One employee on each day should be sufficient.

**Service Hours- On-Call Service Priority!**
We have been experimenting with the concept of mobile service via the cell phone in regards to
on-call service employees. This provides our customers the accessibility to knowledgeable
service employees while allowing the employee to be off-site. Many of the service calls (unlike
parts) are for advice. The service tech can solve many of our customers problems via a cell
phone call and it reduces the overhead for our business by eliminating a service employee on the
time clock. Again, parts are tangible, but service is often intangible. **Keep in mind that a
"service call" is technically billable to the customer!** Ideally, we would like to set our phone
answering service up so that when a customer calls, they will be informed as to the cell phone
number of either a tractor or planter technician. They can then dial that cell phone number and
get whom ever is "on-call"....The responsibilities of the "on-call" employee are to be available
during their shift. If the call requires that they make a service call, mileage for their vehicle will be
paid and double time will be the compensation--otherwise, if they are just giving advice over the



EXHIBIT

14