# EXHIBIT

## 17



EXHIBIT 17

## Department Manager Schedule - Goodrich Equipment Co
### 3/3/2005

| Name | Position | Date Hired | | | Actual Earnings 2003 | Actual Earnings 2002 | Manager Responsibility |
|---|---|---|---|---|---|---|---|
| Dennis DeSplinter | Sales Manager Agriculture | 5/16/1985 | | Salary | 52,304.07 | 49,676.57 | Supervisor of Agriculture Sales. Manages and Procures an Equipment Inventory of $2.5 Million and Annual Sales of Approx 7.0 Million + Manages 2 Other Salesmen |
| Randy Lipes | Sales Manager Lawn and Garden | 5/1/1997 | | Salary | 49,405.14 | 44,213.88 | Supervisor of Lawn and Garden Equipment Sales Manages and Procures an Equipment Inventory of $750.0 Thousand and Annual Sales of $3.0 Million Manages 1 Other Employee |
| Donald McDonald | Parts Manager | 2/15/1988 | | Salary | 46,723.45 | 46,616.57 | Supervisor of Parts Sales Department Manages and Procures and Inventory of $750. Thousand and Annual Sales of $1.75 Million Manages 3 Employees |
| Teresa Schultze terminated 7/11/2003 | Service Manager Former | 11/1/2002 | | Salary | 21,045.88 | 1,969.10 | Manager of Service Department Responsible for Annual Sales of 1.25 Million Manger of 2 Shop Foremen who had 12 technicians reporting to them Indirectly supervised total of 14 |
| Larry Bitter | Service Manager Present Replaced T. Schultze | 8/15/2003 | | Salary | 13,563.75 | | Manager of Service Department Responsible for Annual Sales of 1.25 Million Manger of 2 Shop Foremen who had 12 technicians reporting to them Indirectly supervised total of 14 |
| | | | | | | | |
| Andy Anderson | Technician | 3/9/1998 | | Hourly | 38,294.74 | 36,680.22 | |
| Ashley Justin | Shop Helper | 1/21/1997 | term | Hourly | 2,443.86 | | |
| Carl Nelson | Technician | 4/4/1994 | | Hourly | 42,123.05 | 37,272.86 | |
| Chad Stach | Technician | 3/20/2001 | | Salary | 36,309.13 | 31,250.41 | |
| Charlotte Goodrich | Clerical | 9/2/1975 | | Hourly | 11,310.00 | 76,216.57 | Secretary and Board of Director |
| Christopher Robinson | Partsman | 1/16/2001 | term 11/1/03 | Hourly | 31,312.21 | 30,916.62 | |
| Constance S. Johnson | Receptionist/Clerical | 1/2/2002 | | Hourly | 26,438.49 | 22,279.07 | |
| Dale Goodrich | President | 2/3/1958 | | Salary | 84,554.97 | 125,246.57 | Preident and Board of Director |
| David Ryan | Technician | 6/8/1987 | | Hourly | 42,581.31 | 39,357.00 | |
| Douglas Clark | Technician | 9/5/1995 | | Hourly | 41,475.18 | 36,893.02 | |
| Greg Decker | Technician | 9/17/1990 | | Hourly | 44,341.61 | 40,679.78 | |
| James Luikart | Controller | 1/2/2000 | | Salary | 52,064.07 | 49,826.57 | Accounting, Treasury and Office Manager with 2 others reporting |
| Jay Minneart | AG Salesman | 3/24/1980 | | Salalry | 44,418.57 | 42,741.57 | |
| Jeffery Yeater | Technician | 11/26/2001 | term 4/13/2003 | Hourly | 13,492.46 | 36,373.93 | |
| Kent Etzel | Shop Foreman | 3/1/1993 | term 5/10/2003 | Hourly | 21,754.72 | 45,580.89 | Lawn and Garden Foreman Supervises 2 others |
| Klint Rice | GP Salesman | 7/17/2000 | | Salary | 43,924.49 | 41,366.57 | |

| Department Manager Schedule | Goodrich Equipment Co | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/3/2005 | | | | | | | |
| | | | | | Actual Earnings | | |
| Name | Position | Date Hired | | | 2003 | 2002 | Manager Responsibility |
| Leo Castelein | AG Salesman | 9/1/1999 | | Salary | 41,616.57 | 41,511.57 | |
| Lori Hamer | Clerical | 8/9/1994 | | Hourly | 24,119.61 | 20,291.51 | |
| Mark Clementz | Partsman | 1/2/1990 | | Hourly | 41,240.39 | 39,959.39 | |
| Michael DeRew | Shop Foreman | 5/30/1977 | | Salaried | 50,214.16 | 47,624.57 | Tractor Shop Foreman  Supervised four other technicians |
| Phillip VanEarwage | Shop Helper | 3/14/2000 | | Hourly | 8,458.26 | 7,437.24 | |
| Richard Pobanz | Truck Driver | 10/10/1989 | | Hourly | 38,858.22 | 36,592.88 | |
| Rick Blair | Partsman | 4/12/1999 | | Hourly | 39,291.87 | 35,856.29 | |
| Robert DeSmith | Technician | 9/17/1990 | | Hourly | 42,043.47 | 38,764.51 | |
| Robert Roman | Shop Foreman | 1/2/1984 | | Salary | 50,622.47 | 48,252.22 | Combine/Planter Shop Foreman  Supervises 3 other technicians |
| Roger Goodrich | Vice President | 1/3/1980 | | Salary | 62,400.00 | 62,400.00 | Vice President, Board of Directors and General Manager |
| Steven Clementz | Sales/Service Laison | 6/16/1972 | | Salary | 48,080.37 | 47,709.57 | |
| Steven DePauw | Technician | 2/15/1988 | | Hourly | 44,871.96 | 42,160.22 | |
| Timothy Vandersnick | Technician | 4/18/1995 | | Hourly | 53,615.13 | 42,391.57 | Lawn and Garden Foreman Supervises  2 others |
| William Schneider | Clerical | 4/15/2002 | | Hourly | 13,663.25 | 7,543.59 | |
| Paul Forward | Technician | 3/1/1991 | term 7/01/2000 | Hourly | | 19,177.24 | |
| Heller Thomas | Clerical | 10/7/2002 | term 11/2/2002 | Hourly | | 1,734.86 | |
| Derick Weldge | Shop Helper | 8/22/2002 | term 5/24/2003 | Hourly | 2,273.81 | 1,428.80 | |