E X H I B I T

19

**Page 1**

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
                       ROCK ISLAND DIVISION

TERESA M. SCHULTZE,        )
                           )
        Plaintiff,         )
                           )
    vs.                    )  NO. 03 CV 04089
                           )
GOODRICH EQUIPMENT COMPANY,)
                           )
        Defendant.         )
```

THE DEPOSITION OF KLINTON C. RICE, called for examination pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure and the provisions of the United States District Court for the Central District of Illinois and Rules of the Illinois Supreme Court as they apply to the taking of depositions, taken before Kathy L. Johnson, C.S.R., a Notary Public in and for the County of Henry, State of Illinois, on the 11th day of July, 2005, at the hour of 11:00 a.m., at the Rock Island County Building, 1504-3rd Avenue, Rock Island, Illinois 61201.

ADVANTAGE REPORTING SERVICES

**Page 2**

APPEARANCES

MS. SUSAN BOGART, ESQ.
Law Offices of Susan Bogart
30 North LaSalle Street
29th Floor
Chicago, Illinois 60602
312/263-0900
    Appeared on behalf of the Plaintiff;

MR. MARK CHURCHILL, ESQ.
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, Illinois 61265
309/762-4690
    Appeared on behalf of the Defendant.

MR. ROBERT T. PARK, ESQ.
Snyder, Park & Nelson
1600 Fourth Avenue
Rock Island, Illinois 61201
309/786-8497

ALSO PRESENT:

TERESA M. SCHULTZE

WITNESS: KLINTON C. RICE

Examination by:                              Page:

Ms. Bogart                                    3

                    E X H I B I T S

(None were marked.)

Signature reserved

CERTIFICATE OF REPORTER           155-156

EXHIBIT 19

**Page 3**

                              (Witness sworn.)

                         KLINTON RICE,
being first duly sworn on oath, was examined
and testified as follows:
                         EXAMINATION BY
                         MS. BOGART:
Q. Could you please state your full name?
A. Klinton Carter Rice.
Q. Could you spell that, please?
A. K-L-I-N-T-O-N, Carter, C-A-R-T-E-R, R-I-C-E.
Q. Okay. And where do you reside?
A. Geneseo, Illinois.
Q. What's your address?
A. 1044 Maple Leaf Drive.
Q. How long have you lived there?
A. Two months.
Q. Oh. Who do you live there with?
A. My wife and four children.
Q. And is your wife employed outside the home?
A. Yes, she is.

**Page 4**

Q. And what does she do?
A. She's an elementary school social worker.
Q. Is her last name Rice?
A. Yes.
Q. What is her first name?
A. Melanie.
Q. And what school?
A. She has two schools.
Q. And what are they?
A. Southwest and Northside.
Q. That's the names of the schools?
A. Yep.
Q. Okay. How long has she done that?
A. 15 years.
Q. And what is the age range of your children?
A. All under the age of eight. Eight to two.
Q. Okay. Can you tell me how far you've gone in school?
A. I've got a Bachelor's degree in agricultural science.
Q. From where?
A. Western Illinois University.

21

1   A. The employee?  Mike DeRew.
2   Q. Okay. So how is it that you had seen Mike
3   DeRew?
4   A. I talked to him on the phone.
5   Q. Did you call him up?
6   A. I did.
7   Q. To see if there was any openings?
8   A. No.  Just a casual conversation, and that
9   came up.
10  Q. Okay. And what is it that he said to you?
11  A. That if I was interested in coming back to
12  be a service manager that I should call the
13  owner.
14  Q. Okay. So who took your place as service
15  manager in '97?
16  A. Kurt Lewis I think.
17  Q. L-E-W-I-S?
18  A. Yeah.
19  Q. And how long did he hold the service
20  manager position?
21  A. I don't know that.
22  Q. Was he there when you returned in 2000?
23  A. No.

22

1   Q. Okay. Who was, who was in the position
2   immediately prior to your returning?
3   A. Mike DeRew.
4   Q. And how long had he been in that job?
5   A. I can't answer that.  I don't know.  I
6   don't know the months on that.
7   Q. Okay. So when he told you that it might
8   be open he wasn't interested in the job?
