E-FILED
Friday, 21 October, 2005   10:21:18 AM
Clerk, U.S. District Court, ILCD

EXHIBIT 20(B)

                                                                141
1    customers of Goodrich Equipment Company that
2    had positive things to say about Teresa?
3    A. No.
4    Q. Never?
5    A. No.
6    Q. Never had one customer make a positive
7    statement?
8    A. Derogatory, but not positive.
9    Q. All right. So it's your testimony that
10   not one customer of Goodrich Equipment Company
11   ever made a positive statement about Teresa?
12   A. No.
13   Q. No it's not your testimony?
14   A. Yes, it is my testimony.
15   Q. Okay. And you claim that you had
16   derogatory statements?
17   A. Yes.
18   Q. Are they reflected in any written form?
19   A. No.
20   Q. Okay. Who?
21   A. Who? Rock Katschnig would be one.
22   Q. Who?
23   A. Rock Katschnig.

                                                                142
1    Q. The same guy that's your friend?
2    A. Yeah.
3    Q. Okay. All right.
4    A. Bob Volts (phonetic).
5    Q. And who is he?
6    A. He's an independent farmer like all the
7    rest of our customers.
8    Q. Okay.
9    A. That's it.
10   Q. What did Rock say?
11   A. Hard to pay my bill if she's not here.
12   Q. You mean to come in to do it?
13   A. Yes.
14   Q. When did he say that to you?
15   A. I don't know.
16   Q. When she was out because of her knee?
17   A. No. On other occasions. He does a lot of
18   business with us.
19   Q. So how often does he pay his bills in
20   person?
21   A. 30 days. Every 30 days.
22   Q. So are you telling me that during the year
23   2003 he could never pay his bill because she

                                                                143
1    was never there?
2    A. No. I just said on occasion he'd come in
3    to pay his bill and he said it's hard to pay
4    your bill if she's not here to settle up on it.
5    Q. And so are you telling me that Rock would
6    pay Teresa directly?
7    A. No. He would come in and have service
8    work performed and then he would want to know
9    the logistics of his service work performed.
10   And that was one of her functions.
11   Q. What?
12   A. To tell people what work was performed.
13   Many times somebody would come in and say hey,
14   you spent 10 hours working on my tractor; why
15   did it take so long.
16   Q. Okay.
17   A. And she was supposed to justify the hours
18   spent.
19   Q. She was supposed to go to the foreman and
20   find out --
21   A. Yes.
22   Q. -- what took so long?
23   A. Yes.

                                                                144
1    Q. And then that you go to the --
2    A. Customer.
3    Q. -- customer? And the customer didn't
4    talk to the foreman?
5    A. On occasion they did because she was gone.
6    Q. Oh. But they weren't supposed to?
7    A. Well, that's not usually the way we like
8    to do it, no.
9    Q. No. Let me ask you this. They weren't
10   supposed to talk to the foreman?
11   A. They can, yes.
12   Q. And they don't pay Teresa?
13   A. No.
14   Q. Who do they pay?
15   A. They go up to the front and pay our
16   accounting department.
17   Q. Okay. All right. So that's Katschnig.
18   Anything else he had to say?
19   A. No.
20   Q. How about Volts?
21   A. Bob does a lot of work with us and Bob is
22   notorious for wanting to come in and negotiate
23   his service bill.

Page 145

```
 1   Q. Okay. Personally?
 2   A. Yes.
 3   Q. Not over the phone?
 4   A. Yes.
 5   Q. So he would come in and he would get a
 6   bill?
 7   A. Yes.
 8   Q. And then he wanted to get a cutback?
 9   A. Yes.
10   Q. All right. So what did he say?
11   A. Again, if she's not there he doesn't have
12   to pay us.
13   Q. He doesn't have to pay for the work
14   performed?
15   A. That's right. Because he wants to
16   negotiate, and we weren't going to overlap the
17   role.
18   Q. Okay. So if she was not available to
19   negotiate it the minute that he decided he
20   wanted to negotiate then he gets all the work
21   for free?
22   A. No. He just puts it off until she's
23   there.
```

