E-FILED
Friday, 21 October, 2005  10:29:21 AM
Clerk, U.S. District Court, ILCD

E X H I B I T

22

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TERESA M. SCHULTZE,      )
                         )
         Plaintiff,      )
                         )
    vs.                  )   NO. 03 CV 04089
                         )
GOODRICH EQUIPMENT COMPANY,)
                         )
         Defendant.      )

ORIGINAL

THE DEPOSITION of LORI HAMER, called for examination pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure and the provisions of the United States District Court for the Central District of Illinois and Rules of the Illinois Supreme Court as they apply to the taking of depositions, taken before Kathy L. Johnson, C.S.R., a Notary Public in and for the County of Henry, State of Illinois, on the 7th day of June, 2005, at the hour of 11:20 a.m., at the Rock Island County Building, Third Floor Conference Room, 1504-3rd Avenue, Rock Island, Illinois 61201.

ADVANTAGE REPORTING SERVICES

**2**

APPEARANCES

MS. SUSAN BOGART, ESQ.
Law Offices of Susan Bogart
30 North LaSalle Street
29th Floor
Chicago, Illinois 60602
312/263-0900
    Appeared on behalf of the Plaintiff;

MR. MARK CHURCHILL, ESQ.
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, Illinois 61265
309/762-4690
    Appeared on behalf of the Defendant.

MR. ROBERT T. PARK, ESQ.
Snyder, Park & Nelson
1600 Fourth Avenue
Rock Island, Illinois 61201
309/786-8497

ALSO PRESENT:

TERESA M. SCHULTZE

WITNESS: LORI HAMER

Examination by:                          Page:
    Ms. Bogart                              4
    Mr. Park                              116
    Ms. Bogart                            121
    Mr. Park                              125

EXHIBIT 22

**3**

EXHIBITS

Exhibit A                                   49

Exhibit B                                   56

(Both Retained by Ms. Bogart)


signature reserved
CERTIFICATE OF REPORTER                129-130

**4**

(Witness sworn.)

LORI HAMER,
being first duly sworn on oath, was examined and testified as follows:
        EXAMINATION BY
        MS. BOGART:
Q. Could you state your full name, please, and spell your last name?
A. My name is Lori Ann Hamer, H-a-m-e-r.
Q. Okay. And where do you reside?
A. Atkinson, Illinois.
Q. Okay. And how close is that, or far is that from here?
A. 35 miles.
Q. All right. And who do you reside with?
A. My husband Jim, my daughter Kate, my son Nick.
Q. Okay. And how old is Kate?
A. Kate is 19.
Q. All right. And Nick?
A. Nick is 15.
Q. Okay. And are they in school?

**Page 37**

```
 1    Q.  All right.  And so --
 2    A.  When I started I believe I had, after a
 3    year, maybe one week.
 4    Q.  Uh-huh.
 5    A.  And then it was two weeks.
 6    Q.  After?
 7    A.  It must have been after you're there two
 8    years.
 9    Q.  Okay.  And three weeks after when?
10    A.  Five years.
11    Q.  Okay.  Now, the no pay days, is there a
12    limit to the number you can take?
13    A.  No.
14    Q.  Okay.  Do you have paid medical at times?
15    Can you take a medical day if you get sick?
16    A.  A sick day?
17    Q.  Yeah.
18    A.  Sick days, vacation days, everything is
19    called, everything is vacation.
20    Q.  Okay.  So within that three week period
21    that's your sick time and your vacation time?
22    A.  Yes.
23    Q.  All right.  And so when you write on
```

**Page 38**

```
 1    your, well, you might not know if you're
 2    leaving on Tuesday that you're going to be sick
 3    on Wednesday, is that right?
 4    A.  Right.
 5    Q.  Okay.  So you would write in vacation when
 6    you came back?  Is that what you would do?
 7    A.  No.  Well, or sick, pay please.  Sick no
 8    pay.
 9    Q.  Okay.  So how would you make a decision
10    about to pay or not to pay?
11    A.  Depending on how many vacation days you
12    had.
13    Q.  Left?
14    A.  Right.
15    Q.  Okay.  And that has, has this practice I
16    guess, policy and practice regarding vacation,
17    sick and no pay days, been the same since you
18    began in August of '94?
19    A.  Yes.
20    Q.  Okay.  Now, are you permitted to take days
21    to help family members?  Your children?
22    A.  Yes.
23    Q.  And tell me how it is you, what you do if
```

