E-FILED
Friday, 21 October, 2005  04:10:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**AGREED MOTION TO EXTEND DEFENDANT'S DEADLINE
TO FILE REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and moves this Court for a short extension of time within which to file its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, and in support thereof, states:

1.   Plaintiff was required to file her response to Defendant's Motion for Summary Judgment by October 17.

2.   Defendant was required to file its Reply to Plaintiff's Response by October 31.

3.   Defendants did not receive Plaintiff's complete filing until October 20, 2005.  As a result of that fact, Defendant requests an additional fourteen days with which to file its Reply to Plaintiff's Response.

4.   Trial for this matter is not scheduled until March 20, 2006, and the extension requested by Defendant is not being done

- 2-

for purposes of delay, and there will be no need to reschedule the pretrial conference and trial date previously scheduled in this case.

5. Counsel for Plaintiff has no objection to the extensions requested in this matter.

**WHEREFORE,** Defendant respectfully requests that this Court grant an extension of time for it to file its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment until November 14, 2005.

>Respectfully submitted,
>
>GOODRICH EQUIPMENT CO.,
>Defendant,
>
>By:  s/ Mark D. Churchill
>     Mark D. Churchill Bar #188372
>     Attorney for Defendant
>     Churchill & Churchill, P.C.
>     1610 Fifth Avenue
>     Moline, IL  61265
>     Telephone: (309) 762-3643
>     Fax:  (309) 762-4690
>     E-mail: cclaw@churchillfirm.com
>
>and
>
>     s/ Robert T. Park
>     Robert T. Park Bar #11247
>     Attorney for Defendant
>     Snyder, Park & Nelson, P.C.
>     1600 Fourth Ave., Suite 200
>     P.O. Box 3700
>     Rock Island, IL  61201
>     Telephone: (309) 786-8497
>     Fax:  (309) 786-0463
>     E-mail:  rpark@snyderpark.com

- 3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

                          s/ Mark D. Churchill
                          Mark D. Churchill Bar #188372
                          Attorney for Defendant
                          Churchill & Churchill, P.C.
                          1610 Fifth Avenue
                          Moline, IL  61265
                          Telephone: (309) 762-3643
                          Fax:  (309) 762-4690
                          E-mail: cclaw@churchillfirm.com