E-FILED
Tuesday, 01 November, 2005  03:36:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTAL AFFIDAVIT OF WILLIAM SCHNEIDER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF ROCK ISLAND | ) |

WILLIAM SCHNEIDER, after being first duly sworn on oath, deposes and states:

1) This affidavit is based on my personal knowledge.

2) I am the same William Schneider who previously signed an affidavit on August 24, 2005 (erroneously dated 2004 in the original form filed).

3) Starting before Teresa Schultze's employment in 2002 up to the present time, employees of Goodrich Equipment Co. (herein "Goodrich") have had their wages directly deposited to their individual bank accounts with contemporaneous hard copy confirmation given to them. The



- 2 -

pay information provided to employees on payday is set forth on computer-generated documents referred to herein as "pay stubs."

4) Goodrich does not have copies of pay stubs given to its employees in 2002 and 2003 since the payroll system retains only about one year's pay stub files.

5) Group Exhibits 1, 2 and 3 hereto were prepared from Goodrich's payroll system permanent business employee payroll records, and contain the same pay information that was contained on the pay stubs given to the respective employees on payday.

6) Schedule 1 to my original affidavit of August 24 pertaining to Teresa M. Schultze was prepared from Group Exhibit 1 attached to this affidavit.

7) Schedules 2 and 3 to my original affidavit of August 24 are copies of the original W-2 Wage and Tax Statement Forms for calendar years 2002 and 2003 respectively issued by Goodrich for employee Teresa M. Schultze.

8) Schedule 4 to my original affidavit of August 24 contains a label "Actual Earnings," with two columns under it, each labeled "2003." The first (left) column under

- 3 -

Actual Earnings should be labeled "2002" because it represents actual Goodrich employee earnings for 2002.

9) I am familiar with the facts stated in this affidavit and, if called to testify in this proceeding, I would testify in accordance with the contents of this affidavit in form and substance as if I had offered direct testimony about the matters included herein.

10) Further affiant sayeth not.

Dated this 1st day of November, 2005.

_____
William Schneider

SUBSCRIBED and SWORN to before me this 1 day of November, 2005.

_____
Notary Public

OFFICIAL SEAL
MARK D. CHURCHILL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-9-2006