E-FILED
Tuesday, 01 November, 2005  03:39:23 PM
Clerk, U.S. District Court, ILCD

**Pay**                          Goodrich Equipment Co.

## Pay Statement

| Goodrich Equipment Co. | | 54 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 07/17/2003 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of  **Mrs. Teresa M. Schultze**   Amount  **$1,128.79**

One thousand one hundred twenty eight & 79/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | [redacted] |
| Hourly rate | $17.18 |
| Current earnings | $1,391.98 |
| Current deductions | $0.00 |
| Current taxes | $263.19 |
| Period start | 06/30/2003 |
| Period end | 07/13/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 81.0000 | $1,391.98 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $39.45 |
| Federal Income Tax | $117.26 |
| Employee Medicare | $20.18 |
| Social Security Employee Tax | $86.30 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|

## Pay Statement

Return to previous page

Goodrich Equipment Co.   2624
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 07/03/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,294.89
One thousand two hundred ninety four & 89/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $17.18 |
| Current earnings | $1,615.38 |
| Current deductions | $0.00 |
| Current taxes | $320.49 |
| Period start | 06/16/2003 |
| Period end | 06/29/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,615.38 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $46.15 |
| Federal Income Tax | $150.77 |
| Employee Medicare | $23.42 |
| Social Security Employee Tax | $100.15 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,294.89 |

PRINTER-FRIENDLY

https://jdis.intersourcing.com/WWW/TEMPLATES/EEADM/eePayrollPayCheckDetail.asp?EEID=43V4...   10/24/200

## Pay Statement

Return to previous page

**Goodrich Equipment Co.**    2590
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 06/19/2003

Pay to the order of **Mrs. Teresa M. Schultze**   Amount $1,281.24
One thousand two hundred eighty one & 24/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $17.18 |
| Current earnings | $1,615.38 |
| Current deductions | $0.00 |
| Current taxes | $334.14 |
| Period start | 06/02/2003 |
| Period end | 06/15/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,615.38 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $46.15 |
| Federal Income Tax | $164.42 |
| Employee Medicare | $23.42 |
| Social Security Employee Tax | $100.15 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,281.24 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

**Goodrich Equipment Co.** 2556
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 06/05/2003

Pay to the order of **Mrs. Teresa M. Schultze**   Amount  $1,281.24
One thousand two hundred eighty one & 24/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $17.18 |
| Current earnings | $1,615.38 |
| Current deductions | $0.00 |
| Current taxes | $334.14 |
| Period start | 05/19/2003 |
| Period end | 06/01/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,615.38 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $46.15 |
| Federal Income Tax | $164.42 |
| Employee Medicare | $23.42 |
| Social Security Employee Tax | $100.15 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,281.24 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 2523 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 05/22/2003 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 05/05/2003 |
| Period end | 05/18/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 2487 |
|---|---|---|
| 939 US Hwy 6 East<br>Geneseo, IL 61254-<br>(309) 944-2101 | Pay date | 05/08/2003 |

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06

One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| SSN | 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 |
|---|---|
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 04/21/2003 |
| Period end | 05/04/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

Goodrich Equipment Co.    2451
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date  04/24/2003

Pay to the order of  Mrs. Teresa M. Schultze    Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | ~~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~~ |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 04/07/2003 |
| Period end | 04/20/2003 |
| Pay frequency | BiWeekly |

| Earnings | | | Deductions | | Taxes | |
|---|---|---|---|---|---|---|
| Type | Hours | Amount | Type | Amount | Type | Amount |
| Regular Pay | 94.0000 | $1,346.16 | | | IL State Income Tax | $38.08 |
| | | | | | Federal Income Tax | $124.04 |
| | | | | | Employee Medicare | $19.52 |
| | | | | | Social Security Employee Tax | $83.46 |

**Direct Deposit Distribution**

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

# Pay Statement

Return to previous page

**Goodrich Equipment Co.**  2414
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 04/10/2003

Pay to the order of **Mrs. Teresa M. Schultze**   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 03/24/2003 |
| Period end | 04/06/2003 |
| Pay frequency | BiWeekly |

| Earnings | | | Deductions | | Taxes | |
|---|---|---|---|---|---|---|
| Type | Hours | Amount | Type | Amount | Type | Amount |
| Regular Pay | 94.0000 | $1,346.16 | | | IL State Income Tax | $38.08 |
| | | | | | Federal Income Tax | $124.04 |
| | | | | | Employee Medicare | $19.52 |
| | | | | | Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

