## Pay Statement

Return to previous page

**Goodrich Equipment Co.**  1794
939 US Hwy 6 East  
Geneseo, IL  61254-  
(309) 944-2101

Pay date   08/15/2002

Pay to the order of   Klinton C. Rice     Amount   $1,139.00

One thousand one hundred thirty nine & 00/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $16.33 |
| Current earnings | $1,535.00 |
| Current deductions | $100.00 |
| Current taxes | $296.00 |
| Period start | 07/29/2002 |
| Period end | 08/11/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,535.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $40.74 |
| Federal Income Tax | $137.83 |
| Employee Medicare | $22.26 |
| Social Security Employee Tax | $95.17 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,139.00 |

PRINTER-FRIENDLY

# Pay Statement

Return to previous page

**Goodrich Equipment Co.**  1826
939 US Hwy 6 East
Geneseo, IL 61254-
(309) 944-2101

Pay date  08/29/2002

Pay to the order of   Klinton C. Rice    Amount   $1,139.00
One thousand one hundred thirty nine & 00/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $16.33 |
| Current earnings | $1,535.00 |
| Current deductions | $100.00 |
| Current taxes | $296.00 |
| Period start | 08/12/2002 |
| Period end | 08/25/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,535.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $40.74 |
| Federal Income Tax | $137.83 |
| Employee Medicare | $22.26 |
| Social Security Employee Tax | $95.17 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,139.00 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

Goodrich Equipment Co.  1858
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date  09/12/2002

Pay to the order of  Klinton C. Rice      Amount  $1,139.00
One thousand one hundred thirty nine & 00/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $16.33 |
| Current earnings | $1,535.00 |
| Current deductions | $100.00 |
| Current taxes | $296.00 |
| Period start | 08/26/2002 |
| Period end | 09/08/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,535.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $40.74 |
| Federal Income Tax | $137.83 |
| Employee Medicare | $22.26 |
| Social Security Employee Tax | $95.17 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,139.00 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

**Goodrich Equipment Co.**  1892
939 US Hwy 6 East
Geneseo, IL  61254-            Pay date   09/26/2002
(309) 944-2101

Pay to the order of   Klinton C. Rice     Amount   $1,208.89
One thousand two hundred eight & 89/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $17.33 |
| Current earnings | $1,629.00 |
| Current deductions | $100.00 |
| Current taxes | $320.11 |
| Period start | 09/09/2002 |
| Period end | 09/22/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,629.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $43.56 |
| Federal Income Tax | $151.93 |
| Employee Medicare | $23.62 |
| Social Security Employee Tax | $101.00 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,208.89 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 1928 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 10/10/2002 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of  Klinton C. Rice    Amount  $1,208.89
One thousand two hundred eight & 89/100 Dollars

Non-negotiable/view only

| SSN |  |
| Hourly rate | $17.33 |
| Current earnings | $1,629.00 |
| Current deductions | $100.00 |
| Current taxes | $320.11 |
| Period start | 09/23/2002 |
| Period end | 10/06/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,629.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $43.56 |
| Federal Income Tax | $151.93 |
| Employee Medicare | $23.62 |
| Social Security Employee Tax | $101.00 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,208.89 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 1963 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 10/24/2002 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of  Klinton C. Rice    Amount   $1,208.89

One thousand two hundred eight & 89/100 Dollars

Non-negotiable/view only

| SSN |  |
|---|---|
| Hourly rate | $17.33 |
| Current earnings | $1,629.00 |
| Current deductions | $100.00 |
| Current taxes | $320.11 |
| Period start | 10/07/2002 |
| Period end | 10/20/2002 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,629.00 |

### Deductions

| Type | Amount |
|---|---|
| 401k Deduction | $100.00 |

### Taxes

| Type | Amount |
|---|---|
| IL State Income Tax | $43.56 |
| Federal Income Tax | $151.93 |
| Employee Medicare | $23.62 |
| Social Security Employee Tax | $101.00 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 301507 | Checking | $1,208.89 |

PRINTER-FRIENDLY