E-FILED
Tuesday, 01 November, 2005  03:42:26 PM
Clerk, U.S. District Court, ILCD

## Pay Statement

Return to previous page

| | |
|---|---|
| Goodrich Equipment Co. | 56 |
| 939 US Hwy 6 East | |
| Geneseo, IL 61254- | Pay date   08/28/2003 |
| (309) 944-2101 | |

Pay to the order of   **Mr. Larry E. Bitter**   Amount   **$1,329.35**

One thousand three hundred twenty nine & 35/100 Dollars

Non-negotiable/View only

| | |
|---|---|
| SSN | |
| Hourly rate | $15.96 |
| Current earnings | $1,635.63 |
| Current deductions | $0.00 |
| Current taxes | $306.28 |
| | |
| Period start | 08/11/2003 |
| Period end | 08/24/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 102.5000 | $1,635.63 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IA State Income Tax | $81.00 |
| Federal Income Tax | $100.15 |
| Employee Medicare | $23.72 |
| Social Security Employee Tax | $101.41 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $0.00 |

 PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | | 2774 |
|---|---|---|
| 939 US Hwy 6 East | Pay date | 09/11/2003 |
| Geneseo, IL 61254- | | |
| (309) 944-2101 | | |

Pay to the order of   Mr. Larry E. Bitter    Amount    $670.62

Six hundred seventy & 62/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN |  |
| Hourly rate | $15.96 |
| Current earnings | $750.00 |
| Current deductions | $0.00 |
| Current taxes | $79.38 |
| Period start | 08/25/2003 |
| Period end | 09/07/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 47.0000 | $750.00 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IA State Income Tax | $22.00 |
| Federal Income Tax | $0.00 |
| Employee Medicare | $10.88 |
| Social Security Employee Tax | $46.50 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $670.62 |

PRINTER-FRIENDLY

## Pay Statement

Return to previous page

| Goodrich Equipment Co. | 2806 |
|---|---|
| 939 US Hwy 6 East | Pay date    09/25/2003 |
| Geneseo, IL  61254- | |
| (309) 944-2101 | |

**Pay to the order of**   Mr. Larry E. Bitter    Amount    $1,234.44

One thousand two hundred thirty four & 44/100 Dollars

Non-negotiable/view only

| SSN |  |
|---|---|
| Hourly rate | $15.96 |
| Current earnings | $1,500.00 |
| Current deductions | $0.00 |
| Current taxes | $265.56 |
| | |
| Period start | 09/08/2003 |
| Period end | 09/21/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,500.00 |

### Deductions

| Type | Amount |
|---|---|

### Taxes

| Type | Amount |
|---|---|
| IA State Income Tax | $71.00 |
| Federal Income Tax | $79.81 |
| Employee Medicare | $21.75 |
| Social Security Employee Tax | $93.00 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $1,234.44 |

PRINTER-
FRIENDLY

# Pay Statement

Return to previous page

| Goodrich Equipment Co. | | |
|---|---|---|
| 939 US Hwy 6 East | | |
| Geneseo, IL 61254- | Pay date | 10/09/2003 |
| (309) 944-2101 | | |

Pay to the order of   Mr. Larry E. Bitter   Amount   $1,234.44

One thousand two hundred thirty four & 44/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | ~~36-54-2978~~ |
| Hourly rate | $15.96 |
| Current earnings | $1,500.00 |
| Current deductions | $0.00 |
| Current taxes | $265.56 |
| | |
| Period start | 09/22/2003 |
| Period end | 10/05/2003 |
| Pay frequency | BiWeekly |

| Earnings | | | Deductions | | Taxes | |
|---|---|---|---|---|---|---|
| Type | Hours | Amount | Type | Amount | Type | Amount |
| Regular Pay | 94.0000 | $1,500.00 | | | IA State Income Tax | $71.00 |
| | | | | | Federal Income Tax | $79.81 |
| | | | | | Employee Medicare | $21.75 |
| | | | | | Social Security Employee Tax | $93.00 |

**Direct Deposit Distribution**

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $1,234.44 |

 PRINTER-FRIENDLY

# Pay Statement

Return to previous page

| Goodrich Equipment Co. | | | SSN |  |
| --- | --- | --- | --- | --- |
| 939 US Hwy 6 East | Pay date | 10/23/2003 | Hourly rate | $15.96 |
| Geneseo, IL  61254- | | | Current earnings | $1,500.00 |
| (309) 944-2101 | | | Current deductions | $0.00 |
| | | | Current taxes | $265.56 |

**Pay to the order of**  Mr. Larry E. Bitter    **Amount**  $1,234.44

One thousand two hundred thirty four & 44/100 Dollars

Non-negotiable/view only

| | |
| --- | --- |
| Period start | 10/06/2003 |
| Period end | 10/19/2003 |
| Pay frequency | BiWeekly |

| Earnings | | | Deductions | | Taxes | |
| --- | --- | --- | --- | --- | --- | --- |
| Type | Hours | Amount | Type | Amount | Type | Amount |
| Regular Pay | 94.0000 | $1,500.00 | | | IA State Income Tax | $71.00 |
| | | | | | Federal Income Tax | $79.81 |
| | | | | | Employee Medicare | $21.75 |
| | | | | | Social Security Employee Tax | $93.00 |

**Direct Deposit Distribution**

| Account | Type | Amount |
| --- | --- | --- |
| 392308 | Checking | $1,234.44 |

PRINTER-FRIENDLY

# Pay Statement

Return to previous page

**Goodrich Equipment Co.**
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date    11/06/2003

Pay to the order of    **Mr. Larry E. Bitter**    Amount    $1,175.69

One thousand one hundred seventy five & 69/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | ████████ |
| Hourly rate | $15.96 |
| Current earnings | $1,500.00 |
| Current deductions | $75.00 |
| Current taxes | $249.31 |
| | |
| Period start | 10/20/2003 |
| Period end | 11/02/2003 |
| Pay frequency | BiWeekly |

## Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,500.00 |

## Deductions

| Type | Amount |
|---|---|
| 401K% Deduction | $75.00 |

## Taxes

| Type | Amount |
|---|---|
| IA State Income Tax | $66.00 |
| Federal Income Tax | $68.56 |
| Employee Medicare | $21.75 |
| Social Security Employee Tax | $93.00 |

## Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $1,175.69 |

 PRINTER-FRIENDLY

# Pay Statement

Return to previous page

Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo, IL  61254-
(309) 944-2101

Pay date    11/20/2003

Pay to the order of    Mr. Larry E. Bitter    Amount    $1,265.53
One thousand two hundred sixty five & 53/100 Dollars

Non-negotiable/view only

| | |
|---|---|
| SSN | ████████ |
| Hourly rate | $17.59 |
| Current earnings | $1,653.85 |
| Current deductions | $97.52 |
| Current taxes | $290.80 |
| Period start | 11/03/2003 |
| Period end | 11/16/2003 |
| Pay frequency | BiWeekly |

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Regular Pay | 94.0000 | $1,653.85 |

### Deductions

| Type | Amount |
|---|---|
| 401K% Deduction | $82.69 |
| Disability | $5.10 |
| Life Insurance | $9.73 |

### Taxes

| Type | Amount |
|---|---|
| IA State Income Tax | $76.00 |
| Federal Income Tax | $89.02 |
| Employee Medicare | $23.84 |
| Social Security Employee Tax | $101.94 |

### Direct Deposit Distribution

| Account | Type | Amount |
|---|---|---|
| 392308 | Checking | $1,265.53 |

 PRINTER-FRIENDLY