IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO SEAL SCHEDULES 2 AND 3 OF
EXHIBIT E TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
TO PRESERVE CONFIDENTIAL INFORMATION**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and moves this Court to seal Schedules 2 and 3 of Exhibit E to Defendant's Motion for Summary Judgment to preserve confidential information, and in support thereof, states:

1. Defendant filed a Motion for Summary Judgment in this matter on August 26, 2005.

2. Attached as Exhibit E to Defendant's Motion for Summary Judgment was the Affidavit of William Schneider which included four schedules, identified as Schedules 1-4, as attachments.

3. Plaintiff recently filed a Motion to Strike Exhibit E to which Defendant filed a Response on November 1, 2005.

4. In preparing its Response to Plaintiff's Motion to Strike Exhibit E, Defendant became aware that confidential in-

- 2-

formation was inadvertently included in Schedules 2 and 3 of Exhibit E.

5. In order to preserve the confidential information inadvertently included in Schedules 2 and 3 of Exhibit E, the Defendant seeks that Schedules 2 and 3 of Exhibit E be sealed by the Court to be inspected only by the Parties, their Counsels, the Court staff or at the Court's direction.

**WHEREFORE,** Defendant respectfully requests that this Court seal Schedules 2 and 3 of Exhibit E to Defendant's Motion for Summary Judgment to preserve confidential information.

Respectfully submitted,

GOODRICH EQUIPMENT CO., Defendant

By: s/ Mark D. Churchill
Mark D. Churchill
Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail:
cclaw@churchillfirm.com

and

s/ Robert T. Park
Robert T. Park Bar #11247
Attorney for Defendant
Snyder, Park & Nelson, P.C.
1600 Fourth Ave., Suite 200
P.O. Box 3700
Rock Island, IL  61201
Telephone: (309) 786-8497
Fax:  (309) 786-0463
E-mail:
rpark@snyderpark.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 2nd, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Bogart, Robert Park.

                                        s/ Mark D. Churchill
                                        Mark D. Churchill Bar #188372
                                        Attorney for Defendant
                                        Churchill & Churchill, P.C.
                                        1610 Fifth Avenue
                                        Moline, IL  61265
                                        Telephone: (309) 762-3643
                                        Fax:  (309) 762-4690
                                        E-mail: cclaw@churchillfirm.com