Exhibit 2 to Exhibit E to Motion for Summary Judgment
Case No. 03-4089

Copy D – for Employer

| Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 21045.88 | 1961.60 |
| | 3 Social security wages | 4 Social security tax withheld |
| Employer ID number | 21045.88 | 1304.81 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 21045.88 | 305.16 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo    IL    61254

Employee's social security number: [redacted]

Employee's name, address, and ZIP code:
Teresa    M    Schultze
6210 320th Street North
Hillsdale    IL    61257

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | |

| 12a | 13 Stat. Emp. Ret. plan 3rd-party sick pay |
| 12b | 14 Other |
| 12c | |
| 12d | |

| 15 State | Employer's state ID # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| IL | 0794-7984 | 21045.88 | 596.79 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage & Tax Statement 2003    Dept. of the Treasury-IRS    OMB No. 1545-0008

EXHIBIT 2

Exhibit 3 to Exhibit E to Motion for Summary Judgment
Case No. 03-4089

| Copy D - for Employer | | |
|---|---|---|
| a Control number | 1 Wages, tips, other compensation 1969.10 | 2 Federal income tax withheld 87.87 |
| b Employer ID number [redacted] | 3 Social security wages 1969.10 | 4 Social security tax withheld 122.09 |
| | 5 Medicare wages and tips 1969.10 | 6 Medicare tax withheld 28.55 |
| c Employer's name, address, and ZIP code | Goodrich Equipment Co. 939 Hwy 6 East Geneseo    IL   61254 | |
| d Employee's social security number [redacted] | | |
| e Employee's name, address, and ZIP code | Teresa   M   Schultze 6210 320th Street North Hillsdale    IL   61257 | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | |
| 12a | 13 Stat. Emp.   Ret.plan   3rd-party sick pay | |
| 12b | 14 Other | |
| 12c | | |
| 12d | | |
| IL  0794-7984 | 1969.10 | 52.16 |
| 15 State  Employer's state I.D. # 18 Local wages, tips, etc. | 16 State wages, tips, etc. 19 Local income tax | 17 State income tax 20 Locality name |

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

EXHIBIT 3