E-FILED
Friday, 04 November, 2005  02:03:09 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

15

## W-2 #1 (Top Left) - Roger D Goodrich

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 60227.00 |
| 2 | Federal income tax withheld | 9350.03 |
| 3 | Social security wages | 62400.00 |
| 4 | Social security tax withheld | 3868.80 |
| 5 | Medicare wages and tips | 62400.00 |
| 6 | Medicare tax withheld | 904.80 |
| 12a | D | 2173.00 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state I.D. # | IL 0794-7984 |
| 16 | State wages, tips, etc. | 60227.00 |
| 17 | State income tax | 2490.81 |

Employer: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254
Employee: Roger D Goodrich, 925 Goldfinch Court, Geneseo, IL 61254

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #2 (Top Right) - Donald L McDonald

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 40928.89 |
| 2 | Federal income tax withheld | 4566.64 |
| 3 | Social security wages | 43248.89 |
| 4 | Social security tax withheld | 2681.48 |
| 5 | Medicare wages and tips | 43248.89 |
| 6 | Medicare tax withheld | 627.15 |
| 12a | D | 2320.00 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state I.D. # | IL 0794-7984 |
| 16 | State wages, tips, etc. | 40928.89 |
| 17 | State income tax | 1221.30 |

Employer: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254
Employee: Donald L McDonald, 201 N. Frist Avenue, Rustic Acres, Colona, IL 61241

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #3 (Bottom Left) - Dennis R DeSplinter

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 46147.15 |
| 2 | Federal income tax withheld | 6642.91 |
| 3 | Social security wages | 49609.35 |
| 4 | Social security tax withheld | 3075.74 |
| 5 | Medicare wages and tips | 49609.35 |
| 6 | Medicare tax withheld | 719.34 |
| 12a | D | 3462.20 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state I.D. # | IL 0794-7984 |
| 16 | State wages, tips, etc. | 46147.15 |
| 17 | State income tax | 1377.93 |

Employer: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254
Employee: Dennis R DeSplinter, 505 S. Pritchard Street, Annawan, IL 61234

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #4 (Bottom Right) - Kent A Etzel



EXHIBIT 15

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 41759.56 |
| 2 | Federal income tax withheld | 4701.98 |
| 3 | Social security wages | 42213.21 |
| 4 | Social security tax withheld | 2617.20 |
| 5 | Medicare wages and tips | 42213.21 |
| 6 | Medicare tax withheld | 612.09 |
| 12a | D | 453.65 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state I.D. # | IL 0794-7984 |
| 16 | State wages, tips, etc. | 41759.56 |
| 17 | State income tax | 1246.27 |

Employer: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254
Employee: Kent A Etzel, P.O. Box 244, Barstow, IL 61236

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #1 (Timothy J Vandersnick)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 36915.14 |
| 2 | Federal income tax withheld | 3506.45 |
| 3 | Social security wages | 39023.89 |
| 4 | Social security tax withheld | 2419.53 |
| 5 | Medicare wages and tips | 39023.89 |
| 6 | Medicare tax withheld | 565.82 |

c Employer's name, address, and ZIP code: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254

e Employee's name, address, and ZIP code: Timothy J Vandersnick, 594 Oakwood Place, Geneseo, IL 61254

12a D 2108.75
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 36915.14
17 State income tax 1040.99

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #2 (Michael W DeRew)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 41716.25 |
| 2 | Federal income tax withheld | 4668.66 |
| 3 | Social security wages | 46457.05 |
| 4 | Social security tax withheld | 2880.34 |
| 5 | Medicare wages and tips | 46457.05 |
| 6 | Medicare tax withheld | 673.60 |

c Employer's name, address, and ZIP code: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254

e Employee's name, address, and ZIP code: Michael W DeRew, 267 Hillcrest Dr., Geneseo, IL 61254

12a D 4740.80
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 41716.25
17 State income tax 1244.98

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #3 (Robert J Roman)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 43722.19 |
| 2 | Federal income tax withheld | 6686.00 |
| 3 | Social security wages | 47084.70 |
| 4 | Social security tax withheld | 2919.25 |
| 5 | Medicare wages and tips | 47084.70 |
| 6 | Medicare tax withheld | 682.73 |

c Employer's name, address, and ZIP code: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254

e Employee's name, address, and ZIP code: Robert J Roman, 506 South East St., Annawan, IL 61234

12a D 3362.51
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 43722.19
17 State income tax 1245.17

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #4 (Teresa M Schultze)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 1969.10 |
| 2 | Federal income tax withheld | 87.87 |
| 3 | Social security wages | 1969.10 |
| 4 | Social security tax withheld | 122.09 |
| 5 | Medicare wages and tips | 1969.10 |
| 6 | Medicare tax withheld | 28.55 |

c Employer's name, address, and ZIP code: Goodrich Equipment Co., 939 Hwy 6 East, Geneseo, IL 61254

e Employee's name, address, and ZIP code: Teresa M Schultze, 6210 320th Street North, Hillsdale, IL 61257

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 1969.10
17 State income tax 52.16

Form W-2 Wage & Tax Statement 2002   Dept. of the Treasury-IRS   OMB No. 1545-0008

| | | |
|---|---|---|
| Copy D - for Employer | | |
| a Control number | 1 Wages, tips, other compensation 38766.57 | 2 Federal income tax withheld 3769.22 |
| b Employer ID number | 3 Social security wages 41366.57 | 4 Social security tax withheld 2564.74 |
| | 5 Medicare wages and tips 41366.57 | 6 Medicare tax withheld 599.85 |
| c Employer's name, address, and ZIP code | Goodrich Equipment Co. 939 Hwy 6 East Geneseo    IL    61254 | |
| d Employee's social security number | | |
| e Employee's name, address, and ZIP code | Klinton    C    Rice 912 Goldfinch Ct. Geneseo    IL    61254 | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | |
| 12a  D    2600.00 | 13 Stat. Emp.  Ret. plan [X]  3rd-party sick pay | |
| 12b | 14 Other | |
| 12c | | |
| 12d | | |
| 15 State Employer's state I.D. # IL  0794-7984 | 16 State wages, tips, etc. 38766.57 | 17 State income tax 1096.44 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage & Tax Statement 2002    Dept. of the Treasury-IRS    OMB No. 1545-0008