E-FILED
Friday, 04 November, 2005 02:07:42 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

## 16

## W-2 #1 (Kent A Etzel)

Copy D - for Employer                                                    2003

| Field | Value |
|---|---|
| 1 Wages, tips, other compensation | 19970.60 |
| 2 Federal income tax withheld | 2457.74 |
| 3 Social security wages | 20188.15 |
| 4 Social security tax withheld | 1251.67 |
| 5 Medicare wages and tips | 20188.15 |
| 6 Medicare tax withheld | 292.74 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo  IL  61254

Employee's name, address, and ZIP code:
Kent A Etzel
P.O. Box 439
RR2
Barstow  IL  61236

12a D  217.55
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 19970.60
17 State income tax 599.14

Form W-2 Wage & Tax Statement 2003  Dept. of the Treasury–IRS  OMB No. 1545-0008

## W-2 #2 (Robert J Roman)

Copy D - for Employer

| Field | Value |
|---|---|
| 1 Wages, tips, other compensation | 45725.18 |
| 2 Federal income tax withheld | 6963.66 |
| 3 Social security wages | 49253.63 |
| 4 Social security tax withheld | 3053.76 |
| 5 Medicare wages and tips | 49253.63 |
| 6 Medicare tax withheld | 714.16 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo  IL  61254

Employee's name, address, and ZIP code:
Robert J Roman
506 South East St.
Annawan  IL  61234

12a D  3528.45
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 45725.18
17 State income tax 1305.33

Form W-2 Wage & Tax Statement 2003  Dept. of the Treasury–IRS  OMB No. 1545-0008

EXHIBIT 16

## W-2 #3 (Teresa M Schultze)

Copy D - for Employer

| Field | Value |
|---|---|
| 1 Wages, tips, other compensation | 21045.88 |
| 2 Federal income tax withheld | 1961.60 |
| 3 Social security wages | 21045.88 |
| 4 Social security tax withheld | 1304.81 |
| 5 Medicare wages and tips | 21045.88 |
| 6 Medicare tax withheld | 305.16 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo  IL  61254

Employee's name, address, and ZIP code:
Teresa M Schultze
6210 320th Street North
Hillsdale  IL  61257

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 21045.88
17 State income tax 596.78

Form W-2 Wage & Tax Statement 2003  Dept. of the Treasury–IRS  OMB No. 1545-0008

## W-2 #4 (Timothy J Vandersnick)

Copy D - for Employer

| Field | Value |
|---|---|
| 1 Wages, tips, other compensation | 47247.60 |
| 2 Federal income tax withheld | 5265.04 |
| 3 Social security wages | 49784.08 |
| 4 Social security tax withheld | 3086.62 |
| 5 Medicare wages and tips | 49784.08 |
| 6 Medicare tax withheld | 721.87 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo  IL  61254

Employee's name, address, and ZIP code:
Timothy J Vandersnick
594 Oakwood Place
Geneseo  IL  61254

12a D  2536.48
13 Ret. plan X

15 State IL  Employer's state I.D. # 0794-7984
16 State wages, tips, etc. 47247.60
17 State income tax 1348.63

Form W-2 Wage & Tax Statement 2003  Dept. of the Treasury–IRS  OMB No. 1545-0008

## W-2 #1 (Dennis R DeSplinter)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 48516.94 |
| 2 | Federal income tax withheld | 6835.28 |
| 3 | Social security wages | 52163.19 |
| 4 | Social security tax withheld | 3234.18 |
| 5 | Medicare wages and tips | 52163.19 |
| 6 | Medicare tax withheld | 756.31 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo    IL    61254

Employee's name, address, and ZIP code:
Dennis R DeSplinter
505 S. Pritchard Street
Annawan    IL    61234

12a: D  3646.25
13: Ret plan X

15 State: IL  Employer's state I.D. #: 0794-7984
16 State wages, tips, etc.: 48516.94
17 State income tax: 1449.00

Form W-2 Wage & Tax Statement 2003   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #2 (Kinton C Rice)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 43444.34 |
| 2 | Federal income tax withheld | 3998.46 |
| 3 | Social security wages | 43844.34 |
| 4 | Social security tax withheld | 2718.30 |
| 5 | Medicare wages and tips | 43844.34 |
| 6 | Medicare tax withheld | 635.75 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo    IL    61254

Employee's name, address, and ZIP code:
Kinton C Rice
912 Goldfinch Court
Geneseo    IL    61254

12a: D  400.00
13: Ret plan X

15 State: IL  Employer's state I.D. #: 0794-7984
16 State wages, tips, etc.: 43444.34
17 State income tax: 1236.82

Form W-2 Wage & Tax Statement 2003   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #3 (Roger D Goodrich)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 60211.00 |
| 2 | Federal income tax withheld | 14586.75 |
| 3 | Social security wages | 62400.00 |
| 4 | Social security tax withheld | 3868.80 |
| 5 | Medicare wages and tips | 62400.00 |
| 6 | Medicare tax withheld | 904.80 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo    IL    61254

Employee's name, address, and ZIP code:
Roger D Goodrich
925 Goldfinch Court
Geneseo    IL    61254

12a: D  2189.00
13: Ret plan X

15 State: IL  Employer's state I.D. #: 0794-7984
16 State wages, tips, etc.: 60211.00
17 State income tax: 1805.33

Form W-2 Wage & Tax Statement 2003   Dept. of the Treasury-IRS   OMB No. 1545-0008

## W-2 #4 (Donald L McDonald)

Copy D - for Employer

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 40667.15 |
| 2 | Federal income tax withheld | 4329.72 |
| 3 | Social security wages | 42920.19 |
| 4 | Social security tax withheld | 2661.07 |
| 5 | Medicare wages and tips | 42920.19 |
| 6 | Medicare tax withheld | 622.39 |

Employer's name, address, and ZIP code:
Goodrich Equipment Co.
939 US Hwy 6 East
Geneseo    IL    61254

Employee's name, address, and ZIP code:
Donald L McDonald
201 N. Frist Avenue
Rustic Acres
Colona    IL    61241

12a: D  2253.04
13: Ret plan X

15 State: IL  Employer's state I.D. #: 0794-7984
16 State wages, tips, etc.: 40667.15
17 State income tax: 1213.44

Form W-2 Wage & Tax Statement 2003   Dept. of the Treasury-IRS   OMB No. 1545-0008

| Copy D – for Employer | | |
|---|---|---|
| a Control number | 1 Wages, tips, other compensation 43842.69 | 2 Federal income tax withheld 4803.91 |
| b Employer ID number | 3 Social security wages 48842.45 | 4 Social security tax withheld 3028.25 |
| | 5 Medicare wages and tips 48842.45 | 6 Medicare tax withheld 708.19 |
| c Employer's name, address, and ZIP code | Goodrich Equipment Co.<br>839 US Hwy 6 East<br>Geneseo    IL  61254 | |
| d Employee's social security number | | |
| e Employee's name, address, and ZIP code | Michael    W    DeRew<br>267 Hillcrest Dr.<br>Geneseo    IL  61254 | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | |
| 12a  D    4999.76 | 13 Stat. Emp.  Ret.plan  3rd-party sick pay   X | |
| 12b | 14 Other | |
| 12c | | |
| 12d | | |
| IL  0794-7984 | 43842.69 | 1306.84 |
| 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage & Tax Statement 2003    Dept. of the Treasury-IRS    OMB No. 1545-0008