IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TERESA SCHULTZE,          )
                          )
        Plaintiff,        )
                          )  NO. 03 C 04089
vs.                       )
                          )
GOODRICH EQUIPMENT CO.,   )
                          )
        Defendant.        )

## SUPPLEMENTAL AFFIDAVIT OF ROGER GOODRICH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF ROCK ISLAND )

ROGER GOODRICH, after being first duly sworn on oath, deposes and states:

1) This affidavit is based on my personal knowledge.

2) I am the same Roger Goodrich who previously signed an affidavit on August 24, 2005 (erroneously dated 2004 in the original form filed).

3) That Plaintiff, on a number of occasions, complained to the undersigned about her level of pay. These complaints occurred no more than once a month during Plaintiff's employment.

-2-

4) I am familiar with the facts stated in this affidavit and, if called to testify in this proceeding, I would testify in accordance with the contents of this affidavit in form and substance as if I had offered direct testimony about the matters included herein.

5) Further affiant sayeth not.

Dated this __14__ day of November 2005.

_____
Roger Goodrich

SUBSCRIBED and SWORN to before me this __14th__ day of November, 2005.

_____
Notary Public



JAMES LUIKART
MY COMMISSION EXPIRES
DECEMBER 11, 2008