E-FILED
Tuesday, 15 November, 2005  08:42:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**<u>MOTION TO STRIKE REPLY</u>**

NOW COMES defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for CHURCHILL & CHURCHILL P.C., and Robert T. Park for SNYDER, PARK & NELSON, P.C., and for its Motion to Strike plaintiff's Reply in Support of Motion to Strike Pursuant to Rule 56(f) of F.R.Civ.P. states:

1. On October 18, 2005, plaintiff filed a Motion to Strike Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

2. On November 1, 2005, defendant filed its Response to the foregoing motion.

3. On November 12, 2005, plaintiff filed a document herein entitled "Reply in Support of Motion to Strike Pursuant to Rule 56(f) of F.R.Civ.P."

4. Local Rule 7.1(B)(3), which applies to all motions except motions for summary judgment, provides: "No reply to the response is permitted."

2

WHEREFORE, defendant, GOODRICH EQUIPMENT CO., prays that this court strike plaintiff's Reply in Support of Motion to Strike Pursuant to Rule 56(f) of F.R.Civ.P., which was filed in violation of Local Rule 7.1(B)(3).

        GOODRICH EQUIPMENT CO.,
        Defendant,

By:  s/ Mark D. Churchill
       Mark D. Churchill Bar #188372
       Attorney for Defendant
       Churchill & Churchill, P.C.
       1610 Fifth Avenue
       Moline, IL 61265
       Telephone: (309) 762-3643
       Fax: (309) 762-4690
       E-mail: cclaw@churchillfirm.com

and

       s/ Robert T. Park
       Robert T. Park Bar #11247
       Attorney for Defendant
       Snyder, Park & Nelson, P.C.
       1600 Fourth Ave., Suite 200
       P.O. Box 3700
       Rock Island, IL 61201
       Telephone: (309) 786-8497
       Fax: (309) 786-0463
       E-mail: rpark@snyderpark.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Bogart, Mark D. Churchill.

                                    s/ Robert T. Park
                                    Robert T. Park Bar #11247
                                    Attorney for Defendant
                                    SNYDER, PARK & NELSON, P.C.
                                    1600 Fourth Ave., Suite 200
                                    P.O. Box 3700
                                    Rock Island, IL  61201
                                    Telephone: (309) 786-8497
                                    Fax:  (309) 786-0463
                                    E-mail:  rpark@snyderpark.com