UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,<br>  Plaintiff,<br><br>v.<br><br>GOODRICH EQUIPMENT COMPANY,<br>  Defendant. | )<br>)<br>)  NO. 03  Cv 04089<br>)  Jury Trial Demanded<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S REPLY IN SUPPORT OF HER RULE 56(F) F.R.CIV. P.
MOTION TO STRIKE AND, IN THE ALTERNATIVE,
FOR LEAVE TO FILE REPLY**

Plaintiff, Teresa Schultze, by and through her attorney, and pursuant to Court Order entered on November 15, 2005, hereby files her Response to Defendant's Motion to Strike her Reply in Support of her Rule 56(f) Motion to Strike and, in support, Plaintiff states as follows.

**Response**

1.  Plaintiff Schultze moved to strike Ex. E, the affidavit of William Schneider, filed by defendant in support of its Motion for Summary Judgment and Schedules 1 and 4 thereto.[1] This Affidavit, Ex. E, is offered to support Defendant's Undisputed Facts Numbered 6, 9, 10, and 11 which Plaintiff moves to strike as well.

2.  Defendant filed its Response to Plaintiff's Motion to Strike and in it among other things, Defendant attached a supplemental affidavit of William Schneider and offered various exhibits not previously provided to Plaintiff during discovery.

3.  On November 12, 2005, Plaintiff filed a document entitled "Reply in Support of

---

[1] Plaintiff's motion was directed to Schedules 1 and 4 only. Defendant correctly notes that fact but that in the prayer for relief Plaintiff mistakenly stated Schedules 1 and 2. Because Plaintiff's motion was directed to the "summary exhibits", Schedules 1 and 4 to Schneider's affidavt, Plaintiff's reply here is directed only to the Response of Defendant insofar as these schedules are concerned.

1

4:03-cv-04089-MMM-JAG   # 78   Page 2 of 4

Motion to Strike" to point out, among other things, that defendant was submitting additional documentary and testimonial evidence not previously provided to Plaintiff in its Response to Plaintiff's Motion to Strike pursuant to Rule 56(f).

4. In fact, as the Reply reflects, it could have appropriately been filed as another Motion to Strike pursuant to Rule 56(f) for the reason that the affidavit of Schneider was additional testimonial evidence being offered by defendant in support of summary judgment and because certain of the documents offered in support had not been produced in discovery. See Reply.

5. Defendant seeks to strike Plaintiff's Reply in Support of her Motion to Strike on the ground that the Local Rules do not permit reply briefs.

6. Plaintiff respectfully requests that this Court deny the defendant's Motion to Strike because Plaintiff's Reply Brief could in fact be captioned Motion to Strike portions of Defendant's Response to Plaintiff's Rule 56(f) Motion to Strike certain matters contained in Defendant's Motion for Summary Judgment because the matters contained in Defendant's Response were also not the subject of discovery previously and contained matters and the testimony of persons outside Plaintiff's control.

7. Alternatively, Plaintiff respectfully requests that this Court grant her Leave to File the Reply in Support of her Rule 56(f) Motion to Strike.

WHEREFORE, Plaintiff respectfully requests that this Court deny defendant's Motion to Strike her Reply Brief in Support of Plaintiff's Rule 56(f) Motion to Strike for the reasons stated above, or, in the alternative, grant Plaintiff Leave to File Reply in Support of Motion to

2

Strike.

RESPECTFULLY SUBMITTED,

TERESA SCHULTZE, PLAINTIFF

BY: ss/Susan Bogart
Law Offices of Susan Bogart
30 North LaSalle Street, Suite 2900
Chicago, IL 60602
Tele: (312) 263-0900, ext. 7014
Fax: (312) 263-5013
E-mail: SBogart514@aol.com

**CERTIFICATE OF SERVICE**

The undersigned attorney does hereby certify that she caused to be served upon attorney Robert Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Rock Island, IL 61201 and Mark Churchill, Churchill & Churchill, 1610 Fifth Ave., Moline, IL 61265 by electronic filing on this 22nd day of November, 2005, Plaintiff's Response to Defendant's Motion to Strike her Reply, or, in the alternative, Motion for Leave to File Reply.

BY:    ss/Susan Bogart
Law Offices of Susan Bogart
30 North LaSalle Street, Suite 2900
Chicago, IL 60602
Tele: (312) 263-0900, ext. 7014
Fax: (312) 263-5013
E-mail: SBogart514@aol.com

4