UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
|     Plaintiff, | ) | |
| | ) | NO. 03 Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
|     Defendant. | ) | |

To: Mark D. Churchill      Robert T. Park
     Churchill & Churchill      Snyder, Park & Nelson
     1610 Fifth Ave.      1600 Fourth Ave., Ste. 200
     Moline, IL 61265      P.O. Box 3700
           Rock Island, IL 61201

## NOTICE OF FILING

Please take notice that on November 22, 2005, Plaintiff Teresa Schultze filed her Response to Motion to Strike and/or For Leave to File Reply in Support of Rule 56(f), F.R.Civ.P. Motion to Strike by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on November 22, 2005, she electronically filed Plaintiff's Response to Defendant's Motion to Strike her Reply in Support of Rule 56(f) Motion to Strike and, in the Alternative, Motion for Leave to File with the Clerk of the Court for the U.S. district court for the Central District of Illinois in the foregoing matter using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                              BY: s/Susan Bogart
                                               Law Offices of Susan Bogart
                                               30 North LaSalle Street, Suite 2900
                                               Chicago, IL 60602
                                               Tele: (312) 263-0900, ext. 7014
                                               Fax: (312) 263-5013
                                               E-mail: SBogart514@aol.com