# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
|     Plaintiff, | ) | |
| | ) | NO. 03 Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
|     Defendant. | ) | |

To: Mark D. Churchill         Robert T. Park
    Churchill & Churchill      Snyder, Park & Nelson
    1610 Fifth Ave.           1600 Fourth Ave., Ste. 200
    Moline, IL 61265        P.O. Box 3700
                                      Rock Island, IL 61201

## NOTICE OF FILING

    Please take notice that on February 14, 2006, Plaintiff Teresa Schultze's Counsel filed a Status Report Per the Court's January 25, 2006 order on Attorney's Fees by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

    The undersigned attorney does hereby certify that on February 14, 2006, she electronically filed Plaintiff's Status Report on Attorney's Fees Pursuant to the Court's January 25, 2006 Order with the U.S. district court for the Central District of Illinois using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                              BY: s/Susan Bogart
                                                Law Offices of Susan Bogart
                                                30 North LaSalle Street, Suite 2900
                                                Chicago, IL 60602
                                                Tele: (312) 263-0900, ext. 7014
                                                Fax: (312) 263-5013
                                                E-mail: SBogart514@aol.com