UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE,<br>Plaintiff, | )<br>) | |
| v. | ) NO. 03 Cv 04089<br>) Jury Trial Demanded<br>) | FILED |
| GOODRICH EQUIPMENT COMPANY,<br>Defendant. | )<br>) | FEB 24 2006 |

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

### NOTICE OF APPEAL

Notice is hereby given that, Teresa M. Schultze, Plaintiff in the above captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the U.S. district Court granting defendant's Motion for Summary Judgment, denying Motions to Strike Exhibit E and denying Motion to Strike Plaintiff's Reply entered in this action on the 25th day of January, 2006.

_____
Attorney for Teresa Schultze

ss:// Susan Bogart
    Law Offices of Susan Bogart
    30 N. LaSalle St., Ste. 2900
    Chicago, IL 60602
    (312) 263-0900 ext. 7014
    Sbogart514@aol.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,                )<br>    Plaintiff,                           )<br>                                                )<br>v.                                              )<br>                                                )<br>GOODRICH EQUIPMENT COMPANY, )<br>    Defendant.                       ) | NO. 03 Cv 04089<br>Jury Trial Demanded |

To: Mark D. Churchill      Robert T. Park
    Churchill & Churchill     Snyder, Park & Nelson
    1610 Fifth Ave.            1600 Fourth Ave., Ste. 200
    Moline, IL 61265         P.O. Box 3700
                                        Rock Island, IL 61201

## NOTICE OF FILING

Please take notice that on February 24, 2006, Plaintiff Teresa Schultze's filed a Notice of Appeal with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on February 24, 2006, she electronically filed Plaintiff's Notice of Appeal using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                        BY: s/Susan Bogart
                                              Law Offices of Susan Bogart
                                              30 North LaSalle Street, Suite 2900
                                              Chicago, IL 60602
                                              Tele: (312) 263-0900, ext. 7014
                                              Fax: (312) 263-5013
                                              E-mail: SBogart514@aol.com