## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                     Docket No.: 03-4089

Division: Rock Island

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Teresa Schultze                              v.          Goodrich Equipment Company

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Susan Bogart                                       Name: Mark D Churchill

Firm: LAW OFFICES OF SUSAN BOGART                        Firm: CHURCHILL & CHURCHILL

Address: 30 North LaSalle Street   Ste 2900              Address: 1610 5th Avenue

Chicago, IL  60602                                       Moline, IL  61265

Phone: (312) 263-5013                                    Phone: (309) 762-3643

---

Judge: Michael M. Mihm                                   Nature of Suit Code:  442

Court Reporter: K. Hanna                                 Date Filed in District Court:  12/24/2003

                                                         Date of Judgment: 01/26/2006

                                                         Date of Notice of Appeal: 02/24/2006

Counsel:   ___Appointed        ___Retained    ___Pro Se

Fee Status:   _XX_ Paid    ___Due         ___IFP       ___IFP Pending    ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes       _XX_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**