E-FILED
Friday, 24 February, 2006  04:27:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ATTORNEY'S FEES AND COSTS**

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and pursuant to 42 U.S.C. §2000e-5(k), for its Motion for Attorneys' Fees and Costs, states as follows:

    1.   That Plaintiff initiated this matter on December 24, 2003, alleging that Defendant engaged in sex discrimination and retaliation.

    2.   That Defendant filed its Motion for Summary Judgment in this matter on August 26, 2005.

    3.   The Court granted Defendant's Motion for Summary Judgment on January 25, 2006.

    4    Local Rule 54.1(A) requires that all requests for attorneys' fees in civil matters be filed within thirty (30) days of entry of final judgment.

    5.   Plaintiff brought her action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000 et seq.

- 2-

6. Title 42 U.S.C. §2000e-5(k) gives district courts the discretion to require losing parties to pay the attorneys' fees of the prevailing party as part of the costs of the suit. Specifically, §2000e-5(k) provides: "In any action or proceeding under this subchapter the court, in its discretion, may allow the prevailing party, other than the Commission or the United States, a reasonable attorney's fee (including expert fees) as part of the costs."

7. That Plaintiff's Complaint was frivolous, unreasonable and without foundation.

8. That as of the date of this filing, Defendant has incurred attorneys' fees and costs in defending this litigation approximating Eighty-Five Thousand and No/100 Dollars ($85,000.00).

9. That Defendant has employed Daniel Churchill of Churchill & Churchill, P.C., Mark D. Churchill of Churchill & Churchill, P.C., and Robert T. Park of Snyder, Park & Nelson, P.c., as its legal representatives to defend its interests in this matter.

10. That counsel for Defendant has charged Defendant an hourly rate between One Hundred Thirty and No/100 Dollars ($130.00) and Two Hundred and No/100 Dollars ($200.00) for representation in this matter.

- 3-

11.  That an hourly rate of between One Hundred Thirty and No/100 Dollars ($130.00) and Two Hundred and No/100 Dollars ($200.00) is a reasonable hourly rate for legal services provided in the Central District.

12.  Counsel for Defendant has maintained time sheets reflecting the attorneys' fees and costs sought in this motion and would be willing to provide said documents to the court if it so desired.

13.  That Defendant has prepared and filed contemporaneously with this motion a Memorandum of Law in Support of its Motion for Attorneys' Fees and Costs.

**WHEREFORE,** Defendant prays that the Court award Defendant its reasonable attorneys' fees and costs incurred in litigating this claim.

          Respectfully submitted,

          GOODRICH EQUIPMENT CO.,
          Defendant,

          By:  s/ Mark D. Churchill
               Mark D. Churchill Bar #188372
               Attorney for Defendant
               Churchill & Churchill, P.C.
               1610 Fifth Avenue
               Moline, IL  61265
               Telephone: (309) 762-3643
               Fax:  (309) 762-4690
               Email:cclaw@churchillfirm.com

          and

- 4-

                    s/ Robert T. Park
                    Robert T. Park Bar #11247
                    Attorney for Defendant
                    Snyder, Park & Nelson, P.C.
                    1600 Fourth Ave., Suite 200
                    P.O. Box 3700
                    Rock Island, IL  61201
                    Telephone: (309) 786-8497
                    Fax:  (309) 786-0463
                    E-mail:rpark@snyderpark.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

                    s/ Mark D. Churchill
                    Mark D. Churchill Bar #188372
                    Attorney for Defendant
                    Churchill & Churchill, P.C.
                    1610 Fifth Avenue
                    Moline, IL  61265
                    Telephone: (309) 762-3643
                    Fax:  (309) 762-4690
                    E-mail: cclaw@churchillfirm.com