E-FILED
Wednesday, 01 March, 2006 10:41:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**
MAR 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    06-1576           Docketed on: 2/24/06
Short Caption:          Schultze, Teresa v. Goodrich Equip Co
District Court Judge:   Michael M. Mihm
District Court No.:     03 C 4089

If you have any questions regarding this appeal, please call this office.

(1003-012490)