UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
|     Plaintiff, | ) | |
| | ) | NO. 03 Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
|     Defendant. | ) | |

To: Mark D. Churchill       Robert T. Park
    Churchill & Churchill      Snyder, Park & Nelson
    1610 Fifth Ave.      1600 Fourth Ave., Ste. 200
    Moline, IL 61265      P.O. Box 3700
          Rock Island, IL 61201

## NOTICE OF FILING

Please take notice that on March 10, 2006, Plaintiff Teresa Schultze's filed her Opposition to Defendant's Motion and Memorandum in Support for Attorneys Fees and Costs with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on March 10, 2006, she electronically filed Plaintiff's Notice of Filing and Opposition to Defendant's Motion and Memorandum for Attorneys' Fees and Costs which Notice and Opposiiton are being served by electronic means to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                        BY: s/Susan Bogart
                         Law Offices of Susan Bogart
                        30 North LaSalle Street, Suite 2900
                        Chicago, IL 60602
                        Tele: (312) 263-0900, ext. 7014
                        Fax: (312) 263-5013
                        E-mail: SBogart514@aol.com