E-FILED
Monday, 13 March, 2006 02:45:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) |
| GOODRICH EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO STRIKE

NOW COMES defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for CHURCHILL & CHURCHILL P.C., and Robert T. Park for SNYDER, PARK & NELSON, P.C., and for its Motion to Strike Plaintiff's Teresa Schultze's Opposition to Defendant's Motion for Attorneys' Fees and Costs ("Opposition to Motion for Fees") states:

1.  On February 24, 2006, defendant filed herein its Motion for Attorney's Fees and Costs ("Motion for Fees") with a memorandum in support thereof.

2.  Local Rule 7.1(B)(2) allows a party opposing a motion to file a response, and states: "The response shall be filed within fourteen (14) days after service of the motion and memorandum."

2

3. Defendant's Motion for Fees was electronically filed and served on February 24, 2006.

4. Fourteen (14) days after February 24, 2006, was March 10, 2006.

5. The notice of filing sent by the clerk of court on February 24, 2006, stated in pertinent part: "MOTION for Attorney Fees and Costs by Defendant Goodrich Equipment Company. Responses due by 3/10/2006."

6. At 8:41:35 P.M. on March 10, 2006, plaintiff filed her Opposition to Motion for Fees.

7. Section II, A, 1, c, at pages 7 and 8 of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases (CD IL, June 3, 2005 revision), states: "A document filed electronically before 5:00 p.m. central standard time on a normal business day will be deemed filed on that date. A document filed at or after 5:00 p.m. central standard time on a normal business day will be deemed filed on the next business day."

8. According to the foregoing provision, because it was filed after 5:00 P.M. on March 10, 2006, plaintiff's Opposition to Motion for Fees was deemed to be filed the next business day, March 13, 2006, and was not filed in accord within the time provided by Local Rule 7.1(B)(2) for filing a response to a motion.

9. Plaintiff did not request an extension of time to file a response to the defendant's Motion for Fees.

10. All prior pleadings of the parties herein have been filed either within the time provided by law or within the time allowed by the court after a request for an extension of time to file.

11. In the past, the court has allowed extensions of time to file pleadings when counsel presented facts justifying additional time.

12. There is no reason why the plaintiff could not have either timely filed her Opposition to Motion for Fees or properly sought an extension of time to file her pleading if appropriate circumstances warranted such an extension.

13. Local Rule 7.1(B)(3) provides: "No reply to the response is permitted."

14. If the court does not strike plaintiff's Opposition to Motion for Fees, defendant asks the court for an opportunity to reply to it.

WHEREFORE, defendant, GOODRICH EQUIPMENT CO., prays that this court strike Plaintiff's Teresa Schultze's Opposition to Defendant's Motion for Attorneys' Fees and Costs.

IN THE ALTERNATIVE, defendant, GOODRICH EQUIPMENT CO., prays that this court allow defendant leave to file a reply to Plaintiff's Teresa Schultze's

4

Opposition to Defendant's Motion for Attorneys' Fees and Costs within a short date.

                GOODRICH EQUIPMENT CO.,
                Defendant,

By:   s/ Mark D. Churchill
       Mark D. Churchill Bar #188372
       Attorney for Defendant
       CHURCHILL & CHURCHILL, P.C.
       1610 Fifth Avenue
       Moline, IL 61265
       Telephone: (309) 762-3643
       Fax: (309) 762-4690
       E-mail: cclaw@churchillfirm.com

       and

s/ Robert T. Park
Robert T. Park Bar #11247
Attorney for Defendant
SNYDER, PARK & NELSON, P.C.
1600 Fourth Ave., Suite 200
P.O. Box 3700
Rock Island, IL 61201
Telephone: (309) 786-8497
Fax: (309) 786-0463
E-mail: rpark@snyderpark.com

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Bogart, Mark D. Churchill.

                                             s/ Robert T. Park
                                             Robert T. Park Bar #11247
                                             Attorney for Defendant
                                             SNYDER, PARK & NELSON, P.C.
                                             1600 Fourth Ave., Suite 200
                                             P.O. Box 3700
                                             Rock Island, IL  61201
                                             Telephone: (309) 786-8497
                                             Fax:  (309) 786-0463
                                             E-mail:  rpark@snyderpark.com