E-FILED
Monday, 13 March, 2006  04:42:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TERESA M. SCHULTZE, | ) | |
| Plaintiff, | ) | |
| | ) | NO. 03  Cv 04089 |
| v. | ) | Jury Trial Demanded |
| | ) | |
| GOODRICH EQUIPMENT COMPANY, | ) | |
| Defendant. | ) | |

To: Mark D. Churchill            Robert T. Park
    Churchill & Churchill        Snyder, Park & Nelson
    1610 Fifth Ave.              1600 Fourth Ave., Ste. 200
    Moline, IL 61265            P.O. Box 3700
                                Rock Island, IL 61201

### NOTICE OF FILING

Please take notice that on March 13,  2006, Plaintiff Teresa Schultze's  filed a Motion to File **Under Seal** Certain Exhibits to Affidavit to be Filed in Support of Submission on Counsel's Hourly Rate per the Court's March 1, 2006 Order, with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on March 13, 2006,  she electronically filed Plaintiff's Motion to File Under Seal Certain Exhibits to Affidavit Submission on Attorney Rate which Notice and Motion are being served by electronic means to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

BY: s/Susan Bogart
     Law Offices of Susan Bogart
     30 North LaSalle Street, Suite 2900
     Chicago, IL 60602
     Tele: (312) 263-0900, ext. 7014
     Fax: (312) 263-5013
     E-mail: SBogart514@aol.com