**E-FILED**
Tuesday, 14 March, 2006  04:26:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

TERESA SCHULTZE,                     )
                                     )
          Plaintiff,                 )
                                     )   NO. 03 C 04089
     vs.                             )
                                     )
GOODRICH EQUIPMENT CO.,              )
                                     )
          Defendant.                 )

**RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE CERTAIN EXHIBITS *UNDER SEAL***

Now comes Defendant, GOODRICH EQUIPMENT CO., by its attorneys, Mark D. Churchill for Churchill & Churchill, P.C., and Robert T. Park for Snyder, Park & Nelson, P.C., and for response to Plaintiff's Motion for Leave to File Certain Exhibits *Under Seal*, states as follows:

1.    That on March 13, 2006, Plaintiff filed a Motion for Leave to File Certain Exhibits *Under Seal.*

2.    That Defendant has no objection to the Court's granting of said motion allowing Plaintiff to file certain exhibits under seal accessible only to the court and the parties to this case.

GOODRICH EQUIPMENT CO.,
Defendant,

By:  s/ Mark D. Churchill
     Mark D. Churchill Bar #188372
     Attorney for Defendant
     Churchill & Churchill, P.C.
     1610 Fifth Avenue
     Moline, IL  61265
     Telephone: (309) 762-3643
     Fax:  (309) 762-4690
     Email: cclaw@churchillfirm.com

- 2-

and

s/ Robert T. Park
Robert T. Park Bar #11247
Attorney for Defendant
Snyder, Park & Nelson, P.C.
1600 Fourth Ave., Suite 200
P.O. Box 3700
Rock Island, IL  61201
Telephone: (309) 786-8497
Fax:  (309) 786-0463
E-mail:rpark@snyderpark.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Robert Park.

s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail: cclaw@churchillfirm.com