# Susan Bogart

### Experience

*Litigation:* extensive jury trial, appellate, investigative and counseling experience, including at least 50 jury trials with first chair and high profile experience, bench trials and appeals * complex and financial litigation * federal civil rights litigation * private and public sector, plaintiff and defendant employment litigation, counseling and executive coaching * internal investigations involving sexual harassment and employment discrimination* administrative and disciplinary proceedings for licensed and law enforcement professionals * officer and director liability * representation of private parties in disputes with governmental agencies * estate and bankruptcy fraud * federal and white collar criminal defense.

### Employment

Law Offices of Susan Bogart, P.C., 1991 to date and 1978-1979 * Senior Investigative Counsel, U.S. House of Representatives, Committee on the Judiciary, Majority, 1998-1999 * Of Counsel, Sulzer & Shopiro, Ltd., 1991-1997 * Partner, Tenenbaum & Senderowitz (formerly Becker & Tenenbaum), 1988-1990 * Assistant United States Attorney, Northern District of Illinois, Eastern and Western Divisions, 1981-1988 * Law Clerk, United States District Court, Northern District of Illinois, Eastern and Western Divisions, 1979-1981

\*   \*   \*

Arbitrator and Mediator, National Association of Securities Dealers, 1998-Present * Mediator, Employment and Housing Discrimination, City of Chicago Commission on Human Relations, 1992-2001 * Appointed Counsel, Seventh Circuit Court of Appeals, 2000-Present * Panel Attorney, Federal Defender Program, Northern District of Illinois, 1988- Present * Adjunct Professor, John Marshall School of Law, 1985-1998, 2006-Present * Director, Legal Writing and Appellate Advocacy Programs, Loyola University of Chicago School of Law, 1978-1980.

### Education

Loyola University of Chicago School of Law, J.D., 1978 * University of Michigan, Ann Arbor, B.A. with Distinction, 1974 * Miami University of Ohio, Luxembourg, Honors Program, 1972 * Miami University of Ohio, Oxford, Ohio, 1970-1971, Honors Program.

### Certifications

Harvard, MIT and Tufts, Negotiating Labor Agreements, 1997 * Harvard, MIT and Tufts, Negotiations for Senior Executives, 1989 * DePaul University Center for Conflict Resolution, Mediation, 1991.

### Admitted

United States Supreme Court, 1998 * Seventh Circuit U.S. Court of Appeals, 1978 * Sixth Circuit U.S. Court of Appeals, 2002 * United States District Courts for the Northern District of Illinois, 1978; United States District Court for the Western District of Missouri, 1989; United States District Court for the Central District of Illinois, 1992 * United States



**Susan Bogart (cont'd)**

District Court for the Northern District of Ohio, 2001 * Federal Trial Bar for the Northern District of Illinois, 1983.

**Professional Activities and Honors**

***Presentations:*** "Real Evidence for the Trial Practitioner in Illinois", Lorman Educational Services, Oakbrook, IL, 2003 * "Litigating Employment Discrimination Cases", Practicing Law Institute ("PLI"), New York City, 1996-1998 * Issues Forum: Women Lawyers Association of Michigan ("WMAL") and National Association of Women Lawyers ("NAWL"), 1996-1997 * "Glass Ceiling Issues", President's Forum, ABA Midyear Meeting, 1996 * "A Practical Guide to Federal Court Rules and Procedure in Illinois", National Business Institute, 1996 * "The Impact of Batson on Jury Selection", Illinois State Bar Association's Program for Women and Minorities, 1990.

***Teaching:*** Adjunct Professor, John Marshall School of Law, 1985-1998, 1986-Present, Trial Practice, Evidence, Client Counseling and Negotiation, and Remedies * Coach, National Trial Team, John Marshall School of Law, 1985 to 1987 * Instructor, National Institute of Trial Advocacy, Chicago and Minneapolis, 1988-1990 * Instructor, Trial Practice, Northwestern School of Law, 1987 * Adjunct Faculty, Loyola University of Chicago School of Law, Legal Writing, Trial Practice and Appellate Advocacy, 1976-1982 * Coach, National Trial and Labor Law Moot Court Teams, Loyola University of Chicago School of Law, 1976-1978 * Tutor, Illinois State Bar Exam, 1979.

***Awards and Special Mentions:*** ABA Delegate to Moscow, "The Moscow Conference on Law and Economic Cooperation", 1990 * ABA Delegate to China, "Women in the Law Conference", 1989 * U.S. Department of Justice, Special Achievement, 1988 * Loyola University of Chicago School of Law, Leadership and Service, 1978, and Moot Court Board, 1976-1978 * ABA National Criminal Justice Trial Competition Case Files, 1996-1998 * Writing from A Legal Perspective, Gopen, George, 1978 * Assistant Reporter, Illinois Judicial Conference, 1975-1978 * Founder and Editor, "Legal Briefs", ABA Insurance, Negligence and Compensation Publication, 1975-1977.

**Memberships**

American Bar Association * Seventh Circuit Bar Association * Federal Bar Association * National Association of Women Lawyers * Illinois State Bar Association * Chicago Bar Association * Chicago Council of Lawyers * National Association of Criminal Defense Lawyers * Constitutional Rights Foundation of Chicago * Just The Beginning Foundation * Markey-Wigmore Inn of Courts, Member and Founding Officer * Class Captain, Loyola University of Chicago School of Law * Board Member, Better Government Association * Anti-Defamation League.