## UPDATED LAFFEY MATRIX*

< Back

| Years Out of Law School** | 6/1/94-5/31/95 | 6/1/95-5/31/96 | 6/1/96-5/31/97 | 6/1/97-5/31/98 | 6/1/98-5/31/99 | 6/1/99-5/31/00 | 6/1/00-5/31/01 | 6/1/01-5/31/02 | 6/1/02-5/31/03 | 6/1/03-5/31/04 | 6/1/04-5/31/05 | 6/1/05-5/31/06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 + | 363 | 375 | 389 | 406 | 424 | 444 | 468 | 487 | 522 | 549 | 574 | 598 |
| 11-19 | 301 | 311 | 323 | 337 | 352 | 369 | 388 | 404 | 434 | 456 | 476 | 497 |
| 8-10 | 267 | 276 | 287 | 299 | 312 | 328 | 345 | 359 | 385 | 405 | 423 | 441 |
| 4-7 | 185 | 191 | 198 | 207 | 216 | 227 | 239 | 249 | 267 | 280 | 293 | 305 |
| 1-3 | 151 | 155 | 162 | 169 | 176 | 185 | 195 | 203 | 217 | 228 | 239 | 249 |
| Paralegal/Law Clerk | 82 | 85 | 88 | 92 | 96 | 101 | 106 | 110 | 118 | 124 | 130 | 136 |
| Adjustmt Factor*** | 1.0237 | 1.0320 | 1.0396 | 1.0419 | 1.0439 | 1.0491 | 1.0529 | 1.0407 | 1.0727 | 1.0507 | 1.0455 | 1.0427 |

---

* The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., **McDowell v. District of Columbia**, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); **Salazar v. Dist. of Col.**, 123 F.Supp.2d 8 (D.D.C. 2000).

** "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

*** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

© 2002, 2003, 2004, 2005 Snider & Associates, LLC - all rights reserved

Snider & Fischer, Maryland Attorneys, Employment & Labor, Sexual Harassment, Discrimination
http://www.sniderlaw.com/matrix.html



EXHIBIT b

Snider & Fischer: Maryland Attorneys, Employment & Labor, Sexual Harassment, Discrimination

http://www.sniderlaw.com/matrix.html

3/13/2006

Page 2 of 2