E-FILED
Tuesday, 14 March, 2006 03:05:16 PM
Clerk, U.S. District Court, ILCD



## Professional Biography - Profile

### Lawrence C. DiNardo (Larry)



Partner
Chicago
Tel: 1.312.269.4306
Fax: 1.312.782.8585
E-mail: lcdinardo@jonesday.com

Profile | Experience

**RELATED SERVICES**
- Labor & Employment
- Consumer Products & Retail

Larry DiNardo practices nationwide in all areas of employment and labor law, with particular emphasis on employment discrimination litigation, FLSA/wage-hour cases, and other employment litigation, including employee benefits and executive employment contract disputes. He has extensive experience defending employers in class actions and individual cases brought under Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Equal Pay Act, the Fair Labor Standards Act, and the Family and Medical Leave Act. His labor practice includes the representation of employers before the National Labor Relations Board, labor arbitrations, and labor negotiations. Larry has also served as labor counsel in business restructurings, sales, and mergers.

Larry's trial and appellate experience is extensive. He has tried more than 35 cases to verdict before juries around the United States and handled an equal number of cases before federal and state appellate courts. He is admitted to practice before the United States Supreme Court and before the U.S. Courts of Appeals for the Third, Fifth, Sixth, Seventh, and Ninth Circuits and the U.S. District Courts for the Northern and Central Districts of Illinois, the Northern and Southern Districts of Indiana, the Eastern District of Michigan, and the District of Colorado.

Larry has served as a visiting professor of law at Notre Dame Law School and as a guest lecturer at DePaul University College of Law. He has published in the Journal of College and University Law and has made numerous presentations on employment law topics.

**Admitted**
Indiana and Illinois

**Education**
University of Notre Dame (B.A. in Government 1971; J.D. with honors 1974)



EXHIBIT A-2(a)