4:03-cv-04089-MMM-JAG    # 97-8    Page 1 of 2

Lawrence C. Dinardo - a Chicago, Illinois (IL) Litigation Lawyer

E-FILED
Tuesday, 14 March, 2006  05:06:11 PM
Clerk, U.S. District Court, ILCD

Page 1 of 2

FindLaw | For the Public | For Small Business | For Legal Professionals | Find a Lawyer

**FindLaw** Lawyer Directory

Legal Issue: (e.g., Divorce)

Location: (e.g., Palo Alto, CA or 94306)

Find Lawyers!

| Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools |

FindLaw > Lawyer Directory > Lawyer Profile

Save   Email   Print   Update   Get Listed

### Lawrence C. Dinardo

**Firm:** Jones Day
**Address:** 77 West Wacker
Chicago, IL 60601-1692
Map & Directions
**Phone:** (312) 269-4306
**Fax:** (312) 782-8585
**E-mail:** Contact Us
**Web site:** http://www.jonesday.com

Position                              Areas of Practice

**Lawyer Profile:**

Larry DiNardo has represented employers nationwide in all areas of labor and employment law, including contract negotiations, National Labor Relations Act proceedings, and labor arbitrations, and has served as labor counsel in business restructurings, sales, and mergers. He has also defended employers in class actions and individual cases brought under Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Equal Pay Act, and the Fair Labor Standards Act.

Larry's trial and appellate experience is extensive. He has litigated numerous cases before the NLRB, tried over 35 cases to verdict before juries around the United States, and handled a wide variety of labor and employment cases before federal and state appellate courts. He is admitted to practice before the U.S Courts of Appeals for the Fifth, Sixth, Seventh, and Ninth Circuits and the U.S. District Courts for the Northern and Central Districts of Illinois, the Northern and Southern Districts of Indiana, the Eastern District of Michigan, and the District of Colorado.

He has served as a visiting professor of law at Notre Dame Law School and as a guest lecturer at DePaul University College of Law. He is a member of the American Bar Association and its Labor and Employment Law Section.

The significant matters in which Larry has been involved include:

* Vinson v. General Electric (race and retaliation case involving GE electrical transformer plant in Shreveport, Louisiana).

* Goltz v. University of Notre Dame (sex discrimination case brought by female faculty member who was denied tenure).

* Johnson, et al. v. Kmart Corporation (challenge by 55 employees to undercover investigation during union organizing campaign).

* EEOC v. University of Notre Dame (class action sex discrimination case challenging promotion and tenure practices).

* Jones v. Gannett (sex discrimination case brought under the Equal Pay Act).

* Ziegler v. Journal Register Company (age discrimination case brought by senior newspaper executive).


EXHIBIT D-2(b)

* Jones v. UOP and Allied Signal (challenge under ERISA of denial of pension benefits and alleged refusals to provide plan documents to beneficiaries).

* Davis v. Times Mirror (retaliation claim brought by alleged whistle-blower).

* Quebecor Printing acquisition of Maxwell Graphics (labor and employment due diligence for 30-plant acquisition by Quebecor of U.S. operations of Maxwell Communications).

* Journal Register Company (led effects bargaining process and negotiation of shutdown agreements as part of sale of assets of newspaper properties).

* Greyhound Lines, Inc. (counseled client through nationwide reduction in force project).

* Ipsco Steel (represented client in major union organizing effort by United Steelworkers of America at its Iowa mill).

**Current Employment Position(s):**

Partner

**Areas of Practice:**

Litigation

**West Practice Categories:**

Litigation & Appeals

---

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere, as well as our West Legal Directory disclaimers.

Legal Issue: (e.g., Divorce)    Location: (e.g., Palo Alto, CA or 94306)    Find Lawyers!    Search by Name    Advanced Search