E-FILED
Tuesday, 14 March, 2006  05:07:16 PM
Clerk, U.S. District Court, ILCD
P.02

STATE OF ILLINOIS          )
COUNTY OF ROCK ISLAND      ) ss

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

TERESA M. SCHULTZE,          )
    Plaintiff,               )
                             )    NO. 03 Cv 04089    v.
                             )         Jury Trial Demanded
                             )
GOODRICH EQUIPMENT COMPANY,  )
    Defendant.               )

### AFFIDAVIT OF PLAINTIFF SCHULTZE

Affiant, Teresa Schultze, does depose and on oath state as follows:

1. Affiant is the Plaintiff in the above captioned matter.

2. Affiant states that on several occasions since 7/03, she has sought legal representation and advice concerning her employment including but not limited to her employment in connection with the instant case and her terminated from her employment with Goodrich Equipment Company.

3. Prior to contacting Susan Bogart of the Law Offices of Susan Bogart; Chicago, Illinois in connection with her prior employment issues, affiant contacted several attorneys in the Rock Island, Illinois and Davenport, Iowa areas to request that they represent her.

4. Affiant recalls for example contacting LeAnn Tyler of Davenport, Iowa in addition to another female attorney whose name affiant does not presently recall and neither were able and/or willing to represent affiant in her employment related matters.

5. Affiant also contacted Michael Warner of Rock Island, Illinois who also was not

1


EXHIBIT
f

willing to represent affiant in her employment related matters.

FURTHER AFFIANT SAYETH NOT.

Pursuant to Title 28 United States Code, Section 1746, "I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of March, 2006".

Teresa Schultze

2