UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,        ) | |
|         Plaintiff,        ) | |
|                           ) | NO. 03  Cv 04089 |
| v.                        ) | Jury Trial Demanded |
|                           ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
|         Defendant.        ) | |

To: Mark D. Churchill          Robert T. Park
    Churchill & Churchill      Snyder, Park & Nelson
    1610 Fifth Ave.            1600 Fourth Ave., Ste. 200
    Moline, IL 61265           P.O. Box 3700
                               Rock Island, IL 61201

## NOTICE OF FILING

Please take notice that on March 14, 2006, Plaintiff Teresa Schultze's filed her Submission as to Attorney's Fees and Hourly Rates with Attachments per the Court's March 1, 2006 Order, with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on March 14, 2006, she electronically filed Plaintiff's Submission Concerning Attorney's Fee and Hourly Rates and Exhibits with this Notice and served by electronic means to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                              BY: s/Susan Bogart
                                Law Offices of Susan Bogart
                                30 North LaSalle Street, Suite 2900
                                Chicago, IL 60602
                                Tele: (312) 263-0900, ext. 7014
                                Fax: (312) 263-5013
                                E-mail: SBogart514@aol.com