STATE OF ILLINOIS      )
COUNTY OF COOK         )   ss

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE, ) | |
| Plaintiff, ) | |
| ) | NO. 03 Cv 04089 |
| v.   ) | Jury Trial Demanded |
| ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
| Defendant. ) | |

## AFFIDAVIT OF TONY MONTGOMERY

Affiant, Tony Montgomery, does depose on oath and state as follows.

1. Affiant is the head of the Office Services Department at the offices of Quinlan & Carroll, 30 North LaSalle St, Ste. 2900, Chicago, IL 60602 where Ms. Susan Bogart, Law Offices of Susan Bogart has offices.

2. Affiant and his staff are responsible for filings in the state and federal U.S. courts on behalf of the attorneys who have offices at this address.

3. Affiant has assisted Ms. Bogart in her filings in Illinois and Ohio including electronic filings in the U.S. district courts of Ohio and Illinois.

4. Affiant received training for electronic filing at 219 South Dearborn Street, Room 2344, Chicago, Illinois 60604 on 9/15/06.

5. As part of that training and on occasions thereafter, affiant has been advised that electronic filings are timely as the date made as long as the electronic filing is prior to 11:59 p.m. The November 16, 2004 General Order on Electronic Filing for the Northern District of Illinois, (V)(E) provides that "Filing must be completed before midnight Central Time in the Northern District of Illinois in order to be considered timely filed that day."

1

6. Affiant was unaware that filing deadlines varied according to when items were deemed timely filed under Local Electronic Filing Rules until the motion of defendant filed here pointed out this variance for the Central District of Illinois. Affiant understood that the 5 p.m. deadline was important only in those cases in which it was necessary to obtain help from the help desk, which closed at 5 p.m. Affiant did not understand it to be a restriction varying the "before midnight" provision for timely filings.

Date: March 20, 2006

FURTHER AFFIANT SAYETH NOT.

_____
Tony Montgomery