## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,       ) | |
|     Plaintiff,       ) | |
|            ) | NO. 03 Cv 04089 |
| v.       ) | Jury Trial Demanded |
|            ) | |
| GOODRICH EQUIPMENT COMPANY,       ) | |
|     Defendant.       ) | |

To: Mark D. Churchill  
    Churchill & Churchill  
    1610 Fifth Ave.  
    Moline, IL 61265

Robert T. Park  
Snyder, Park & Nelson  
1600 Fourth Ave., Ste. 200  
P.O. Box 3700  
Rock Island, IL 61201

### NOTICE OF FILING

Please take notice that on March 20, 2006, Plaintiff Teresa Schultze's filed a Response to Motion to Strike her Response to Defendant's Motion for Attorneys' Fees and Costs, with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on March 20, 2006, she electronically filed Plaintiff's Response to Motion to Strike Plaintiff's Response to Defendant's Motion for Attorneys' Fees and Costs which Notice and Motion are being served by electronic means to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

BY: s/Susan Bogart  
  Law Offices of Susan Bogart  
30 North LaSalle Street, Suite 2900  
Chicago, IL 60602  
Tele: (312) 263-0900, ext. 7014  
Fax: (312) 263-5013  
E-mail: SBogart514@aol.com

2