## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,           ) | |
|     Plaintiff,                      ) | |
|                                            ) | NO. 03 Cv 04089 |
| v.                                        ) | Jury Trial Demanded |
|                                            ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
|     Defendant.                   ) | |

    To: Mark D. Churchill         Robert T. Park
        Churchill & Churchill      Snyder, Park & Nelson
        1610 Fifth Ave.            1600 Fourth Ave., Ste. 200
        Moline, IL 61265         P.O. Box 3700
                                              Rock Island, IL 61201

## NOTICE OF FILING

    Please take notice that on March 24, 2006, Plaintiff Teresa Schultze's filed her Engagement Agreement Under Seal with the U.S. district court for the Central District of Illinois per the Court's March 23, 2006 Order, by email to the Chambers per ECF Local Rule III, electronic means.

## CERTIFICATE OF SERVICE

    The undersigned attorney does hereby certify that on March 24, 2006, she electronically filed Plaintiff's Notice of Filing using the CM/ECF system which will send notification of such filing to the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

                                        BY: s/Susan Bogart
                                          Law Offices of Susan Bogart
                                         30 North LaSalle Street, Suite 2900
                                         Chicago, IL 60602
                                         Tele: (312) 263-0900, ext. 7014
                                         Fax: (312) 263-5013
                                         E-mail: SBogart514@aol.com