AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

TERESA SCHULTZE

V.

GOODRICH EQUIPMENT CO.

**BILL OF COSTS**

Case Number: 03 C 04089

Summary Judgment having been entered in the above entitled action on __1/25/2006__ (Date) against __Teresa Schultze__, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 240.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,015.15 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 475.60 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 3,730.75** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage electronically prepaid to: Susan Bogart, Mark Churchill.

Signature of Attorney: _Robert T. Park_ (signature)

Name of Attorney: Robert T. Park

For: Goodrich Equipment Co.   Date: 3/31/06
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court          By: _____    _____
                            Deputy Clerk              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
                      ROCK ISLAND DIVISION
```

TERESA SCHULTZE,              )
                              )
                              )
         Plaintiff,           )
                              )   NO. 03 C 04089
     vs.                      )
                              )
GOODRICH EQUIPMENT CO.,       )
                              )
         Defendant.           )

**<u>DEFENDANT'S ITEMIZATION OF COSTS</u>**

Defendant, GOODRICH EQUIPMENT COMPANY, in accordance with Local Rule 54.1 and order of this Court entered March 24, 2006, hereby presents its itemization of costs necessarily incurred in the defense of this case and in support of the Bill of Costs attached hereto.

    **A.  Depositions**

```
1.   09/20/04 Daniel Churchill          $  156.30
2.   05/06/05 Rodger Goodrich (2 copies) 1,037.70
3.   06/07/05 Lori Hamer, Mike Derew,
              Robert Roman, Brandon Goodrich  665.15
4.   06/29/05 Teresa M. Schultze           845.80
5.   07/11/05 Klinton C. Rice              310.20

     Total for depositions              $3,015.15
```

    **B.  Discovery Subpoena Fees**

```
1.   Witness Fee to Deere & Co.     $    25.00
     Cost to Serve Subpoena              55.00
2.   Witness Fee to Rock Valley          25.00
        Physical Therapy
     Cost to Serve Subpoena              55.00
3.   Witness fee to Orthopaedic &        25.00
        Rheumatology
4.   Cost to Serve Subpoena              55.00

