UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA M. SCHULTZE,              ) | |
|     Plaintiff,                          ) | |
|                                                        ) | NO. 03 Cv 04089 |
| v.                                                  ) | Jury Trial Demanded |
|                                                        ) | |
| GOODRICH EQUIPMENT COMPANY, ) | |
|     Defendant.                        ) | |

To: Mark D. Churchill  
    Churchill & Churchill  
    1610 Fifth Ave.  
    Moline, IL 61265  

Robert T. Park  
Snyder, Park & Nelson  
1600 Fourth Ave., Ste. 200  
P.O. Box 3700  
Rock Island, IL 61201  

## NOTICE OF FILING

Please take notice that on April 14, 2006, Plaintiff Teresa Schultze's Objections to Bill of Costs of Defendant per the Court's April 3, 2006 Order, with the U.S. district court for the Central District of Illinois, by electronic means, a true and correct copy of which is attached to this Notice.

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on April 14, 2006, she served by electronic means, Plaintiff's Objections to Bill of Costs upon the following: attorneys for defendant, Mark Churchill, Churchill & Churchill, 1610 Fifth Avenue, Moline Illinois and Robert T. Park, Snyder, Park & Nelson, 1600 Fourth Avenue, Suite 200, Rock Island, IL 61201.

BY: s/Susan Bogart  
  Law Offices of Susan Bogart  
  30 North LaSalle Street, Suite 2900  
  Chicago, IL 60602  
  Tele: (312) 263-0900, ext. 7014  
  Fax: (312) 263-5013  
  E-mail: SBogart514@aol.com

2