IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 03 C 04089 |
| vs. | ) |
| | ) **STIPULATION OF** |
| GOODRICH EQUIPMENT CO., | ) **DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Defendant. | ) |

NOW COME plaintiff, TERESA SCHULTZE, by her attorney, Susan Bogart, and defendant, GOODRICH EQUIPMENT CO., by its attorneys, SNYDER, PARK & NELSON, P.C. and Mark D. Churchill of CHURCHILL & CHURCHILL, P.C., and hereby stipulate and agree to the entry of the attached Order of Dismissal, dismissing this case with prejudice, all claims and causes of action satisfied and all costs paid. The parties agree that the Court shall retain jurisdiction of this case to enforce compliance with the settlement. Plaintiff is also simultaneously dismissing the appeal of this case pending in the United States Court of Appeals for the Seventh Circuit.

| | |
|---|---|
| TERESA SCHULTZE, Plaintiff | GOODRICH EQUIPMENT CO., Defendant |
| | |
| By: /s/ Susan Bogart | By: /s/ Robert T. Park |
| Susan Bogart | Robert T. Park, for |
| Law Offices of Susan Bogart | SNYDER, PARK & NELSON, P.C., and |
| Attorney for Plaintiff | Mark D. Churchill of |
| | CHURCHILL & CHURCHILL, P.C. |
| | Attorneys for Defendant |

Rev. 1