E-FILED
Friday, 07 July, 2006 04:39:34 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   July 5, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 40
        211 - 19th Street
        Rock Island, IL  61201

**FILED**

JUL  7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Clerk of the Court

RE:     06-1576
        Schultze, Teresa v. Goodrich Equip Co
        03 C 4089, Michael M. Mihm, Judge


Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.


There was no record filed with this court in this cause.


Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office




Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date:   7/7/06                          S/Denise Koester
(1202-052495)                           Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

<u>DISMISSAL PER FRAP 42(b)</u>

Date: July 5, 2006

By the Court:

No. 06-1576

TERESA SCHULTZE,
        Plaintiff - Appellant

  v.

GOODRICH EQUIPMENT COMPANY,
        Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 4089, Michael M. Mihm, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 6/30/06,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)