IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TERESA SCHULTZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 03 C 04089 |
| vs. ) | |
| ) | **ORDER OF** |
| GOODRICH EQUIPMENT CO., ) | **DISMISSAL WITH** |
| ) | **PREJUDICE** |
| Defendant. ) | |

THIS CAUSE having come on for hearing on the foregoing Stipulation of the parties by their respective counsel of record, and the court being fully advised in the premises,

IT IS ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(2) with each party to bear its own costs. This dismissal specifically includes satisfaction of the court's award of attorney fees to plaintiff by Order of April 6, 2006, and the court's taxation of costs in favor of defendant by the clerk's docket entry dated April 3, 2006. The court finds that plaintiff has withdrawn her claim for attorney fees and defendant has withdrawn its Bill of Costs. As a condition of this dismissal, the Court retains jurisdiction of this case to enforce compliance with the settlement. See, *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

DONE this 12th day of July 2006

s/Michael M. Mihm
Michael M. Mihm, U.S. District Judge