9   A. Correct.
10  Q. Do you know why?
11  A. I wouldn't know for sure why, but I know
12  that the foremen are much more productive as
13  foremen than they are as service managers.
14  Q. And why is that?
15  A. Because they're technical and they can
16  make money for the company.
17  Q. Okay. So their technical skills outweigh
18  their service related skills?
19  A. I wouldn't necessarily say that, but
20  that's where they're most valued.
21  Q. Okay. So who did you call?
22  A. Dale Goodrich.
23  Q. And do you recall the conversation that

23

1   you had on the phone?
2   A. I told him I'd like to come in for an
3   interview and he asked me to come in.
4   Q. And who did you meet with?
5   A. Just Dale.
6   Q. And what was said and by whom?
7   A. Just talked about the position, and I was
8   fully aware of what the position entailed and
9   told him, you know, that I would be willing to
10  do it and we negotiated a salary and I started
11  the position.
12  Q. Okay. When did you start it?
13  A. I get my dates mixed up here.  When was
14  that?  March of, no.  July 2000.  Yeah.
15  Q. Okay.
16  A. June or July of 2000.
17  Q. And what was your salary?
18  A. $38,000.
19  Q. Again, that's straight salary?
20  A. Correct.
21  Q. No time card?
22  A. Nope.
23  Q. And who did you report to?

24

1   A. Roger Goodrich.  Or actually at the time
2   Dale Goodrich.
3   Q. Did that change?
4   A. Yes.
5   Q. When?
6   A. July of the following year.
7   Q. You reported to Roger?
8   A. Correct.
9   Q. And why was that?
10  A. He returned to the organization and he was
11  vice president, so at that time that's who I
12  talked with.
13  Q. Okay.
14  A. I usually talk with both of them.
15  Q. He had been gone?
16  A. Yes.
17  Q. And when is it that he left?
18  A. I can't answer that.  I don't know.
19  Q. Was he, he wasn't there in July 2000?
20  A. Correct.
21  Q. Was he there when you left in '97?
22  A. Yes.
23  Q. Okay. And who did you report to?

25

1   A. In '97? Dale Goodrich.
2   Q. Okay. When Roger was gone was he working
3   at Deere & Company?
4   A. Correct.
5   Q. Okay. All right. So when you returned
6   to the service manager position was Liz Hamer
7   there? Lori Hamer. I don't know why I want to
8   call her Liz.
9   A. Yes.
10  Q. Okay. Had her duties and responsibilities
11  changed any?
12  A. No.
13  Q. Okay. And DeRew was there?
14  A. Correct.
15  Q. Roman?
16  A. Yep.
17  Q. How about Edsel?
18  A. Yes.
19  Q. They were all there?
20  A. Uh-huh.
21  Q. And had any of the responsibilities of the
22  service manager changed?
23  A. No.

26

1   Q. Okay. All right. So you were there in
2   July 2000. Did you, how long did you hold the
3   position?
4   A. Until fall of 2002.
5   Q. And what happened in the fall of 2002?
6   A. We pursued a different service manager so
7   I could go to commercial sales.
8   Q. Why did you go to commercial sales?
9   A. Because of my background with commercial
10  equipment through the golf course industry.
11  Q. Who proposed that idea?
12  A. It's something we talked about. I
13  couldn't tell you who the brain child was.
14          I mean, I pursued it. I proposed
15  it to them that I'd like to do that.
16  Q. Okay. And who is them?
17  A. Roger and Dale Goodrich.
18  Q. When did you tell them that you'd like to
19  do that?
20  A. When?
21  Q. Yes.
22  A. May of '95.
23  Q. And at the time that wasn't an option?

27

1   A. Correct.
2   Q. Why not?
3   A. Just hadn't had the, hadn't created the
4   position yet.
5   Q. Okay. Was there somebody in that position
6   before you took it?
7   A. Yes.
8   Q. Who?
9   A. Tim Vandersnick.
10  Q. Where was he at the time in the fall of
11  2002?
12  A. He was commercial sales.
13  Q. So you were in addition to him?
14  A. He was going back to service.
15  Q. He was going to the service department?
16  A. Correct.
17  Q. What part?
18  A. The lawn and garden department as a
19  mechanic. Technician.