Page 146

```
 1   Q. When did that happen?
 2   A. Several times.
 3   Q. What dates?
 4   A. I don't have dates.
 5   Q. No records?
 6   A. No.
 7   Q. Did they call you on the time that they
 8   came in to negotiate, to complain?
 9   A. No. I would be walking by and --
10   Q. Answer the question.
11   A. -- her office would be dark.
12   Q. No, no. Answer the question. Did they
13   call you on the time that they came in to
14   negotiate --
15   A. No.
16   Q. -- and say I want to negotiate?
17   A. I think on occasion, yeah, there was times
18   when they would call and say hey, I'm going to
19   be in on a Wednesday afternoon.
20   Q. Do you have a record?
21   A. No.
22   Q. Okay. So this is purely whatever you
23   choose to say?
```

Page 147

```
 1   A. Yes.
 2   Q. We can't substantiate any of it because
 3   there's no documentation to support any of
 4   this?
 5   A. Yes.
 6   Q. That's the deal, right?
 7   A. Yes.
 8   Q. All right. Is that how you manage all of
 9   your employees?
10   A. Yes.
11   Q. Nothing negative ever put in writing?
12   A. Nope.
13   Q. Only positive?
14   A. Yes.
15   Q. And then you whip out negatives when you
16   decide you want to trash them?
17   A. I rarely --
18   Q. Yes or no?
19   A. No.
20   Q. No? Just when you feel like it?
21   A. Yes.
22   Q. Okay. Now, let's talk about e-mails.
23   Well, before I go there, July 10th, July 10th,
```

Page 148

```
 1   Teresa's last day; let's hear your version of
 2   events as to what happened in terms of your
 3   contacts with Teresa on that date.
 4   A. I scheduled a meeting at I think
 5   approximately 9:00 to discuss with her my
 6   unhappiness with her employee development.
 7   Q. All right. And so when did you schedule
 8   that meeting?
 9   A. That day. Impromptu.
10   Q. All right. So you just --
11   A. 8:30.
12   Q. 8:30 in the morning?
13   A. Yeah.
14   Q. You showed up in her office?
15   A. Yes.
16   Q. You said I want to talk to you?
17   A. I said can we meet at 9:00 in the
18   conference room, I think we need to have an
19   employee review.
20   Q. All right. Was this a scheduled review?
21   A. No.
22   Q. All right. And did you talk to anybody
23   before you had the meeting?
```

                                                         189

1    MS. BOGART: Yeah, yeah. And the
2    rule's very clear, and I have yet to get the
3    log which is the subject of my 37 motion, my
4    rule 37 letter. So it's very clear.
5           All right. You're refusing to
6    say whether the conversation at any point
7    concerned Teresa Schultze, so I will make a
8    motion to compel on that. All right.
9    BY MS. BOGART:
10   Q. At any point in time during that
11   conversation did you walk to Teresa Schultze's
12   office?
13   A. No.
14   Q. Okay. Did you at any point go to Teresa
15   Schultze's office when Dan Churchill was on the
16   phone?
17   A. Yes.
18   Q. Okay. And when was that?
19   A. Close to 5:00.
20   Q. When was this prior call?
21   A. I think maybe a half hour before then, if
22   I recall right. I wasn't paying real close
23   attention to time at that point.

                                                         190

1    Q. Okay. And is that because Teresa had
2    countered your attempt to fire her or attempt
3    to call her resignation by saying she hadn't
4    resigned? Is that why you were upset?
5    A. No.
6    Q. No? Okay.
7    A. No.
8    Q. All right. So about 5:00 p.m. you have
9    another call with Dan Churchill?
10   A. Yes.
11   Q. Where are you?
12   A. Now I'm on the east side of my building
13   walking into the shop.
14   Q. Okay. And how long is this conversation?
15   A. I don't recall. I don't recall the
16   length.
17   Q. Between the time that you had a
18   conversation with Mr. Churchill, the first 10
19   minute conversation that you described, and
20   this 5:00 p.m., did you talk to anybody else?
21   A. No.
22   Q. Okay. And then you walk into the building
23   and Mr. Churchill's on the phone?