**Page 39**

```
 1    you have to do something for a sick child or a
 2    sick husband or a sick parent?
 3    A.  If I know ahead I would tell the service
 4    manager I'm not going to be here tomorrow, I'm
 5    taking my child to the doctor.
 6    Q.  Okay.
 7    A.  Or if I, you know, if it was a week ahead
 8    I would tell them I have to take someone to the
 9    doctor.
10    Q.  Okay.  And have you ever done that?
11    A.  Not been at work to take someone to the
12    doctor?  Yes.
13    Q.  Okay.  Who?  Who is this that you have
14    taken to the doctor?
15    A.  My mother.
16    Q.  Okay.  And how often would you do that?
17    A.  I took her for six weeks once a week.
18    Q.  Okay.  When was that?
19    A.  Let me say in 2002.
20    Q.  Okay.  And why was that?
21    A.  For radiation.
22    Q.  Treatments or?
23    A.  Yes.
```

**Page 40**

```
 1    Q.  Okay.  And when you did that who did you
 2    tell?
 3    A.  The service manager.
 4    Q.  Who was that?
 5    A.  Clint Rice.
 6    Q.  Do you remember when in 2002?
 7    A.  February and March.
 8    Q.  Okay.  Now, have you ever been out for
 9    illness or injury yourself?
10    A.  No.
11    Q.  Okay.  You've never had a sick day since
12    1994?
13    A.  Okay.  I have had, I am going to guess.  I
14    bet I haven't missed more than three days for
15    my own sick days.
16    Q.  All right.  Well, my question is if you've
17    had any.  So you say --
18    A.  Three days.
19    Q.  Okay.
20    A.  Approximately three days.
21    Q.  And what was that related to?
22    A.  What was wrong with me?
23    Q.  Yeah.  Illness?  Injury?
```

41

```
1   A. Illness.
2   Q. Okay. And your children, have they ever
3   had illnesses or injury that --
4   A. Yes.
5   Q. -- caused you to be out?
6   A. Yes.
7   Q. What, what type?
8   A. Illness or injury?
9   Q. Uh-huh.
10  A. Illness.
11  Q. No injuries?
12  A. No.
13  Q. Any athletes?
14  A. Yes.
15  Q. No injuries?
16  A. That I've had to miss work for?
17  Q. Go to the doctor.
18  A. No, I don't think I, no.
19  Q. Okay. All right. Any other types of
20  time off? Personal days or anything like that?
21  A. That I take?
22  Q. That can be taken.
23  A. No. You know, you have your two weeks'
```

42

```
1   vacation or your three weeks' vacation, and
2   whatever you do is, that's what you do.
3   Q. Okay.
4   A. Whether you're sick or whether you're on
5   vacation.
6   Q. Okay. And that time is paid?
7   A. Yes.
8   Q. All right. And then when you exceed that
9   time it becomes no pay?
10  A. Yes.
11  Q. So can you decide in the year 2005 that
12  you're going to take a no payday at the
13  beginning of the year and save up your
14  vacation?
15  A. Yes.
16  Q. Okay. So the fact that you have vacation
17  to take doesn't mean you have to take it first?
18  A. No.
19  Q. No that's correct?
20  A. That's correct.
21  Q. Okay. On the other hand, you can take all
22  your vacation time, paid time, use that up at
23  the beginning?
```

43

```
1   A. Yes.
2   Q. And then go on vacation but not be paid?
3   A. Yes.
4   Q. Okay. And that's been the same since
5   August of 1994?
6   A. Yes.
7   Q. Okay. Who explained the policies or
8   practices to you?
9   A. We have a book, a policy book. It's all
10  in there.
11  Q. All right. But did anybody explain it to
12  you?
13  A. No.
14  Q. You just figured it out as you were, as
15  you were there?
16  A. Yes.
17  Q. All right. Now, do you socialize with
18  anybody at Goodrich Equipment? Take lunches
19  with them? See them on the weekends, after
20  work?
21  A. Yes.
22  Q. Who?
23  A. Clint Rice.
```