Goodrich Equipment Co.   2377
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date  03/27/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 03/10/2003 |
| Period end | 03/23/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

**Goodrich Equipment Co.**  2343
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date   03/13/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount   $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 02/24/2003 |
| Period end | 03/09/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| | |
|---|---|
| Goodrich Equipment Co. | 2310 |
| 939 US Hwy 6 East | Pay date  02/27/2003 |
| Geneseo, IL 61254- | |
| (309) 944-2101 | |

Pay to the order of  Mrs. Teresa M. Schultze    Amount  $1,081.06

One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | [redacted] |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 02/10/2003 |
| Period end | 02/23/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

**Goodrich Equipment Co.**  2276
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 02/13/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | ~~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~~ |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 01/27/2003 |
| Period end | 02/09/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

# Pay Statement

Return to previous page

Goodrich Equipment Co.   2242
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date  01/30/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 01/13/2003 |
| Period end | 01/26/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

Page 1 of

## Pay Statement

Return to previous page

Goodrich Equipment Co.     2208
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 01/16/2003

Pay to the order of  Mrs. Teresa M. Schultze   Amount  $1,081.06
One thousand eighty one & 06/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.10 |
| Period start | 12/30/2002 |
| Period end | 01/12/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.04 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,081.06 |

PRINTER-FRIENDLY

https://jdis.intersourcing.com/WWW/TEMPLATES/EEADM/eePayrollPayCheckDetail.asp?EEID=43V4...    10/24/200

Page 1 of

## Pay Statement

Return to previous page

Goodrich Equipment Co.    2172
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date 01/02/2003

Pay to the order of Mrs. Teresa M. Schultze    Amount $1,080.77
One thousand eighty & 77/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $14.32 |
| Current earnings | $1,346.16 |
| Current deductions | $0.00 |
| Current taxes | $265.39 |
| Period start | 12/16/2002 |
| Period end | 12/29/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,346.16 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $38.08 |
| Federal Income Tax | $124.33 |
| Employee Medicare | $19.52 |
| Social Security Employee Tax | $83.46 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $1,080.77 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

Page 1 of

**Goodrich Equipment Co.**  2135
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date  12/19/2002

Pay to the order of  Mrs. Teresa M. Schultze   Amount   $527.28
Five hundred twenty seven & 28/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | 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 |
| Hourly rate | $14.32 |
| Current earnings | $615.79 |
| Current deductions | $0.00 |
| Current taxes | $88.51 |
| Period start | 12/02/2002 |
| Period end | 12/15/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 43.0000 | $615.79 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $16.17 |
| Federal Income Tax | $25.23 |
| Employee Medicare | $8.93 |
| Social Security Employee Tax | $38.18 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $527.28 |

PRINTER-FRIENDLY

https://jdis.intersourcing.com/WWW/TEMPLATES/EEADM/eePayrollPayCheckDetail.asp?EEID=43V4...   10/24/200

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 2067 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 12/05/2002 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of  Mrs. Teresa M. Schultze   Amount   $527.28

Five hundred twenty seven & 28/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $14.32 |
| Current earnings | $615.79 |
| Current deductions | $0.00 |
| Current taxes | $88.51 |
| Period start | 11/18/2002 |
| Period end | 12/01/2002 |
| Pay frequency | BiWeekly |

| Earnings | | | Deductions | | Taxes | |
|---|---|---|---|---|---|---|
| Type | Hours | Amount | Type | Amount | Type | Amount |
| Regular Pay | 43.0000 | $615.79 | | | IL State Income Tax | $16.17 |
| | | | | | Federal Income Tax | $25.23 |
| | | | | | Employee Medicare | $8.93 |
| | | | | | Social Security Employee Tax | $38.18 |

**Direct Deposit Distribution**

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $527.28 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 53 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 11/21/2002 |
| Geneseo, IL  61254- | | |
| (309) 944-2101 | | |

Pay to the order of  Mrs. Teresa M. Schultze    Amount  $623.87

Six hundred twenty three & 87/100 Dollars

Non-negotiable/view only

| SSN |  |
|---|---|
| Hourly rate | $14.32 |
| Current earnings | $737.52 |
| Current deductions | $0.00 |
| Current taxes | $113.65 |
| Period start | 11/04/2002 |
| Period end | 11/17/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 51.5000 | $737.52 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $19.82 |
| Federal Income Tax | $37.41 |
| Employee Medicare | $10.69 |
| Social Security Employee Tax | $45.73 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 3000800 | Savings | $0.00 |

PRINTER-FRIENDLY