     Total for Subpoena Fees        $   240.00
```

-2-

C. **Copy charges**

1. EEOC file duplication for evidence — 58.20
2. Snyder, Park & Nelson, P.C. 887 pages @ $.20 per page — 177.40
3. Churchill & Churchill, P.C. 1200 pages @ $.20 per page — 240.00

    Total for Copy Charges       $ 475.60

D. **Summary of Costs**

    Deposition transcripts       $3,015.15

    Subpoena Fees                   240.00

    Copy Charges                    475.60

    **Total costs requested:**   **$3,730.75**

The undersigned declares under penalty of perjury that the foregoing costs are correct and necessarily incurred in the defense of this action.

        Respectfully submitted,

        GOODRICH EQUIPMENT CO.,
        Defendant,

        By: s/ Robert T. Park
            Robert T. Park Bar #11247
            Attorney for Defendant
            Snyder, Park & Nelson, P.C.
            1600 Fourth Ave., Suite 200
            P.O. Box 3700
            Rock Island, IL  61201
            Telephone: (309) 786-8497
            Fax:   (309) 786-0463
            E-mail:rpark@snyderpark.com

        and

- 3 -

s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:      (309) 762-4690
Email: cclaw@churchillfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on _____ 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Susan Bogart, Mark Churchill.

s/ Robert T. Park
Robert T. Park Bar #11247
Attorney for Defendant
Snyder, Park & Nelson, P.C.
1600 Fourth Ave., Suite 200
P.O. Box 3700
Rock Island, IL  61201
Telephone: (309) 786-8497
Fax:      (309) 786-0463
E-mail: rpark@snyderpark.com

**ADVANTAGE REPORTING SERVICE**

110 S.W. JEFFERSON AVE.
JANSSEN BUILDING, SUITE 430
PEORIA, ILLINOIS 61602
PHONE (309) 673-1881
FACSIMILE (309) 673-0341

NO. 04P1032

**CHURCHILL & CHURCHILL**
**MARK CHURCHILL, ESQ.**
1610 Fifth Avenue
Moline, Illinois   61265

September 24, 2004
Tax I.D.#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
Case No.  03  CV  04089

IN RE:   TERESA SCHULTZE VS GOODRICH EQUIPMENT COMPANY.  The discovery deposition of **Daniel Churchill,** taken on September 20, 2004, in Moline, Illinois.

Copy of Transcript,
Condensed & Postage
If paid by October 24,
2004, pay $136.30

$156.30

***THANK YOU FOR YOUR BUSINESS***

RECEIVED
SEP 2 7 2004
CHURCHILL & CHURCHILL, P.C.

pd. 9/28/04  #6550



**ADVANTAGE REPORTING SERVICE**
110 S.W. JEFFERSON AVE.
JANSSEN BUILDING, SUITE 430
PEORIA, ILLINOIS 61602
PHONE (309) 673-1881
FACSIMILE (309) 673-0341



RECEIVED
MAY 1 3 2005
CHURCHILL & CHURCHILL, P.C.

NO. 05P577

**CHURCHILL & CHURCHILL**
**MARK CHURCHILL, ESQ.**
1610 Fifth Avenue
Moline, Illinois   61265

May 26, 2005
Tax I.D.#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
Case No.  03  CV  04089

IN RE:   TERESA M. SCHULTZE VS GOODRICH EQUIPMENT CO.  The deposition of **Roger D. Goodrich,** taken on May 6, 2005, in Rock Island, Illinois.

Copy of Transcript
& Postage
If paid by June 26,
2005, pay $518.85

$568.85

***THANK YOU FOR YOUR BUSINESS***

pd 6/10/05
# 6732



**ADVANTAGE REPORTING SERVICE**
110 S.W. JEFFERSON AVE.
JANSSEN BUILDING, SUITE 430
PEORIA, ILLINOIS 61602
PHONE (309) 673-1881
FACSIMILE (309) 673-0341

NO. 05P576

**SNYDER, PARK & NELSON**
**ROBERT T. PARK, ESQ.**
1600 Fourth Avenue, Suite 200
Rock Island, Illinois   61201

May 26, 2005
Tax I.D.#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
Case No. 03 CV 04089

IN RE:   TERESA M. SCHULTZE VS GOODRICH EQUIPMENT CO.  The deposition of **Roger D. Goodrich,** taken on May 6, 2005, in Rock Island, Illinois.

Copy of Transcript & Postage                                    $568.85
If paid by June 26, 2005, pay $518.85

pd. 6/10/05
#6732

***THANK YOU FOR YOUR BUSINESS***



**ADVANTAGE REPORTING SERVICE**
110 S.W. JEFFERSON AVE.
JANSSEN BUILDING, SUITE 430
PEORIA, ILLINOIS 61602
PHONE (309) 673-1881
FACSIMILE (309) 673-0341

NO. 05P691

**SNYDER, PARK & NELSON**
**ROBERT T. PARK, ESQ.**
1600 Fourth Avenue, Suite 200
Rock Island, Illinois   61201

June 22, 2005
Tax I.D.#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
Case No. 03  CV  04089

IN RE:   TERESA M. SCHULTZE VS GOODRICH EQUIPMENT CO.  The depositions of **Lori Hamer, Mike Derew, Robert Roman and Brandon Goodrich,** taken on June 7, 2005, in Rock Island, Illinois.

Copy of Transcripts          $725.15
& Postage
If paid by July 22,
2005, pay $665.15
                ***THANK YOU FOR YOUR BUSINESS***

Pd. 6/30/05
#6746

```
CONNELL REPORTING
P.O. Box 3171
ROCK ISLAND, IL  61204-3171
(309) 788-3741
```

```
                                    Invoice No.  05059-A
                                    Date:  July 15, 2005
```