20  Q. And why was that?
21  A. Because that's what he wanted to do.
22  Q. And do you know why?
23  A. I think he felt he was a better technician

28

1   than he was a salesperson.
2   Q. Now, in your position prior to the fall of
3   2002 as service manager, did you conduct sales?
4   A. Equipment sales? No.
5   Q. Okay. So the first time that you do any
6   selling is when you become commercial,
7   commercial sales?
8   A. Correct.
9   Q. What was your title?
10  A. Commercial sales consultant.
11  Q. Okay. Now, was that in your opinion at
12  the time, never mind what you think now, but at
13  the time why was that a more favorable position
14  than service manager?
15  A. I enjoyed the people, I know the product,
16  and I know a lot of the customers.
17  Q. And the people are whom?
18  A. Governmental municipalities, schools,
19  custom cutters that I'd all learned about and
20  talked with as the service manager.
21  Q. Okay. Were these customers --
22  A. Uh-huh.
23  Q. -- that you're describing?

4:03-cv-04089-MMM-JAG    # 67-8    Page 5 of 6

117

1  in it since I was there, so I don't know.
2  Q. All right. Well, if you can just look to
3  see if there might be such a file.
4  A. Sure.
5  Q. Okay. Do you remember anything besides
6  discussing the nature of the job to her? With
7  her?
8  A. I'm sure we discussed the hours, the
9  detail of the job, the importance of the job,
10 the salary of the job, all those things.
11 Q. Okay. And was Teresa the, well, after you
12 interviewed her did you discuss her separately
13 with Roger Goodrich?
14         And by that I mean when she
15 wasn't present?
16 A. Sure. Yes.
17 Q. Okay. And do you remember anything
18 concerning that conversation?
19 A. No.
20 Q. Was she your first choice?
21 A. I don't recall.
22 Q. Do you know if she was Roger Goodrich's
23 first choice?

118

1  A. I don't recall.
2  Q. Did you offer the job to anybody else?
3  A. I don't believe so.
4  Q. Okay. Who called Teresa and offered the
5  position to her?
6  A. I don't know. I may have, I don't recall
7  that. I honestly do not.
8  Q. Now, was there any significant change in
9  the position from what you were doing as
10 service manager compared to what Teresa was
11 going to do?
12 A. No.
13 Q. Okay. And were you paid a bonus as the
14 service manager?
15 A. No.
16 Q. So there wasn't any year end review of the
17 amount of money that had come into the business
18 to assess whether you were entitled to a bonus?
19 A. No.
20 Q. Okay. Did they do that in any way to
21 affect your compensation?
22 A. No.
23 Q. Okay. You trained, what was the next

119

1  thing that you remember relating to Teresa
2  Schultze?
3  A. She was part-time until close to
4  Christmas. I don't remember the exact date of
5  when she started full-time.
6  Q. Okay. Did you have any conversations with
7  her concerning compensation?
8  A. Not that I recall except possibly during
9  the interview being, you know, whatever the
10 starting salary was. And I can't honestly tell
11 you what that was.
12 Q. Do you know what you were making?
13 A. I was making $42,500.
14 Q. Okay. Now, all right. So she was
15 part-time until Christmas and then she came
16 full-time?
17 A. And, yes.
18 Q. And do you remember what her compensation
19 was at that time?
20 A. I do not.
21 Q. Nothing?
22 A. I do not recall.
23 Q. You don't remember any conversation with

120

1  her about you should ask for $42,500?
2  A. No. No.
3  Q. You can't remember anything?
4  A. No.
5  Q. Okay. Would you have written stuff down
6  about that in your notes?
7  A. No. More than likely not because it's
8  not my job to discuss salary.
9  Q. Whose is it?
10 A. Roger Goodrich.
11 Q. Okay.
12 A. We might discuss an opening salary but
13 from there on I have no regards to reviews or
14 anything like that.
15 Q. Did you discuss opening salary with
16 Teresa?
17 A. Possibly. I do not, I don't --
18 Q. Okay. You don't recall it?
19 A. I don't recall it.
20 Q. Anything that would refresh your
21 recollection?
22 A. No.
23 Q. All right. So she starts part time until