                                                         191

1    A. Yes.
2    Q. And what do you do?
3    A. I believe I told Teresa that it's the end
4    of the work day and you need to pack up your
5    things and leave.
6    Q. Okay. So sometime between the time that
7    you sent the e-mail at 12:40 p.m. in which you
8    converted her position from a salaried position
9    to an hourly rate position, you decided to fire
10   her?
11   A. Yes.
12   Q. Okay. Was that before your conversation
13   with Mr. Goodrich or after?
14         MR. PARK: He's Mr. Goodrich.
15   BY MS. BOGART:
16   Q. I mean with Mr. Churchill or after?
17   A. It was before.
18   Q. Before the 5:00 p.m. or before the 10
19   minute one?
20   A. Before the 10 minute one.
21   Q. Okay. And, all right. So you decide
22   you're going to fire her and you go to your
23   office, her office, with Mr. Churchill on the

                                                         192

1    phone?
2    A. Yes.
3    Q. And you say to Teresa it's 5:00 p.m., it's
4    time to pack up your belongings?
5    A. Yes.
6    Q. Okay. Anything else?
7    A. She asked me why.
8    Q. Okay. And --
9    A. And I believe Dan Churchill said you don't
10   have to tell her why, she just needs to leave.
11   Q. All right. So Dan Churchill hears this
12   whole process?
13   A. Yes.
14   Q. 5:00 p.m. when you come in he's on the
15   phone when you say to Teresa you have to pack
16   up your belongings, it's 5:00 p.m., you need to
17   pack up your belongings and leave?
18   A. Yes.
19   Q. Okay. And she said why, and Dan Churchill
20   says you don't have to answer?
21   A. Something to that effect.
22   Q. Does he say anything like you have her
23   resignation, don't you?

                                           193

1   A. He might have said do you have her
2   resignation and I said she told me she would
3   quit before she signed it or punched the time
4   card.
5       And that was, to my best
6   recollection that was all that was said.
7   Q. You didn't just say yes?
8   A. I don't recall.
9   Q. Okay. And what else was said while
10  Mr. Churchill was on the phone?
11  A. As I recall, Teresa was objecting and I
12  really wasn't saying anything.
13  Q. What did she say?
14  A. She was saying I want to know why I've
15  been let go.
16  Q. Uh-huh.
17  A. And I said you know why.
18  Q. Anything else?
19  A. No. And so I just expected her at that
20  point to pack up. She wasn't packing up. I
21  said you need to pack up and leave.
22  Q. Okay. So then what?
23  A. I believe at that point Dan Churchill said

                                           194

1   you either leave or we're going to call the
2   police. And at that point she said I'm
3   leaving.
4   Q. Well, did she have a box in her office?
5   A. Yes.
6   Q. Where did that come from?
7   A. I don't recall. I don't recall.
8   Q. Did you bring it to her?
9   A. No.
10  Q. Oh. Did you see somebody bring it to
11  her?
12  A. No.
13  Q. Didn't your son bring it to her?
14  A. He may have.
15  Q. Okay. And where did he get it from?
16  A. He probably got it from our parts
17  department. We keep boxes in there.
18  Q. So was he standing there during the Dan
19  Churchill conversation?
20  A. No.
21  Q. He came afterward?
22  A. Yes.
23  Q. With the box?

                                           195

1   A. Yes.
2   Q. Okay. And he watched, that is your son --
3   A. Yes.
4   Q. -- while Teresa packed?
5   A. Yes.
6   Q. Anybody else?
7   A. No.
8   Q. And did you give him any instructions?
9   A. Brandon? I think I said Brandon, carry
10  this out to her car.
11  Q. Well, did you give her any instructions --
12  A. Her instructions?
13  Q. No, him. You told her to pack up.
14  A. Yeah.
15  Q. Did you give him any instructions when he
16  was supposed to watch her?
17  A. I don't recall. I don't recall.
18  Q. But you told him to get the box and watch
19  her pack up?
20  A. I didn't tell him to watch her pack up
21  because I never left the room.
22  Q. All right. So you were there when she
23  packed up?

                                           196

1   A. Yes.
2   Q. Okay.
3   A. I never left the office.
4   Q. Her office?
5   A. Yeah.
6   Q. All right. And Brandon was there too?
7   A. Momentarily, yes.
8   Q. Well, he was there while she packed up?
9   A. Yeah. It didn't take long.
10  Q. All right. And then he walked the box out
11  to her car?
12  A. Yes. Him and I and her.
13  Q. Okay. Now, let me ask you this. Was
14  there a computer in Teresa's office?
15  A. Yes.
16  Q. And did she have access to the computer?
17  A. Yes.
18  Q. And did you conduct business over the
19  computers?
20  A. Yes.
21  Q. All right. In fact, you sent e-mails out
22  to employees as a means of communication?
23  A. I sent some e-mails, yes. We had a lot of