44

```
1   Q. Okay.
2   A. Jay Minnaert.
3   Q. Who?
4   A. Jay Minnaert.
5   Q. Minnaert?
6   A. M-I-N-N-A-E-R-T.
7   Q. Okay.
8   A. Tim Vandersnick.
9   Q. Uh-huh.
10  A. Jim Luikart.
11  Q. Uh-huh.
12  A. That's all.
13  Q. Okay. Where do you see Clint Rice?
14  A. His house.
15  Q. So does he live near you?
16  A. No. Well, he lives in Geneseo.
17  Q. All right. So do you have dinners?
18  A. No.
19  Q. So how is it that you see him?
20  A. My daughter took, helps him with his
21  children. Him and his wife. I just would
22  stop and see the kids. My daughter's a good
23  friend of the family. Of Clint's family.
```

69

```
1   A. No.
2   Q. Do you know if Roger ever told her to give
3   you advance notice after you complained to him
4   in March?
5   A. No, I don't.
6   Q. Did you continue to complain?
7   A. No.
8   Q. You complained once?
9   A. Yes.
10  Q. Okay. What did he say?
11  A. He was aware of it.
12  Q. That was it?
13  A. Yes.
14  Q. Now, had you ever complained about Clint
15  Rice?
16  A. No.
17  Q. Do you, have you ever complained about
18  your current boss?
19  A. No.
20  Q. Ever complained about any other female in
21  the office?
22  A. No.
23  Q. Ever have a female boss besides Teresa?
```

70

```
1   A. No.
2   Q. Have you ever complained about any other
3   employee?
4   A. No.
5   Q. Did somebody complain about you taking
6   your mother to cancer treatments?
7   A. No.
8   Q. That was during Clint Rice?
9   A. Yes.
10  Q. Okay. And he never objected?
11  A. No.
12  Q. Did Roger?
13  A. No.
14  Q. Now, did you take whole days to take your
15  mother to cancer treatment?
16  A. No.
17  Q. So you took part days too?
18  A. Yes.
19  Q. You came into work and then you left?
20  A. Yes.
21  Q. Did you leave a cell phone if somebody
22  could reach you if they needed you?
23  A. No.
```

71

```
1   Q. Did any customer ever complain to you
2   about Teresa?
3   A. No.
4   Q. All right. So aside from the March 2003
5   complaint to Roger Goodrich about Teresa
6   Schultze, you didn't complain about her --
7   A. No.
8   Q. -- again?
9   A. No.
10  Q. About anything?
11  A. No.
12  Q. Okay. Now, did you ever observe Teresa
13  take documents out of the office?
14  A. No.
15  Q. All right. Now, I want to take your
16  attention to July 10th, which is Teresa's last
17  day at Goodrich. Were you at work?
18  A. Yes.
19  Q. Okay. Did you ever see Jim Luikart come
20  into the office?
21  A. Yes.
22  Q. You were there?
23  A. Yes.
```

72

```
1   Q. And what did you see him do or say when he
2   came into the office on July 10th? Well,
3   strike that.
4          How many times did Jim Luikart
5   come into the office on July 10th?
6   A. I don't recall.
7   Q. More than once?
8   A. I don't recall.
9   Q. If you remember, at least once?
10  A. Yes.
11  Q. Okay. And was anybody else present
12  besides you and Teresa when Jim Luikart that
13  one time you do recall came in?
14  A. I don't recall.
15  Q. You don't recall anything else?
16  A. I, I don't know. I don't know.
17  Q. Okay.
18  A. Nobody was in the office with us.
19  Q. And what is it you saw Jim Luikart say or
20  do?
21  A. He handed her a time card. I don't
22  recall what he said.
23  Q. Okay. How long was he there on this
```