```
TO:  MR. ROBERT T. PARK
     Attorney at Law
     1600 Fourth Avenue
     Suite 200
     P.O. Box 3700
     Rock Island, IL  61204-3700
```

==================================================================

RE:  Schultze vs. Goodrich Equipment Co.     No. 03 C 04089


REPORTING/WAITING:  (5.45)                                $174.40

DEPOSITIONS:  Reported June 29, 2005

   Teresa M. Schultze - Original/Condensed . . . . . . $662.40
       Copy/Condensed  (To Mr. Churchill)

EXHIBITS:  (36 pages to Mr. Churchill)                       9.00
                                                      _____

                               TOTAL                      $845.80


                     Please return invoice copy
                        with check payable to:

                     CONNELL REPORTING, INC.
                     Federal I.D. No. 36-3703264          pd. 7/22/05
                                                          # 6252

                           THANK YOU!




          Accounts over 30 days are subject to service charge.



**ADVANTAGE REPORTING SERVICE**
110 S.W. JEFFERSON AVE.
JANSSEN BUILDING, SUITE 430
PEORIA, ILLINOIS 61602
PHONE (309) 673-1881
FACSIMILE (309) 673-0341

NO 05P833

**CHURCHILL & CHURCHILL**
**MARK CHURCHILL, ESQ.**
1610 Fifth Avenue
Moline, Illinois   61265

July 29, 2005
Tax I.D.#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
Case No.  03  CV  04089

IN RE:   TERESA M. SCHULTZE VS GOODRICH EQUIPMENT CO.  The deposition of **Klinton C. Rice,** taken on July 11, 2005, in Rock Island, Illinois.

Copy of Transcript & Postage                              $340.20
If paid by August 29, 2005, pay $310.20

***THANK YOU FOR YOUR BUSINESS***

RECEIVED
AUG 0 4 2005
CHURCHILL & CHURCHILL, P.C.

pl. 8/5/05
#6766

# Issued by the
# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

TERESA SCHULTZE
V.
GOODRICH EQUIPMENT CO.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: ¹ 03 C 04089

TO: Deere & Company, c/o John Deere Horicon Works, a division thereof
Attn: Ron Mueller, Attorney, Legal Department
1 John Deere Place, Moline, IL 61265

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): (1) The entire personnel file for [for]mer employee, Teresa M. Schultze; (2) any correspondence or written documen[ta]tion to or from Deere & Co. concerning the employment or termination of [em]ployment of Teresa M. Schultze not contained as a part of the personnel file [of] Teresa M. Schultze

| PLACE | DATE AND TIME |
|---|---|
| Churchill & Churchill, P.C. 1610 Fifth Avenue, Moline, IL 61265 | 8/30/04 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Defendant | 7/30/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Daniel Churchill, Churchill & Churchill, P.C.
1610 Fifth Avenue, Moline, IL 61265    (309) 762-3643

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.



# Invoice

**SAS ASSOCIATES, INC**
1530 STATE STREET, SUITE 1
BETTENDORF, IA 52722
(563) 359-0408

| DATE | INVOICE # |
|---|---|
| 7/31/2004 | 246183 |

**BILL TO**
CHURCHILL & CHURCHILL
1610 FIFTH AVENUE
MOLINE, IL 61265

| RE | | P.O. NO. | TERMS |
|---|---|---|---|
| | | | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| RE: TERESA SCHULTZ V. GOODRICH EQUIPMENT CO. SERVED SUBPOENA TO: GARY WATT; DIV. MGR HUMAN RESOURCES, DEERE & COMPANY FOR DEERE & COMPANY LEGAL DEPT. 07/30/2004 | 1 | 55.00 | 55.00 |

*pd. 8/4/04 #6514*

**Total** $55.00

THANK YOU FOR YOUR BUSINESS

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

TERESA SCHULTZE

V.

GOODRICH EQUIPMENT CO.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 03 C 04089

TO: Steven Layer, President
Rock Valley Physical Therapy
520 Valley View, #200, Moline, IL  61265

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See Attached Exhibit A**

| PLACE | DATE AND TIME |
|---|---|
| Churchill & Churchill, P.C.<br>1610 Fifth Avenue, MOline, IL  61265 | 8/15/05 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Mark D. Churchill   Attorney for Defendant | 7/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark D. Churchill, Churchill & Churchill, P.C.
1610 Fifth Avenue, Moline, IL  61265        (309) 762-3643

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

```
CHURCHILL & CHURCHILL, P.C.                                  6756
        ATTORNEYS-AT-LAW
           1510 - 5TH AVENUE
           MOLINE, IL 61265

PAY
TO THE                                        DATE   7/25/05    2-1/710
ORDER OF    Rock Valley Physical Therapy             $ 25.00

            $25.00                                    DOLLARS

BANK ONE.                              TWO SIGNATURES REQUIRED
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670                [signatures]

FOR  Teresa Schulz  VVO records

"006756"  :071000013:    230210915"           "000000 2500"
```



**SS Associates, Inc.**
Private Investigative Services

**1423 BROWN STREET
BETTENDORF, IA 52722
(563) 359-0408**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/27/2005 | 259193 |

RECEIVED
JUL 28 2005
CHURCHILL & CHURCHILL, P.C.

| BILL TO |
|---|
| CHURCHILL & CHURCHILL
1610 FIFTH AVENUE
MOLINE, IL 61265 |

| P.O. NO. | TERMS |
|---|---|
|  | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SUBPOENA SERVICE
STEVEN LAYER, PRESIDENT ROCK VALLEY THERAPY
SERVED 7/26/05
PETER F. ALWARD, SECRETARY, ORTHOPAEDIC &
RHEUMATOLOGY ASSOC. PC
SERVED 07/27/05 | 2 | 55.00 | 110.00 |

NOTE OUR NEW ADDRESS
THANK YOU FOR YOUR BUSINESS

**Total** $110.00

pd. 7/29/05
# 6761

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

TERESA SCHULTZE

V.

GOODRICH EQUIPMENT CO.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 03 C 04089

TO: Peter F. Alward, Secretary
Orthopaedic & Rheumatology Associates, P.C.
520 Valley Drive, Moline, IL 61265

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See Attached Exhibit A**

| PLACE | DATE AND TIME |
|---|---|
| Churchill & Churchill, P.C.<br>1610 Fifth Avenue, Moline, IL 61265 | 8/15/05 5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant | 7/25/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mark D. Churchill, Churchill & Churchill, P.C.
1610 Fifth Avenue, Moline, IL 61265    (309) 762-3643

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

```
                                                                          6757
CHURCHILL & CHURCHILL, P.C.
    ATTORNEYS-AT-LAW
       1810 - 5TH AVENUE                                                  2-170
       MOLINE, IL 61265                                                    710
                                              DATE   7/25/05

PAY
TO THE
ORDER OF     Orthopaedic & Rheumatology Associates, P.C.    $ 25.00
                   $25.00¢
                                                                DOLLARS

                                              TWO SIGNATURES REQUIRED
BANKONE.
JPMorgan Chase Bank, N.A.
Chicago Illinois 60670

FOR  ICIA01001E02

   ⑈006757⑈  ⑆071000013⑇    230210935⑈      ⑆000000 2500⑆
```

# Uniscribe
innovative document solutions

300 W Adams
Ste 900
Chicago, IL 60606
Telephone: 312-279-5500
Fax: 312-857-0181

# Invoice

Invoice #: **60046807**
Invoice Date: **6/14/2004**
Due Date: **6/15/2004**
Terms: **Due on Receipt**

**Payable in U.S. Funds**

**Bill To:**

Daniel Churchill, Esq                    #10437
Churchill & Churchill, Esq
1610 Fifth Ave
Moline, IL 61265

**Ship To:**

Daniel Churchill, Esq                    #0
Churchill & Churchill, Esq
1610 Fifth Ave
Moline, IL 61265

**Reference:**

Matter #: Theresa Schultze vs Goodrich Equip
Comments:

Job #: 08040039
AE: House (#1)

| Item Code - Description | Quantity | Price | Amount |
|---|---|---|---|
| 608  COPIES - LEVEL D | 266 | 0.200 EACH | 53.20 |
| 805  DELIVERY FEE | 1 | 5.000 EACH | 5.00 |
| | Subtotal | | 58.20 |
| | Invoice Total | | 58.20 |

*Documents received 8/18/04*

*Pd - 8/18/04 #6526*

Forward all payments with remittance copy to:

We also accept payment by credit card:   Uniscribe Professional Services, Inc.    Payment by Wire Transfer:
VISA, MASTERCARD, &                      P.O. Box 5790                           Fleet National Bank
AMERICAN EXPRESS                         Hartford, CT 06102-5790                 Hartford, CT
312-279-5500                             Tax ID: 06-1499292                      ABA #011100805
                                         Corporate Office: 1-888-309-9393        Account #9429129385

**Thank you for your business.**